# EXHIBIT 10



US006849901B2

(12) **United States Patent**
Falster

(10) Patent No.: **US 6,849,901 B2**
(45) Date of Patent: **\*Feb. 1, 2005**

(54) **DEVICE LAYER OF A SILICON-ON-INSULATOR STRUCTURE HAVING VACANCY DOMINATED AND SUBSTANTIALLY FREE OF AGGLOMERATED VACANCY-TYPE DEFECTS**

(75) Inventor: **Robert J. Falster**, London (GB)

(73) Assignee: **MEMC Electronic Materials, Inc.**, St. Peters, MO (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/038,084**

(22) Filed: **Jan. 3, 2002**

(65) **Prior Publication Data**

US 2002/0113265 A1 Aug. 22, 2002

**Related U.S. Application Data**

(62) Division of application No. 09/737,715, filed on Dec. 15, 2000, now Pat. No. 6,342,725, which is a continuation of application No. 09/387,288, filed on Aug. 31, 1999, now Pat. No. 6,236,014.

(60) Provisional application No. 60/098,902, filed on Sep. 2, 1998.

(51) Int. Cl.$^7$ ............................ H01L 27/12; C30B 33/06
(52) U.S. Cl. ............................. 257/347; 117/3; 438/479
(58) Field of Search ......................... 435/455; 257/347; 438/311, 423, 479, 480

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,314,595 A | 2/1982 | Yamamoto et al. |
| 4,376,657 A | 3/1983 | Nagasawa et al. |
| 4,437,922 A | 3/1984 | Bischoff et al. |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 3905626 A1 | 8/1989 |
| DE | 4323964 A1 | 1/1994 |
| DE | 4414947 A1 | 8/1995 |
| DE | 19806045 A1 | 8/1998 |
| EP | 0503816 B1 | 9/1992 |
| EP | 0504837 A2 | 9/1992 |

(List continued on next page.)

OTHER PUBLICATIONS

S. Wolf et al. Silicon Processing for the VLSI Era. vol. 1, Lattice Press, 1986, pp. 26–27, 36–37, 47–49 and 59–70.*

(List continued on next page.)

*Primary Examiner*—Anh Duy Mai
(74) *Attorney, Agent, or Firm*—Senniger Powers

(57) **ABSTRACT**

The present invention relates to a process for the preparation of a silicon on insulator wafer. The process includes implanting oxygen into a single crystal silicon wafer which is substantially free of agglomerated vacancy-type defects. The present invention further relates to a process for the preparation of a silicon on insulator wafer wherein oxygen is implanted into a single crystal silicon wafer having an axially symmetric region in which there is a predominant intrinsic point defect which is substantially free of agglomerated intrinsic point defects. Additionally, the present invention relates to a silicon on insulator ("SOI") structure in which the device layer and the handle wafer each have an axially symmetric region which is substantially free of agglomerated intrinsic point defects. Additionally, the present invention is directed to such SOI structure in which the handle wafer is capable of forming an ideal, non-uniform depth distribution of oxygen precipitates upon being subjected to the heat treatment cycles of essentially any arbitrary electronic device manufacturing process.

**3 Claims, 35 Drawing Sheets**



## US 6,849,901 B2
Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,505,759 | A | 3/1985 | O'Mara |
| 4,548,654 | A | 10/1985 | Tobin |
| 4,851,358 | A | 7/1989 | Huber |
| 4,868,133 | A | 9/1989 | Huber |
| 4,981,549 | A | 1/1991 | Yamashita et al. |
| 5,189,500 | A | 2/1993 | Kusunoki |
| 5,194,395 | A | 3/1993 | Wada |
| 5,264,189 | A | 11/1993 | Yamashita et al. |
| 5,327,007 | A | 7/1994 | Imura et al. |
| 5,401,669 | A | 3/1995 | Falster et al. |
| 5,403,406 | A | 4/1995 | Falster et al. |
| 5,436,175 | A | 7/1995 | Nakato et al. |
| 5,445,975 | A | 8/1995 | Gardner et al. |
| 5,474,020 | A | 12/1995 | Bell et al. |
| 5,478,408 | A | 12/1995 | Mitani et al. |
| 5,485,803 | A | 1/1996 | Habu |
| 5,487,354 | A | 1/1996 | von Ammon et al. |
| 5,502,010 | A | 3/1996 | Nadahara et al. |
| 5,502,331 | A | 3/1996 | Inoue et al. |
| 5,534,294 | A | 7/1996 | Kubota et al. |
| 5,539,245 | A | 7/1996 | Imura et al. |
| 5,561,316 | A | 10/1996 | Fellner |
| 5,593,494 | A | 1/1997 | Falster |
| 5,611,855 | A | 3/1997 | Wijaranakula |
| 5,659,192 | A | 8/1997 | Sarma et al. |
| 5,667,584 | A | 9/1997 | Takano et al. |
| 5,674,756 | A | 10/1997 | Satoh et al. |
| 5,704,973 | A | 1/1998 | Sakurada et al. |
| 5,728,211 | A | 3/1998 | Takano et al. |
| 5,738,942 | A | 4/1998 | Kubota et al. |
| 5,788,763 | A | 8/1998 | Hayashi et al. |
| 5,885,905 | A | 3/1999 | Nadahara et al. |
| 5,939,770 | A | 8/1999 | Kageyama |
| 5,944,889 | A | 8/1999 | Park et al. |
| 5,954,873 | A | 9/1999 | Hourai et al. |
| 5,968,262 | A | 10/1999 | Saishouji et al. |
| 5,968,264 | A | 10/1999 | Iida et al. |
| 6,045,610 | A | 4/2000 | Park et al. |
| 6,180,220 | B1 | 1/2001 | Falster et al. |
| 6,221,743 | B1 | 4/2001 | Fujikawa et al. |
| 6,236,104 | B1 | 5/2001 | Falster |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0536958 A1 | 4/1993 |
| EP | 0716168 A1 | 6/1996 |
| EP | 0799913 | 12/1998 |
| EP | 0915502 | 5/1999 |
| EP | 0954018 | 11/1999 |
| EP | 0962556 A1 | 12/1999 |
| GB | 2182262 | 5/1986 |
| JP | 59119822 | 7/1984 |
| JP | 2-32535 | 2/1988 |
| JP | 1-242500 | 9/1989 |
| JP | 2180789 | 7/1990 |
| JP | 3-9078 | 2/1991 |
| JP | 3-185831 | 8/1991 |
| JP | 4108682 | 4/1992 |
| JP | 4-294540 | 10/1992 |
| JP | 5-155700 A | 6/1993 |
| JP | 8-330316 | 5/1995 |
| JP | 7-201874 A | 8/1995 |
| JP | 7321120 | 12/1995 |
| JP | 7335657 | 12/1995 |
| JP | 8045944 | 2/1996 |
| JP | 8/045945 | 2/1996 |
| JP | 8045947 | 2/1996 |
| JP | 8/268794 | 10/1996 |
| JP | 8-293589 | 11/1996 |
| JP | 9/199416 | 7/1997 |
| JP | 9/202690 | 8/1997 |
| JP | 9-326396 | 12/1997 |
| JP | 11-067781 A | 3/1999 |
| JP | 11-150119 | 6/1999 |
| JP | 11-157995 A | 6/1999 |
| JP | 11-180800 A | 7/1999 |
| JP | 11-189495 A | 7/1999 |
| JP | 11-199386 A | 7/1999 |
| JP | 11-199387 A | 7/1999 |
| WO | WO 97/26393 | 7/1997 |
| WO | WO 98/38675 | 9/1998 |
| WO | WO 98/45507 | 10/1998 |
| WO | WO 98/45508 | 10/1998 |
| WO | WO 98/45509 | 10/1998 |
| WO | WO 98/45510 | 10/1998 |

### OTHER PUBLICATIONS

Abe, T., "Innovated Silicon Crystal Growth and Wafering Technologies" Electrochemical Society Proceedings, vol. 97, No. 3, pp. 123–133, no month.

Abe, T., et al., "Defect–Free Surfaces of Bulk Wafers by Combination of RTA and Crystal Growth Conditions" (publication information unknown), no month/no year.

Chiou, H.D., et al., "Gettering of Bonded Soi Layers", Proceedings of the International Symposium on Silicon–On– Insulator Technology and Devices, pp. 416–423.

Chiou, Hering–Der, "The Effects of Preheatings on Axial Oxygen Precipitation Uniformity in Czochralski Silicon Crystals", J. Electrochem. Soc., vol. 139, No. 6, Jun. 1992.

de Kock, A.J.R., et al., "The Effect of Doping on the Formation of Swirl Defects in Dislocation–Free Czochralski–Grown Silicon Crystals", Journal of Crystal Growth, vol. 49, pp. 718–734, 1980.

Dornberger, E., et al., "The Dependence Ring Like Distributed Stacking FAults on the Axial Temperature Gradient of Growing Czochralski Dilicon Crystals", Electrochemical Society Proceedings, vol. 95–4, (May 1995) pp. 294–305.

Dornberger, E., et al., "Simulation of Grown–In Voids in Czochralski Silicon Crystals", Electrochemical Society Proceedings, vol. 97, No. 22, pp. 40–49.

Dornberger, E., et al., "Simulation of Non–Uniform Grown–In Void Distributions in Czochralski Silicon Crystals", Electrochemical Society Proceedings, vol. 98, vol. 1, pp. 490–503.

Dornberger, E., et al., "The Impact of Dwell Time Above 900° C During Crystal Growth on the Gate Oxide Integrity of Silicon Wafers", Electrochemical Society Proceedings, vol. 96, No. 13, pp. 140–151.

Eidenzon, A.M., et al., "Defect–free Silicon Crystals Grown by The Czochralski Technique", Inorganic Materials, vol. 3, No. 3 (1977) pp. 219–225.

Eidenzon, A.M., et al., "Influence of Growth Rate on Swirl Defects in Large Dislocation–Free Crystals of Silicon Grown by the Czochralski Method", Sov. Phys. Crystallogr., vol. 30, No. 5 (1985) pp. 576–580, American Institute of Physics.

Falster, R., et al., "The Engineering of Silicon Wafer Material Properties Through Vacancy Concentration Profile Control and the Achievement of Ideal Oxygen Precipitation Behavior", Mat. Res. Soc. Symp. Proc. vol. 510, pp. 27–35, 1998, no month.

Faslter, R., et al., "Intrinsic Point–Defects and Reactions in the Growth of Large Silicon Crystals", Electrochemical Society Proceedings, vol. 98–1, pp. 468–489.

Hara, A., et al. "Enhancement of Oxygen Precipitation in Quenched Czochralski Silicon Crystals" Journal of Applied Phys. vol. 66 (1989) pp. 3958–3960 (Oct. 1989).

Hawkins, G.A., et al., "Effect of Rapid Thermal Processing on Oxygen Precipitation in Silicon", Mat. Res. Soc. Symp. Proc., vol. 104, pp. 197–200, 1988.

Hawkins, G.A., et al., "The Effect of Rapid Thermal Annealing on the Precipitation of Oxygen in Silicon", J. Appl. Phys., vol. 65, No. 9, pp. 3644–3654, 1989.

Hourai, M., et al. "Growth Parameters Determining the Type of Grown–In Defects in Czockralski Silicon Crystals", Materials Science Forum, vols. 196–201 (1995) pp. 1713–1718.

Jacob, M., et al. "Influence of RTP on Vacancy Concentrations", Mat. Res. Soc. Symp. Proc. vol. 490, pp. 129–134, 1998, no month.

Jacob, et al., "Determination of Vacancy Concentrations in the Bulk of Silicon Wafers by Platinum Diffusion Experiments", J. Appl. Phys., vol. 82, No. 1 (1997), pp. 182–191.

Kissinger, G., et al., "A Method for Studying the Grwon–In Defect Density Spectra in Czochralski Silicon Wafers", J. Electrochem. Soc., vol. 144, No. 4, pp. 1447–1456, 1997.

Mulestagno, L., et al., "Gettering of Copper in Bonded Silicon Wafers", Electrochemical Society Proceedings, vol. 96, No. 3, pp. 176–182.

Nadahara, et al., "Hydrogen Annealed Silicon Wafer", *Solid State Phenomena*, vols. 57–58, pp. 19–26, 1997.

Nakamura, Kozo, et al., "Formation Process of Grown–In Defects in Czochralski Grown Silicon Crystals", Journal of Crystal Growth, vol. 180, pp. 61–72, 1997.

Pagani, M., et al. "Spatial variations on oxygen precipitation in silicon after high temperature rapid thermal annealing", Appl. Physl. Lett., vol. 70, No. 12, pp. 1572–1574, 1997. (Mar. 1997).

Park, J.G., et al., "Effect of Crystal Defects on Device Characteristics", *Proceedings of the Symposium on* Crystalline Defects and Contamination: Their impact And Control In Device Manufacturing II, Proceed. vol. 97–22 (1997), pp. 173–195.

Puzanov, N.l. et al. "Modelling Microdefect Distribution In Dislocation–Free Si Crystals Grown From The Melt"; Journal of Crystal Growth 178 (1997) pp.468–478.

Puzanov, N.l. et al. "Formation Of The Bands Of Anomalous Oxygen Precipitation In Czochralski–grown Si Crystals", Journal of Crystal Growth 137 (1994) pp. 642–652.

Puzanov, N.I. et al. "The Role Of Intrinsic Point Defects In The Formation Of Oxygen Precipitation Centers In Dislocation–Free Silicon"; Crystallography Reports; vol. 41; No. 1(1996) pp. 134–141.

Puzanov, N.l. et al. "Harmful Microdefects In The Seed–End Portion Of Large–Diameter Silicon Ingots", Inorganic Materials, vol. 33, No. 8 (1997) pp. 765–769.

Puzanov, N.I., et al., "Role of Vacancies in the Nucleation of Ringlike–patterned Oxidation–induced Stacking Faults in Melt–grown Silicon Crystals", Inorganic Materials, vol. 34, No. 4 (1998) pp. 307–314.

Shimizu, H., et al. "Effects of Surface Defects (COPs) On Isolation Leakage and Gate Oxide Integrity in MOS Large–Scale–Integrated–Circuit Devices and Cost Effective p–1p–Epitaxial Wafers", *Electrochemical Society Proceedings*, vol. 99, No. 1, pp. 315–323 (from a presentation on or about May 3, 1999).

Shimizu, H., et al., "Excellence of Gate Oxide Integrity in Metal–Oxide–Semiconductor Large–Scale–Integrated Circuits based on P–/P–Thin–Film Epitaxial Silicon Wafers", *Jpn. J. Appl. Phys.*, vol. 36, pp. 2565–2570 Part 1, No. 5A, 1997.

Shimura, F., "Semiconductor Silicon Crystal Technology" Academic Press, Inc., San Diego, CA (1989) pp. 360–377, no month.

Sinno, T., et al., "On the Dynamics of the Oxidation–Induced Stacking–Fault Ring in as–grown Czochralski silicon crystals", Applied Physics Letters, vol. 70, No. 17, pp. 2250–2252, 1997.

Sinno, T., et al., "Point Defect Dynamics and the Oxidation–Induced Stacking–Fault Ring in Czochralski–Grown Silicon Crystals", J. Electrochem. Soc., vol. 145, No. 1, pp. 302–318, 1998.

Tan, T. Y., "Point Defects, Diffusion Processes, and Swirl Defect Formation in Silicon", Appl. Phys. A., vol. 37, pp. 1–17, 1985.

Vanhellemont, J., et al., "Defects in As–Grown Silicon and Their Evolution During Heat Treatments", Materials Science Forum, vols. 258–263, pp. 341–346, 1997.

Von Ammon et al. "The Dependence of Bulk Defects on the Axial Temperature Gradient of Silicon Crystals During Czochralski Growth" Journal of Crystal Growth, vol. 151 (1995) pp. 273–277.

Voronkov, "The Mechanism of Swirl Defects Formation in Silicon", Journal of Crystal Growth, vol. 59, pp. 625–643, 1982.

Voronkov, V., et al., "Behavior and Effects of Intrinsic Point Defects in the Growth of Large Silicon Crystals" Electrochemical Society Proceedings, vol. 97–22, (Aug. 1997), pp. 3–17.

Voronkov, V., et al., "Grown–in microdefects, residual vacancies and oxygen precipitation banks in Czochralski silicon" Journal of Crystal Growth, 304 (1999) pp. 462–474.

Winkler et al. "Improvement of the Gate Oxide Integrity by Modifying Crystal Pulling and its Impact on Device Failures" J. Electrochem. Soc., vol. 141, No. 5 (1994) pp. 1398–1401. (May 1994).

Zimmerman al. "Vacancy Concentration Wafer Mapping in Silicon" J. Crystal Growth, vol. 129 (1993) pp. 582–592, no month.

International Search Report for Application No. PCT/US 99/19958, filed Aug. 31, 1999, 11 pages.

International Search Report for analogous application No. PCT/US02/19906 dated May 8, 2003.

* cited by examiner



FIG. 1



FIG.2



FIG.3

Case 1:05-cv-00806-GMS-MPT    Document 1-14    Filed 11/21/2005    Page 8 of 30



FIG. 4



FIG.5

Case 1:05-cv-00806-GMS-MPT     Document 1-14     Filed 11/21/2005     Page 10 of 30



FIG. 6



FIG. 7



FIG.8



FIG. 9



FIG. 10

BMD DENSITY VS. OXYGEN PARTIAL PRESSURE

FIG.11



FIG.12



FIG.13



FIG.14



FIG.15



SEED CONE, 140

100

90

AXIALLY SYMMETRIC
REGION, 60

WIDTH AS MEASURED FROM
EDGE TOWARD AXIS, 220

CONSTANT
DIAMETER
PORTION, 180

RADIUS, 40

CIRCUMFERENTIAL
EDGE, 200

260

20

80

END CONE, 160

AXIS, 120



FIG. 16



FIG. 17



FIG. 18

*FIG. 19*





FIG. 20



FIG. 21

FIG. 22



FIG. 23





FIG.24

FIG. 25





*FIG. 26A*



FIG.26B



FIG. 27



FIG. 28



FIG.29

● INTERSTITIAL AGGLOMERATES PRESENT

○ INTERSTITIAL AGGLOMERATES ABSENT

COOLING TIME TO T=1050°C  (h)