AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Delaware_____ on the following   X  Patents or   ☐ Trademarks:

| DOCKET NO.<br>05cv806 | DATE FILED<br>11/21/05 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br>S.O.I.TEC Silicon on Insulator Technologies S.A., et al. | | DEFENDANT<br>MEMC Electronic Materials Inc. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5,919,302 | 7/6/99 | MEMC Electronic Materials Inc. |
| 2 | US 6,236,104 B1 | 5/22/01 | MEMC Electronic Materials Inc. |
| 3 | US 6,254,672 B1 | 7/3/01 | MEMC Electronic Materials Inc. |
| 4 | US 6,287,380 B1 | 9/11/01 | MEMC Electronic Materials Inc. |
| 5 | US 6,342,725 B2 | 1/29/02 | MEMC Electronic Materials Inc. |
| 6 | US 6,849,901 B2 | 2/1/05 | MEMC Electronic Materials Inc. |
| 7 | US 6,409,827 B2 | 6/25/02 | MEMC Electronic Materials Inc. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

| CLERK<br>PETER T. DALLEO, CLERK OF COURT | (BY) DEPUTY CLERK<br>*signature* | DATE<br>11/23/05 |
|---|---|---|

AO 120 (Rev. 3/04)

Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy