IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| S.O.I. Tec Silicon on Insulator Technologies S.A., and Soitec USA Inc., <br><br> Plaintiffs, <br><br> v. <br><br> MEMC Electronic Materials Inc., <br><br> Defendant. | ) ) ) ) ) ) ) Civil Action No. 05-806 KAJ ) ) ) ) ) |

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED by Plaintiffs and Defendant, subject to approval of this Court, that the date by which MEMC Electronic Materials Inc. may answer, move or otherwise plead in response to the Complaint shall be extended seven (7) days from January 11, 2006 to January 18, 2006.

/s/ John L. Reed
John L. Reed
Del. Bar # 3023
EDWARDS ANGELL PALMER &
DODGE LLP
919 North Market Street, Suite 1500
Wilmington, DE 19801
(302) 777-7770
Attorneys for Plaintiffs,
S.O.I. Tec Silicon on Insulator
Technologies S.A. and
Soitec USA Inc.

/s/ Paul E. Crawford ID #0493 for
Patricia Smink Rogowski
Del. Bar #2632
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141
Attorneys for Defendant,
MEMC Electronic Materials Inc.

SO ORDERED this _____ day of January, 2006.

_____
United States District Judge

433393v2(CD)