## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| S.O.I.TEC SILICON ON INSULATOR TECHNOLOGIES S.A. and SOITEC USA, INC., <br><br> Plaintiffs/ Counterclaim Defendants, <br><br> v. <br><br> MEMC ELECTRONIC MATERIALS, INC., <br><br> Defendant/ Counterclaim Plaintiff. | JURY TRIAL DEMANDED <br><br> Civil Action No.:  05-806 |

### MOTION TO DISMISS

Defendant, MEMC Electronic Materials, Inc., hereby moves pursuant to Rule 12, Fed. R. Civ. P. to dismiss Counts I and III-VII of the Complaint for the reasons stated in the attached Memorandum.

> _/s/ Paul E. Crawford_
> Paul E. Crawford (I.D. #493)
> Patricia S. Rogowski (I.D. #2632)
> **CONNOLLY BOVE LODGE & HUTZ LLP**
> The Nemours Building
> 1007 North Orange Street
> P.O. Box 2207
> Wilmington, DE 19899
> (302) 658-9141
> (302) 658-5614 (Fax)
> pcrawford@cblh.com
> progowski@cblh.com
>
> _Attorneys for MEMC Electronic Materials, Inc._

It is HEREBY ORDERED this ___ day of _____, 2006 that Counts I and III-VII are dismissed.

_____
United States District Judge

**CERTIFICATE OF SERVICE**

I, Paul Crawford, hereby certify that on this 18th day of January, 2006, I electronically filed the **MOTION TO DISMISS** with the Court Clerk using CM/ECF which will send notification of such filing(s) to John L. Reed.   I hereby further certify that on this 18th day of January, 2006, I have served this document on the attorneys of record at the following addresses as indicated:

**VIA HAND DELIVERY**
John L. Reed
Denise Seastone Kraft
EDWARDS ANGELL PALMER
   & DODGE LLP
919 North Market Street, 15th Floor
Wilmington, DE 19801

**VIA U.S. MAIL**
George W. Neuner
Robert J. Tosti
Alan M. Spiro
Brian M. Gaff
EDWARDS ANGELL PALMER
   & DODGE LLP
101 Federal Street
Boston, MA 02110

Michael Brody
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601

   /s/ Paul E. Crawford
Paul Crawford (Bar ID No. 493)