Soitec

Soitec
Parc Technologique
des Fontaines
38190 Bernin - France
Adresse postale :
38926 Crolles Cedex

Tél. : 33 (0)4 76 92 75 00
Fax : 33 (0)4 76 92 75 70
www.soitec.com

S.O.I.TEC
S.A au capital de
4 267 520 €
384 711 909
RCS Grenoble
Code APE 321 B

Nabeel GAREEB
President and CEO
MEMC
501 Pearl Drive
ST PETERS, MO 63376
United States

February 11, 2004

Dear M. Gareeb,

I am writing to you in connection with the recent announcements in the press to the effect that your Company intends to commence preparation of silicon on insulator (SOI) and strained silicon on insulator (sSOI) wafers under a license from Silicon Genesis.

On May 30, 2003, the Commissariat à l'Energie Atomique (CEA), assignee of United States patent 5,374,564 for the transfer of thin films of semiconductor material (the"564 Patent") has filed with the United States Patent and Trademark Office ("PTO") a request for re-issuance of this patent. This request was published in the PTO Official Gazette on August 5, 2003. Upon successful completion of this re-issuance procedure, CEA will have obtained a new patent with claims more specifically covering subject matter previously recited in the claims of the original patent and of the French priority application.

We are of the view that your Company should take this situation into consideration in connection with any further steps that it may take towards the production of SOI, sSOI or other similar devices by layer transfer methods.

Please do note hesitate to contact me should you have any questions with regard to the foregoing.

Yours sincerely.

Emmanuel HUYGHE
Industrial Property Manager