

*MEMC*
*Nabeel Gareeb*
President & CEO
501 Pearl Drive
St Peters, MO 63376

Thursday, September 30, 2004

Re : our letter of Feb 11th, 2004

By Facsimile Confirmed by Registered Mail,
Return Receipt Requested

**Fax: 636 474 5162**

Dear Mr. Gareeb:

We refer to our letter to you of February 11, 2004. We are writing to you again in connection with the recent announcement in the press to the effect that your Company intends to concentrate on the manufacture and sale of bonded silicon on insulator (SOI) and strained silicon on insulator (sSOI) wafers.

As we informed you in February, on May 30, 2003, the Commissariat à l'Energie Atomique (CEA), assignee of United States patent 5,374,564 for the transfer of thin films of semiconductor material (the "564 Patent") has filed with the United States Patent and Trademark Office ("PTO") a request for re-issuance of this patent. This request was published in the PTO Official Gazette on August 5, 2003. The CEA is confident that this re-issuance procedure will be successful and that, at such time, CEA will have obtained a new patent with claims more specifically covering subject matter previously recited in the claims of the original patent and of the French priority application.

We are of the view that your Company should take this situation into consideration in connection with any further steps that it may take towards the production of SOI, sSOI or other similar devices by layer transfer methods.

Please do not hesitate to contact the undersigned should you have any questions with regard to the foregoing.

Emmanuel Huyghe
Industrial Property Manager

S.O.I.TEC - Parc Technologique des Fontaines - 38190 BERNIN - FRANCE
Adresse postale : 38926 CROLLES Cedex - Tel : 33 (4) 76 92 75 00 – Fax : 33 (4) 76 92 75 01
Adresse Internet : www.soitec.com
SA au capital de 4 319 518, 56 € – 384 711 909  RCS de Grenoble – Code APE 321 C