PATRICK F. MURRAY
ATTORNEY AT LAW - ILLINOIS

JOËL ALQUEZAR

GILLES BIGOT

W. PAUL BISHOP
ATTORNEY AT LAW - WASHINGTON D.C.

ALEXANDRE BRUE

JOËLLE HERSCHTEL

ANTOINE MARTIN

THIERRY MEILLAT

DOMINIQUE MENDY

VINCENT SOL

VINCENT TREVISANI

AVOCATS AU BARREAU DE PARIS

21 AVENUE VICTOR-HUGO
75116 PARIS

TEL  33 (0)1 53 64 82 82
FAX  33 (0)1 53 64 82 20

CORRESPONDANT
**WINSTON & STRAWN** LLP

CHICAGO
GENEVA
LONDON
LOS ANGELES
NEW YORK
SAN FRANCISCO
WASHINGTON, D.C.

November 10, 2004

**VIA FEDERAL EXPRESS**

Dr. Shaker Sadasivam
MEMC Electronic Materials, Inc.
501 Pearl Drive (City of O'Fallon)
Post Office Box 8
St. Peters, Missouri 63376

        Re:    Soitec v. SiGen

Dear Dr. Sadasivam:

        I have been asked to respond on behalf of Soitec to your letter of October 15. We understand and appreciate your having directed your response to Mr. Huyghe in light of his prior correspondence to your firm. However, future communication between the companies will be expedited if conducted through this office.

        With respect to the substance of your letter, please be assured that Soitec's only intent in its prior communications was simply to put MEMC on notice that it should not be relying on the judgment of the Federal Circuit invalidating certain claims of the '564 patent as the final word regarding the scope of Soitec's rights in the inventions disclosed in that patent, and that Soitec has a reasonable expectation that the reissue proceedings currently under way will confirm as much. We appreciate MEMC's statement that it has no intention of infringing Soitec's patent rights. When the reissue proceeding has concluded, we look forward to speaking with you regarding the scope of the patent received by Soitec at that time, as well as other patents in Soitec's estate which the parties may find pertinent to their discussions.

W & S, SOCIÉTÉ D'EXERCICE LIBÉRAL A RESPONSABILITÉ LIMITÉE AU CAPITAL DE 155.200 EUROS,
RCS PARIS N° D 410 546 832 - N° SIRET 410 546 832 00024

CORRESPONDANT

**WINSTON & STRAWN** LLP

Dr. Shaker Sadasivam
November 2, 2004
Page 2

With respect to the MEMC patents referenced in your letter, and your offer to discuss a possible license of this technology, Soitec is in the process of reviewing those patents and looks forward to contacting you once that review is concluded. It is currently our hope to be in a position to have such communications sometime before year-end.

Very truly yours,

Patrick F. Murray

cc: Emmanuel Huyghe