

# MEMC
TECHNOLOGY IS BUILT ON US

March 7, 2005

MEMC Electronic Materials, Inc.

501 Pearl Drive (City of O'Fallon)
Post Office Box 8
St. Peters, Missouri 63376 USA

Phone:  636-474-7336
Fax:    636-474-5158
www.memc.com

**BY FEDERAL EXPRESS AND**
**FACSIMILE – 011 33 1 53 64 82 80**

Mr. Patrick F. Murray
Winston and Strawn LLP
21 Avenue Victor-Hugo
75116 Paris, France

Re:   MEMC Patents

Dear Mr. Murray:

By letter dated November 10, 2004, you indicated that Soitec was in the process of reviewing the MEMC patents referred to in my letter to Mr. Huyghe dated October 15, 2004 and that Soitec hoped to respond to MEMC sometime before the end of 2004. To date, we have not received any further communications from Soitec.

At your earliest convenience, please provide me with the conclusions from Soitec's review of the MEMC patents.

I look forward to hearing from you.

Very truly yours,

*Shaker Sadasivam.*

Dr. Shaker Sadasivam

**Dr. Shaker Sadasivam**
Senior Vice President,
Research and Development