PATRICK F. MURRAY
ATTORNEY AT LAW - ILLINOIS
JOËL ALQUEZAR
GILLES BIGOT
W. PAUL BISHOP
ATTORNEY AT LAW - WASHINGTON, D.C.
ALEXANDRE BRUE
SÉBASTIEN DUCAMP
ROBERT FLANIGAN
ATTORNEY AT LAW - NEW YORK
JÉRÔME HERBET
JOËLLE HERSCHTEL
BRUNO LEURENT
ANTOINE MARTIN
VINCENT SOL
VINCENT TREVISANI
· AVOCATS AU BARREAU DE PARIS

21 AVENUE VICTOR HUGO
75116 PARIS

TEL  33  (0)1  53  64  82  82
FAX  33  (0)1  53  64  82  20

**WINSTON & STRAWN** LLP

CHICAGO
GENEVA
LONDON
LOS ANGELES
NEW YORK
SAN FRANCISCO
WASHINGTON, D.C.

Bradley D. Kohn, Esq.
Vice President and General Counsel
**MEMC Electronic Materials, Inc.**
501 Pearl Drive (City of O'Fallon)
P.O. Box 8
St. Peters, Missouri 63376
USA

By Telecopy (636 474 5111) and Courier

October 26, 2005

**Re: Your letter of October 21, 2005**

Dear Mr. Kohn:

Mr. Auberton, of our client, Soitec S.A. has forwarded to me your letter of October 21, 2005 for response.

Soitec has already scheduled a meetings with its intellectual property team, including both legal and technical advisors, to consider the patents you have cited and the recent European Patent Office decision concerning European patent EP-B-0 972 094.

Our client trusts that it will be in a position to respond in a timely manner and in detail to your concerns shortly thereafter.

Sincerely,

Patrick F. Murray