

"Jacques-Elie LEVY"
<jacques-elie.levy@soitec.fr>
11/11/2005 06:21 AM

To  <BKohn@memc.com>
cc
bcc
Subject  MEETING WITH SOITEC

Dear Mr. Kohn,
Following our recent cordial telephone call, I confirm my intention to meet you in order to discuss with you about the last letter you sent us on October the 21st.
If it is convenient for you, our IP team and me could be available on December the 2nd and will come at your office.
The SOITEC's attendees will be Emmanuel Huyghe (SOITEC IP Manager) and our two patent attorneys George W. Neuner (Edwards Angell Palmer & Dodge LLP), and Michael L. Brody (Winston & Strawn, LLP).
Could you please be so kind as to confirm your availability as soon as possible in order to coordinate the (busy) agendas of our team?
Cordialement/Best Regards,
Jacques Elie LEVY
SOITEC S.A.
Legal Department
Chemin des Franques
Parc Technologique des Fontaines
38190 BERNIN - FRANCE
Tel.: +33 (0)4 76 45 52 86
Fax.: +33 (0)4 76 45 52 94
Mobile: +33 (0)6 74 39 93 75

*(handwritten annotation: Dec 2.)*

Ce message, ainsi que tous les fichiers joints, est exclusivement destiné aux personnes dont le nom figure ci-dessus. Il peut contenir des informations confidentielles dont la divulgation est à ce titre rigoureusement interdite. Dans l'hypothèse où vous avez reçu ce mail par erreur, merci de le renvoyer à l'adresse email ci-dessus et de détruire toute copie.

This message and any of the attachments may contain confidential and proprietary material for the sole use of the intended recipient. Any review of distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender and delete all copies.

<<Jacques Elie LEVY (Télécopie bureau).vcf>>

Jacques Elie LEVY (Télécopie bureau).vcf