"Jacques-Elie LEVY"
<jacques-elie.levy@soitec.fr>

11/18/2005 01:43 AM

To <BKohn@memc.com>

cc "Emmanuel HUYGHE" <emmanuel.huyghe@soitec.fr>, <GNeuner@eapdlaw.com>, "Brody, Michael" <MBrody@winston.com>

Subject TR: MEETING WITH SOITEC

Dear Mr Kohn,
I have not received your answer yet and I have to take a flight reservation today in order to be at St Peters on December the 2nd for our scheduled meeting.
Could you be able to confirm your availability for this meeting?
Jacques Elie LEVY
SOITEC S.A.
Legal Department
Chemin des Franques
Parc Technologique des Fontaines
38190 BERNIN - FRANCE
Tel.: +33 (0)4 76 45 52 86
Fax.: +33 (0)4 76 45 52 94
Mobile: +33 (0)6 74 39 93 75

Ce message, ainsi que tous les fichiers joints, est exclusivement destiné aux personnes dont le nom figure ci-dessus. Il peut contenir des informations confidentielles dont la divulgation est à ce titre rigoureusement interdite. Dans l'hypothèse où vous avez reçu ce mail par erreur, merci de le renvoyer à l'adresse email ci-dessus et de détruire toute copie.

This message and any of the attachments may contain confidential and proprietary material for the sole use of the intended recipient. Any review of distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender and delete all copies.