

GNeuner@eapdlaw.com
11/21/2005 05:02 PM

To BKohn@memc.com
cc Jacques-Elie.Levy@soitec.fr
bcc
Subject RE: Communication to MEMC

November 21, 2005

Bradley D. Kohn, Esq.
Vice President and General Counsel
MEMC Electronic Materials, Inc.
501 Pearl Drive
Post Office Box 8
St. Peters, Missouri 63376

　　　　Re:　　Soitec SA and Soitec USA, Inc.

Dear Mr. Kohn:

We write on behalf of Soitec SA and Soitec USA, Inc. ("Soitec") in response to your email of November 18. Attached is a complaint seeking a declaration of noninfringement and invalidity as to the patents under which you have threatened to sue Soitec. We believe that Soitec is in possession of information which would lead you to conclude that litigation is not a constructive solution in this instance and remain willing to share it with you should you choose to do so. Because Soitec's representatives are willing to travel from France to Missouri to discuss the matter, we find it surprising and disappointing that you are unwilling to do so. Should you reconsider your position and elect to meet with us, we look forward to it. Should you decline to do so, we will proceed in court.

Very truly yours,


George W. Neuner

Of Counsel:
　　Michael Brody
　　Winston & Strawn


Exhibits are being with hard copy

George W. Neuner, P.C.
Edwards Angell Palmer & Dodge LLP
101 Federal Street
Boston, MA 02110 USA

617.517.5538  fax 888.325.9229
NEW Address:  GNeuner@eapdlaw.com

Boston, Ft. Lauderdale, Hartford, New York, Providence, Short Hills, Stamford, West Palm Beach, Wilmington, London (Representative office)

Disclosure Required Under IRS Circular 230: Edwards Angell Palmer & Dodge LLP informs you that any tax advice contained in this communication, including any attachments, was not intended or written to be used, and cannot be used, for the purpose of avoiding federal tax-related penalties or promoting, marketing or recommending to another party any transaction or matter addressed herein.

CONFIDENTIALITY NOTICE
This e-mail message from Edwards Angell Palmer & Dodge LLP is intended only for the individual or entity to which it is addressed. This e-mail may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this e-mail by accident, please notify the sender immediately and destroy this e-mail and all copies of it.  Complaint.pdf  Cover Sheet.pdf  Notice of Availability.pdf  Summons.pdf