# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
KENT A. JORDAN
DISTRICT JUDGE

LOCKBOX 10
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

January 20, 2006

John L. Reed, Esq.
Edwards, Angell Palmer & Dodge LLP
919 N. Market Street - 15th Fl.
Wilmington, DE  19801

Paul E. Crawford, Esq.
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
Wilmington, DE  19801

Re:  S.O.I.Tec Silicon on Insulator Technologies S.A., et al.
     v. MEMC Electronic Materials, Inc.
     Civil Action No. 05-806-KAJ

Dear Counsel:

I have been assigned the captioned case and enclose for your consideration a form of Scheduling Order. Please confer and jointly call my secretary within ten days of the date of this letter to schedule a telephone conference to discuss dates you recommend be adopted in the Order.

Very truly yours,

Kent A. Jordan

KAJ:cas
Enclosure
cc:   Clerk of the Court