# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| S.O.I.TEC SILICON ON INSULATOR TECHNOLOGIES S.A. and SOITEC USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MEMC ELECTRONIC MATERIALS, INC., <br><br> Defendant. | JURY TRIAL DEMANDED <br><br> Civil Action No. 05-806-KAJ |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by Plaintiffs and Defendant, subject to approval by the Court, that the date by which Plaintiffs may file an Answering Brief in opposition to Defendant's Motion to Dismiss Counts I and III-VII of the Complaint and the date by which Plaintiffs may answer, move or otherwise plead in response to Defendant's Counterclaims shall each be extended until February 15, 2006.

| | |
|---|---|
| **EDWARDS ANGELL PALMER & DODGE LLP** | **CONNOLLY BOVE LODGE & HUTZ LLP** |
| */s/ John L. Reed* <br> John L. Reed (I.D. No. 3023) <br> Denise Seastone Kraft (I.D. No. 2778) <br> 919 N. Market Street, Suite 1500 <br> Wilmington, DE 19801 <br> 302.777.7770 <br> 302.777.7263 (Fax) <br> jreed@eapdlaw.com <br> dkraft@eapdlaw.com | */s/ Patricia Smink Rogowski* <br> Patricia Smink Rogowski (I.D. No. 2632) <br> 1007 N. Orange Street <br> P.O. Box 2207 <br> Wilmington, DE 19899-2207 <br> 302.658.9141 <br> 302.658.5614 (Fax) <br> progowski@cblh.com |

- 2 -

So ORDERED this ___ day of February, 2006.

_____
United States District Judge