FOR THE DISTRICT OF DELAWARE
IN THE UNITED STATES DISTRICT COURT

| | |
|---|---|
| SOITEC SA and SOITEC USA, Inc., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 05-806 (KAJ) |
| MEMC ELECTRONIC MATERIALS, INC., | ) ) ) |
| Defendant. | ) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE
### (George W. Neuner, Robert J. Tosti, Alan M. Spiro, Brian M. Gaff, Michael L. Brody, Thomas Mavrakakis and Tracy Allen)

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of George W. Neuner, Robert J. Tosti, Alan M. Spiro and Brian M. Gaff of the law firm of Edwards Angell Palmer & Dodge LLP, 101 Federal Street, Boston, Massachusetts 02110-1800 and Michael L. Brody, Thomas Mavrakakis and Tracy Allen of the law firm of Winston & Stawn, 35 West Wacker Drive, Chicago, Illinois 60601 to represent Plaintiffs SOITEC SA and SOITEC USA, Inc. in this action.

Dated: February 1, 2006
Wilmington, Delaware

EDWARDS ANGELL PALMER & DODGE LLP

_____
Denise Seastone Kraft (No. 2778)
919 N. Market Street, Suite 1500
Wilmington, DE 19801
(302) 777-7770
(302) 777-7263 Facsimile
dkraft@eapdlaw.com

### ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** counsel's motion for admission pro hac vice for George W. Neuner, Robert J. Tosti, Alan M. Spiro, Brian M. Gaff, Michael L. Brody, Thomas Mavrakakis and Tracy Allen is granted.

_____
J.

Dated:_____