## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Massachusetts, United States District Court for the District of Massachusetts, Northern, Eastern, Central and Southern Districts of California, United States Court of Appeals, First, Ninth, and Federal Circuits, United States Supreme Court, the Bar of the State of New York, the Bar of the State of New Hampshire, and United States District Court for the District of New Hampshire and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 5, 2005, I further certify that the annual fee of $25.00 has been submitted to the Clerk's office.

_____
Brian M. Gaff
EDWARDS ANGELL PALMER & DODGE LLP
101 Federal Street
Boston, MA 02110-1800

WLM_WLM_503358_1.DOC/DKRAFT