FOR THE DISTRICT OF DELAWARE
IN THE UNITED STATES DISTRICT COURT

| | |
|---|---|
| SOITEC SA and SOITEC USA, Inc., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 05-806 (KAJ) |
| | ) |
| MEMC ELECTRONIC MATERIALS, INC., | ) |
| | ) |
| Defendant. | ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE
## BRIAN R. POLLACK

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Brian R. Pollack of the law firm of Edwards Angell Palmer & Dodge LLP, Three Stamford Plaza, 301 Tresser Blvd., Stamford, CT 06901, to represent Plaintiffs SOITEC SA and SOITEC USA, Inc. in this action.

Dated: February 2, 2006         EDWARDS ANGELL PALMER & DODGE LLP
Wilmington, Delaware

_____
Denise Seastone Kraft (No. 2778)
919 N. Market Street, Suite 1500
Wilmington, DE 19801
(302) 777-7770
(302) 777-7263 Facsimile
dkraft@eapdlaw.com

## ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** counsel's motion for admission pro hac vice for Brian R. Pollack is granted.

_____
J.

Dated:_____

WLM_WLM_503889_1/DKRAFT

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, the Bar of the State of Massachusetts, the Bar of the State of Connecticut, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 5, 2005, I further certify that the annual fee of $25.00 has been submitted to the Clerk's office.

_____
Brian R. Pollack
EDWARDS ANGELL PALMER & DODGE LLP
Three Stamford Plaza
301 Tresser Blvd.
Stamford, CT 06901