IN THE UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| S.O.I.TEC SILICON ON INSULATOR TECHNOLOGIES S.A. and SOITEC USA, INC., <br><br>Plaintiffs/ Counterclaim Defendants,<br><br>v.<br><br>MEMC ELECTRONIC MATERIALS, INC.,<br><br>Defendant/Counterclaim Plaintiff. | )<br>)<br>)<br>)<br>)  Civil Action No. 05-806-KAJ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of **Robert M. Evans, Jr.**, **David W. Harlan** and **Marc W. Vander Tuig** to represent MEMC Electronic Materials, Inc. in this matter.

Respectfully submitted,

Dated: February 22, 2006

/s/ *Patricia Smink Rogowski*
Patricia Smink Rogowski (#2632)
**CONNOLLY BOVE LODGE & HUTZ LLP**
1007 N. Orange Street
Post Office Box 2207
Wilmington, Delaware 19899-2207
(302) 658-9141
progowski@cblh.com
*Attorneys for Defendant,*
    *MEMC Electronic Materials, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated:_____          _____
                                             United States District Judge

448396v1(CB)

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the state of Missouri, the United States District Court for the Eastern District of Missouri and the United States Court of Appeals for the Federal Circuit and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation of course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for the District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or if not paid previously, the fee will be submitted ☒ to the Clerk's Office upon the filing of this motion.

*(signature)*

Marc W. Vander Tuig
**SENNIGER POWERS**
One Metropolitan Square
16th Floor
St. Louis, MO 63102
(314) 231-5400

DATED: 2/15/06

**CERTIFICATION BY COUNSEL
TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Missouri and Illinois, the United States Court of Appeals for the Eighth Circuit, the United States District Court for the Eastern District of Missouri, the United States Patent and Trademark Office and the United States Court of Appeals for the Federal Circuit and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation of course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for the District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or if not paid previously, the fee will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Robert M. Evans, Jr.
**SENNIGER POWERS**
One Metropolitan Square
16th Floor
St. Louis, MO 63102
(314) 231-5400

DATED: 2/15/06

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Missouri, the Supreme Court of the United States, the Supreme Court of Missouri, the Tenth Circuit Court of Appeals, the Eighth Circuit Court of Appeals, the Seventh Circuit Court of Appeals, the United States District Court for the Eastern District of Missouri, the United States District Court for the Western District of Missouri, the United States District Court for the Central District of Illinois, and the United States District Court for the Southern District of Illinois, and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation of course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for the District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or if not paid previously, the fee will be submitted ☒ to the Clerk's Office upon the filing of this motion.

_____
David W. Harlan
**SENNIGER POWERS**
One Metropolitan Square
16th Floor
St. Louis, MO 63102
(314) 231-5400

DATED: 2/15/06

## CERTIFICATE OF SERVICE

I, Patricia Smink Rogowski, hereby certify that on this 22nd day of February, 2006, I electronically filed **MOTION AND ORDER FOR ADMISSION PRO HAC VICE (Robert M. Evans, Jr., David W. Harlan** and **Marc W. Vander Tuig)** with the Court Clerk using CM/ECF which will send notification of such filing(s) to John L. Reed.  I hereby further certify that on this 22nd day of February, 2006, I have served this document on the attorneys of record at the following addresses as indicated:

**VIA HAND DELIVERY**
John L. Reed
Denise Seastone Kraft
EDWARDS ANGELL PALMER
   & DODGE LLP
919 North Market Street, 15th Floor
Wilmington, DE 19801

**VIA U.S. MAIL**
George W. Neuner
Robert J. Tosti
Alan M. Spiro
Brian M. Gaff
EDWARDS ANGELL PALMER
   & DODGE LLP
101 Federal Street
Boston, MA 02110

Michael Brody
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601

/s/ Patricia Smink Rogowski
Patricia Smink Rogowski (Bar ID No. 2632)
progowski@cblh.com