IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| S.O.I.TEC SILICON ON INSULATOR TECHNOLOGIES S.A. and SOITEC USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MEMC ELECTRONIC MATERIALS, INC., <br><br> Defendant. | JURY TRIAL DEMANDED <br><br> Civil Action No. 05-806-KAJ |

**REVISED STIPULATION AND ORDER**

WHEREAS, the parties are very close to finalizing a covenant that would moot Counts I and III-VIII of the Complaint;

IT IS HEREBY STIPULATED by the parties, subject to approval by the Court, that:

(a) the date by which Plaintiffs may file an Answering Brief in opposition to Defendant's Motion to Dismiss Counts I and III-VII of the Complaint and the date by which Plaintiffs may answer, move or otherwise plead in response to Defendant's Counterclaims shall each be extended until March 21, 2006; and

(b) the date by which Defendant shall file its Reply Brief in further Support of its Motion to Dismiss Counts I and III-VII of the Complaint shall be extended until April 4, 2006.

- 2 -

| EDWARDS ANGELL PALMER & DODGE LLP | CONNOLLY BOVE LODGE & HUTZ LLP |
|---|---|
| /s/ *John L. Reed* | /s/ *Patricia Smink Rogowski* |
| John L. Reed (I.D. No. 3023) | Patricia Smink Rogowski (I.D. No. 2632) |
| Denise Seastone Kraft (I.D. No. 2778) | 1007 N. Orange Street |
| 919 N. Market Street, Suite 1500 | P.O. Box 2207 |
| Wilmington, DE 19801 | Wilmington, DE 19899-2207 |
| 302.777.7770 | 302.658.9141 |
| 302.777.7263 (Fax) | 302.658.5614 (Fax) |
| jreed@eapdlaw.com | progowski@cblh.com |
| dkraft@eapdlaw.com | |

SO ORDERED this ___ day of March, 2006.

_____
United States District Judge