# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| S.O.I.TEC SILICON ON INSULATOR TECHNOLOGIES S.A. and SOITEC USA, INC., <br><br>   Plaintiffs, <br><br>   v. <br><br> MEMC ELECTRONIC MATERIALS, INC., <br><br>   Defendant. | JURY TRIAL DEMANDED <br><br> Civil Action No. 05-806-KAJ |

## PLAINTIFFS' FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs S.O.I.TEC Silicon On Insulator Technologies S.A. and Soitec USA, Inc. (collectively, "Soitec") make the following disclosure:

1. The parent corporation of Plaintiff Soitec USA, Inc. is Plaintiff S.O.I.TEC Silicon On Insulator Technologies S.A.

2. Plaintiff S.O.I.TEC Silicon On Insulator Technologies S.A. has no parent corporation.

3. Plaintiff S.O.I.TEC Silicon On Insulator Technologies S.A. owns 10% or more of the stock of Plaintiff Soitec USA, Inc.

4. No publicly held corporation owns 10% or more of the stock of Plaintiff S.O.I.TEC Silicon On Insulator Technologies S.A.

| | |
|---|---|
| Dated: March 21, 2006 | **EDWARDS ANGELL PALMER & DODGE LLP** |

    /s/ *John L. Reed*
John L. Reed (DE No. 3023)
Denise Seastone Kraft (DE No. 2778)
919 North Market Street, 15th Floor
Wilmington, DE 19801
(302) 777-7770
(302) 777-7263 (fax)

*Attorneys for S.O.I.TEC Silicon On Insulator Technologies S.A. and SOITEC USA, INC.*

**OF COUNSEL:**

George W. Neuner (*Pro Hac Vice*)
Robert J. Tosti (*Pro Hac Vice*)
Alan M. Spiro (*Pro Hac Vice*)
Brian M. Gaff (*Pro Hac Vice*)
**EDWARDS ANGELL PALMER & DODGE LLP**
101 Federal Street
Boston, MA 02110
(617) 439-4444
(617) 439-4170 (fax)

- and -

Michael Brody (*Pro Hac Vice*)
Thomas Marvrakakis (*Pro Hac Vice*)
Tracy Allen (*Pro Hac Vice*)
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600