## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **PLAINTIFFS'
FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT** was electronically filed with the
Clerk of the Court using the CM/ECF system and a copy was served upon the following
counsel of record in the manner indicated:

### VIA HAND DELIVERY

Patricia Smink Rogowski, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899


                             **EDWARDS ANGELL PALMER & DODGE LLP**


                             */s/ John L. Reed*
                             John L. Reed (DE No. 3023)
                             Denise Seastone Kraft (DE No. 2778)
                             919 North Market Street, 15th Floor
                             Wilmington, DE  19801
                             (302) 777-7770
                             (302) 777-7263 (fax)