# EDWARDS ANGELL PALMER & DODGE LLP

919 North Market Street   Wilmington, DE 19801   302.777.7770   *fax* 302.777.7263   eapdlaw.com

JOHN L. REED
Partner
302.425.7114
*fax* 888.325.9741
*jreed@eapdlaw.com*

March 21, 2006

**BY HAND and E-FILED**

The Honorable Kent A. Jordan
United States District Court
For the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

    Re:    *S.O.I.TEC Silicon On Insulator Technologies S.A.* **and** *SOITEC USA, Inc. v. MEMC Electronic Materials, Inc.* **C.A. No. 05-806-KAJ**

Dear Judge Jordan:

We represent Plaintiffs S.O.I.TEC Silicon On Insulator Technologies S.A. and SOITEC USA, Inc. ("SOITEC") in the referenced action. However, we write this letter on behalf of all the parties. Enclosed for the Court's consideration is another Stipulation and Order extending the time for SOITEC to file its Answering Brief in Opposition to Defendant's Motion to Dismiss Counts I and III-VII of the Complaint and to otherwise plead to Defendant's Counterclaim. While we hesitate to submit yet another stipulation, the parties are indeed very close to an agreement on a covenant that would moot Defendant's motion and remain confident that the additional time is more likely than not to lead to a resolution.

Very truly yours,

*/s/ John L. Reed*

JOHN L. REED (Del. No. 3023)

JLR/cg
Enclosure

cc: Patricia Smink Rogowski, Esq. (*e-filing*) (w/ encls.)
    The Clerk (*by hand*) (w/encls.)

WLM_504285_1/JREED

BOSTON | FT. LAUDERDALE | HARTFORD | NEW YORK | PROVIDENCE | SHORT HILLS | STAMFORD | WEST PALM BEACH | WILMINGTON | LONDON