IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| S.O.I.TEC SILICON ON INSULATOR TECHNOLOGIES S.A. and SOITEC USA, INC., <br><br> Plaintiffs/ Counterclaim Defendants, <br><br> v. <br><br> MEMC ELECTRONIC MATERIALS, INC., <br><br> Defendant/ Counterclaim Plaintiff. | JURY TRIAL DEMANDED <br><br> Civil Action No.: 05-806-KAJ |

**MEMC'S CORPORATE DISCLOSURE**
**STATEMENT PURSUANT TO FED.R.CIV.P. 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, counsel for Defendant/Counterclaim Plaintiff MEMC Electronic Materials, Inc. ("MEMC") makes the following disclosure:

**FMR Corporation (Fidelity)** owns ten percent (10%) or more of MEMC stock. No other publicly held corporation owns ten percent (10%) or more of MEMC stock.

Dated: March 23, 2006        CONNOLLY BOVE LODGE & HUTZ LLP

By: */s/ Patricia Smink Rogowski*
Patrician Smink Rogowski (I.D. #2632)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
progowski@cblh.com
*Attorneys for MEMC Electronic Materials, Inc.*

**OF COUNSEL:**

Robert M. Evans, Jr. *(Of the Missouri Bar)*
David W. Harlan *(Of the Missouri Bar)*
Marc W. Vander Tuig *(Of the Missouri Bar)*
**SENNIGER POWERS**
One Metropolitan Square
16th Floor
St. Louis, MO 63102
(314) 231-5400

**CERTIFICATE OF SERVICE**

I, Patricia Smink Rogowski, hereby certify that on this 23rd day of March, 2006, I electronically filed **MEMC'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED.R.CIV.P. 7.1** with the Court Clerk using CM/ECF which will send notification of such filing(s) to John L. Reed. I hereby further certify that on this 23rd day of March, 2006, I have served this document on the attorneys of record at the following addresses as indicated:

| **VIA HAND DELIVERY** | **VIA U.S. MAIL** |
|---|---|
| John L. Reed | George W. Neuner |
| Denise Seastone Kraft | Robert J. Tosti |
| EDWARDS ANGELL PALMER | Alan M. Spiro |
| & DODGE LLP | Brian M. Gaff |
| 919 North Market Street, 15th Floor | EDWARDS ANGELL PALMER |
| Wilmington, DE 19801 | & DODGE LLP |
|  | 101 Federal Street |
|  | Boston, MA 02110 |
|  |  |
|  | Michael Brody |
|  | WINSTON & STRAWN LLP |
|  | 35 West Wacker Drive |
|  | Chicago, IL 60601 |

　　　　　　　　　　　　　　　　　　　　_/s/ Patricia Smink Rogowski_
　　　　　　　　　　　　　　　　　　　　Patricia Smink Rogowski (Bar ID No. 2632)
　　　　　　　　　　　　　　　　　　　　progowski@cblh.com