## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| S.O.I.TEC SILICON ON INSULATOR TECHNOLOGIES S.A. and SOITEC USA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MEMC ELECTRONIC MATERIALS, INC.,<br><br>Defendant. | JURY TRIAL DEMANDED<br><br>Civil Action No. 05-806-KAJ |

## <u>REVISED STIPULATION AND ORDER</u>

WHEREAS, the parties have reached an agreement on a covenant that moots Counts I and III-VIII of the Complaint;

IT IS HEREBY STIPULATED by the parties, subject to approval by the Court, that until the above referenced covenant is executed and a stipulation removing Counts I and III-VII of the Complaint is filed with the Court, briefing on Defendant's Motion to Dismiss is suspended and the date by which Plaintiffs may answer, move or otherwise plead in response to Defendant's Counterclaims is extended to April 4, 2006.

| | |
|---|---|
| **EDWARDS ANGELL PALMER & DODGE LLP** | **CONNOLLY BOVE LODGE & HUTZ LLP** |
| */s/ John L. Reed* | */s/ Patricia Smink Rogowski* |
| John L. Reed (I.D. No. 3023) | Patricia Smink Rogowski (I.D. No. 2632) |
| Denise Seastone Kraft (I.D. No. 2778) | 1007 N. Orange Street |
| 919 N. Market Street, Suite 1500 | P.O. Box 2207 |
| Wilmington, DE 19801 | Wilmington, DE 19899-2207 |
| 302.777.7770 | 302.658.9141 |
| 302.777.7263 (Fax) | 302.658.5614 (Fax) |
| jreed@eapdlaw.com | progowski@cblh.com |
| dkraft@eapdlaw.com | |

WLM_504364_1/JREED

- 2 -

SO ORDERED this ___ day of March, 2006.

_____
United States District Judge

                                                          WLM_504364_1/JREED