# EDWARDS ANGELL PALMER & DODGE LLP

919 North Market Street  Wilmington, DE  19801  302.777.7770  *fax* 302.777.7263  eapdlaw.com

JOHN L. REED
Partner
302.425.7114
*fax* 888.325.9741
*jreed@eapdlaw.com*

March 29, 2006

**<u>BY HAND and E-FILED</u>**

The Honorable Kent A. Jordan
United States District Court
For the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

      Re:    ***S.O.I.TEC Silicon On Insulator Technologies S.A.* and *SOITEC USA, Inc. v. MEMC Electronic Materials, Inc.*  C.A. No. 05-806-KAJ**

Dear Judge Jordan:

We represent Plaintiffs S.O.I.TEC Silicon On Insulator Technologies S.A. and SOITEC USA, Inc. ("SOITEC") in the referenced action, but write this letter on behalf of all the parties to report that we have reached an agreement that moots Defendant's Motion to Dismiss and eliminates Counts I and III-VII of the Complaint from this action. Due to the respective schedules of counsel, we need a few more days to get the agreement finalized and executed. Consequently, we enclose for the Court's consideration, a Stipulation and Order addressing both Defendant's Motion to Dismiss and the due date for Plaintiffs' Response to Defendant's Counterclaim.

Respectfully yours,

/s/ *John L. Reed*

JOHN L. REED (Del. No. 3023)

JLR/cg
Enclosure

cc: Patricia Smink Rogowski, Esq. (*e-filing*) (w/ encls.)
    The Clerk (*by hand*) (w/encls.)

WLM_504363_1/JREED

BOSTON | FT. LAUDERDALE | HARTFORD | NEW YORK | PROVIDENCE | SHORT HILLS | STAMFORD | WEST PALM BEACH | WILMINGTON | LONDON