IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| S.O.I.TEC SILICON ON INSULATOR TECHNOLOGIES S.A. and SOITEC USA, INC., <br><br>        Plaintiffs and Counterclaim Defendants, <br><br>   v. <br><br> MEMC ELECTRONIC MATERIALS, INC., <br><br>        Defendant and Counterclaim Plaintiff. | **JURY TRIAL DEMANDED** <br><br> Civil Action No. 05-806-KAJ |

**STIPULATION REGARDING MOTION TO DISMISS
SIX PATENTS IN ORIGINAL COMPLAINT**

Plaintiffs S.O.I.TEC Silicon On Insulator Technologies S.A. and Soitec USA, Inc. (collectively, "SOITEC") and Defendant MEMC Electronic Materials, Inc. ("MEMC") have agreed to remove six (6) of the seven (7) patents in the original Complaint from this action, leaving in controversy issues regarding United States Patent No. 6,236,104 (the "'104 Patent").

Contemporaneous with this Stipulation, Plaintiffs have filed an unopposed motion for leave to amend their original Complaint.

Therefore, in accord with their agreement, the parties jointly request that the Court deny MEMC's pending Motion to Dismiss as moot as provided in the attached form of order.

Respectfully submitted,

Dated: April 5, 2006

| **EDWARDS ANGELL PALMER & DODGE LLP** | **CONNOLLY BOVE LODGE & HUTZ LLP** |
|---|---|
| /s/ John L. Reed | /s/ Patricia Smink Rogowski |
| John L. Reed (I.D. No. 3023) | Patricia Smink Rogowski (I.D. No. 2632) |
| Denise Seastone Kraft (I.D. No. 2778) | 1007 N. Orange Street |
| 919 N. Market Street, Suite 1500 | P.O. Box 2207 |
| Wilmington, DE 19801 | Wilmington, DE 19899-2207 |
| 302.777.7770 | 302.658.9141 |
| 302.777.7263 (Fax) | 302.658.5614 (Fax) |
| jreed@eapdlaw.com | progowski@cblh.com |
| dkraft@eapdlaw.com | |