IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| S.O.I.TEC SILICON ON INSULATOR TECHNOLOGIES S.A. and SOITEC USA, INC., <br><br> Plaintiffs and Counterclaim Defendants, <br><br> v. <br><br> MEMC ELECTRONIC MATERIALS, INC., <br><br> Defendant and Counterclaim Plaintiff, | JURY TRIAL DEMANDED <br><br> Civil Action No. 05-806-KAJ |

## ORDER

Upon consideration of the Stipulation between plaintiffs S.O.I.TEC Silicon on Insulator Technologies S.A. and SOITEC USA, Inc. and defendant MEMC Electronic Materials, Inc., ("MEMC"), whereby the parties stipulated and agreed to remove six (6) of the seven (7) patents in the original Complaint from the action, leaving in controversy issues regarding United States Patent No. 6,236,104 (the "104 Patent"):

IT IS HEREBY ORDERED THAT MEMC's pending motion to dismiss is denied as moot and the Stipulation, attached hereto, is approved.

Dated: April ___, 2006            _____
                                  The Honorable Kent A. Jordan
                                  United States Bankruptcy Judge