# Exhibit A – Part 2

FIG. 9





FIG. 10

BMD DENSITY VS. OXYGEN PARTIAL PRESSURE

FIG.11



FIG.12



## FIG.13



## FIG.14



# FIG.15



SEED CONE, 140

90

AXIALLY SYMMETRIC REGION, 60

WIDTH AS MEASURED FROM EDGE TOWARD AXIS, 220

RADIUS, 40

CIRCUMFERENTIAL EDGE, 200

CONSTANT DIAMETER PORTION, 180

260

80

20

END CONE, 160

100

AXIS, 120



FIG.16

VACANCY DOMINATED, 80

V/I BOUNDARY, 2.0

AGGLOMERATED INTERSTITIAL DEFECTS, 280

CIRCUMFERENTIAL EDGE, 200

AXIS, 120

INTERSTITIAL DOMINATED, 60

U.S. Patent

May 22, 2001

Sheet 15 of 35

US 6,236,104 B1



FIG. 17

*FIG.18*



FIG. 19



FIG. 20



FIG. 21



*FIG. 22*



*FIG. 23*





FIG.24



FIG. 25



*FIG.26A*

FIG.26B



U.S. Patent

May 22, 2001

Sheet 24 of 35

US 6,236,104 B1



FIG.27

AXIAL TEMPERATURE GRADIENT VS RADIUS

U.S. Patent

May 22, 2001

Sheet 25 of 35

US 6,236,104 B1



FIG.28



FIG.29

● INTERSTITIAL AGGLOMERATES PRESENT

○ INTERSTITIAL AGGLOMERATES ABSENT



*FIG.30*

AXIAL
POSITION

235 mm

255 mm

350mm

V/I BOUNDARY, 20    VACANCY
DOMINATED, 80

PULL RATE

0.4 mm/min.

AGGLOMERATED
INTERSTITIAL DEFECTS, 280



*FIG.31*

AXIAL POSITION

V/I BOUNDARY, 20    VACANCY DOMINATED, 80    PULL RATE

305 mm

360 mm — — 0.3 mm/min.

460 mm

AGGLOMERATED INTERSTITIAL DEFECTS, 280

*FIG.32*



V/I BOUNDARY, 20    VACANCY DOMINATED, 80    PULL RATE

140mm

210mm    0.3 mm/min.

275mm

AGGLOMERATED INTERSTITIAL DEFECTS, 280



*FIG. 33*