# Exhibit B – Part 2

Case 1:05-cv-00806-GMS-MPT     Document 32-6     Filed 04/05/2006     Page 2 of 23



F I G 9





*FIG. 10*

BMD DENSITY VS. OXYGEN PARTIAL PRESSURE

FIG.11



FIG.12



FIG.13



FIG.14



FIG.15



SEED CONE, 140

90

100

AXIALLY SYMMETRIC
REGION, 60

WIDTH AS MEASURED FROM
EDGE TOWARD AXIS, 220

CONSTANT
DIAMETER
PORTION, 180

RADIUS, 40

CIRCUMFERENTIAL
EDGE, 200

260

20

80

END CONE, 160

AXIS, 120



*FIG.16*

VACANCY DOMINATED, 80

V/I BOUNDARY, 2.0

AGGLOMERATED INTERSTITIAL DEFECTS, 280

CIRCUMFERENTIAL EDGE, 200

AXIS, 120

INTERSTITIAL DOMINATED, 60



*FIG.18*



AXIAL POSITION

VACANCY DOMINATED, 80

V/I BOUNDARY, 20

PULL RATE

635 mm

680 mm

INTERSTITIAL DOMINATED, 60

0.33 mm/min.

760 mm

AGGLOMERATED INTERSTITIAL DEFECTS, 280



FIG. 19



FIG. 20

$G = 2.65 + 5 \times 10^{-4} r^2$

$G = 2.65 + 5 \times 10^{-5} r^2$



FIG. 21

$M : h = 5 \times 10^{-4}$

$I : h = 5 \times 10^{-4}$

$M : h = 5 \times 10^{-5}$

$I : h = 5 \times 10^{-5}$

FIG. 22



FIG. 23





FIG.24

FIG. 25





FIG. 26A

AXIAL POSITION
250 mm

INTERSTITIAL
DOMINATED, 60

170 mm

100 mm

V/I BOUNDARY, 20

VACANCY
DOMINATED, 80

*FIG.26B*



AXIAL POSITION

V/I BOUNDARY, 20

VACANCY DOMINATED, 80

400 mm

290 mm

250 mm

INTERSTITIAL DOMINATED, 60



FIG.27

U.S. Patent

May 22, 2001

Sheet 25 of 35

US 6,236,104 B1



FIG.28



FIG.29



FIG 30



*FIG.31*



*FIG.32*



*FIG.33*

AXIAL
POSITION

AGGLOMERATED
INTERSTITIAL DEFECTS, 280

PULL RATE

600mm

640mm

665mm

730mm

VACANCY
DOMINATED, 80