IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| S.O.I.TEC SILICON ON INSULATOR TECHNOLOGIES S.A. and SOITEC USA, INC., <br><br> Plaintiffs and Counterclaim Defendants, <br><br> v. <br><br> MEMC ELECTRONIC MATERIALS, INC., <br><br> Defendant and Counterclaim Plaintiff. | **JURY TRIAL DEMANDED** <br><br> Civil Action No. 05-806-KAJ |

**ORDER**

Upon consideration of the Unopposed Motion For Leave To File Amended Complaint For Declaratory Judgment filed by plaintiffs S.O.I.TEC Silicon on Insulator Technologies S.A. and SOITEC USA, Inc.;

IT IS HEREBY ORDERED THAT:

(i)   Plaintiffs are granted leave to file their Amended Complaint, and

(ii)  The Amended Complaint attached as Exhibit A to the Motion shall be entered on the docket forthwith.

DATED: April ___, 2006        _____
　　　　　　　　　　　　　　　　　　The Honorable Kent A. Jordan
　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge