<u>**CERTIFICATE OF SERVICE**</u>

      I hereby certify that on this 5th day of April, 2006, a true and correct copy of the foregoing **UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT FOR DECLARATORY JUDGMENT** was electronically filed with the Clerk of the Court using the CM/ECF system and a copy was served upon the following counsel of record in the manner indicated:

<u>**VIA HAND DELIVERY**</u>

Patricia Smink Rogowski, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

                **EDWARDS ANGELL PALMER & DODGE LLP**

                */s/ John L. Reed*
                John L. Reed (DE No. 3023)
                Denise Seastone Kraft (DE No. 2778)
                919 North Market Street, 15th Floor
                Wilmington, DE 19801
                (302) 777-7770
                (302) 777-7263 (fax)