# EXHIBIT 3

> De :                    Jacques-Elie LEVY
> Envoyé :                    vendredi 11 novembre 2005 13:22
> À :                'BKohn@memc.com'
> Objet :              MEETING WITH SOITEC
>
> Dear Mr. Kohn,
> Following our recent cordial telephone call, I confirm my intention
to meet you in order to discuss with you about the last letter you sent
us on October the 21st.
> If it is convenient for you, our IP team and me could be available on
December the 2nd and will come at your office.
> The SOITEC> '> s attendees will be Emmanuel Huyghe (SOITEC IP
Manager) and our two patent attorneys George W. Neuner (Edwards Angell
Palmer & Dodge LLP), and Michael L. Brody (Winston & Strawn, LLP).
> Could you please be so kind as to confirm your availability as soon
as possible in order to coordinate the (busy) agendas of our team?
> Cordialement/Best Regards,
> Jacques Elie LEVY
> SOITEC S.A.
> Legal Department
> Chemin des Franques
> Parc Technologique des Fontaines
> 38190 BERNIN - FRANCE
> Tel.: +33 (0)4 76 45 52 86
> Fax.: +33 (0)4 76 45 52 94
> Mobile: +33 (0)6 74 39 93 75
> _____
>
> Ce message, ainsi que tous les fichiers joints, est exclusivement
destiné aux personnes dont le nom figure ci-dessus. Il peut contenir
des informations confidentielles dont la divulgation est à ce titre
rigoureusement interdite. Dans l'hypothèse où vous avez reçu ce mail
par erreur, merci de le renvoyer à l'adresse email ci-dessus et de
détruire toute copie.
>
> This message and any of the attachements may contain confidential and
proprietary  material for the sole use of the intended recipient. Any
review of distribution by others is strictly prohibited. If you are not
the intended recipient please contact the sender and delete all copies.
>
> > <<Jacques Elie LEVY (Télécopie bureau).vcf>>