# EXHIBIT 5 – Part 2

FIG. 20



FIG. 21



FIG. 22



FIG. 23





FIG. 24

FIG. 25





FIG. 26A



FIG. 26B

U.S. Patent   May 22, 2001   Sheet 24 of 35   US 6,236,104 B1



FIG.27

AXIAL TEMPERATURE GRADIENT VS RADIUS

U.S. Patent    May 22, 2001    Sheet 25 of 35    US 6,236,104 B1



FIG.28



FIG.29



FIG 30

AXIAL POSITION
235 mm
255 mm
350 mm

V/I BOUNDARY, 20
VACANCY DOMINATED, 80
PULL RATE
0.4 mm/min.
AGGLOMERATED INTERSTITIAL DEFECTS, 280



FIG. 31



FIG. 32



FIG. 33

U.S. Patent   May 22, 2001   Sheet 31 of 35   US 6,236,104 B1



FIG.34



FIG.35 TEMPERATURE PROFILES FOR VARIOUS HOT ZONES

U.S. Patent    May 22, 2001    Sheet 32 of 35    US 6,236,104 B1

FIG. 36



FIG. 37



FIG. 38



FIG. 39



FIG. 40



FIG. 41

