## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of April, 2006, a true and correct copy of the foregoing **FIRST AMENDED COMPLAINT FOR DECLARATORY JUDGMENT** was electronically filed with the Clerk of the Court using the CM/ECF system and a copy was served upon the following counsel of record in the manner indicated:

**VIA HAND DELIVERY**

Patricia Smink Rogowski, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

**EDWARDS ANGELL PALMER & DODGE LLP**


 _/s/ John L. Reed_
John L. Reed (DE No. 3023)
Denise Seastone Kraft (DE No. 2778)
919 North Market Street, 15th Floor
Wilmington, DE  19801
(302) 777-7770
(302) 777-7263 (fax)