**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| S.O.I.TEC SILICON ON INSULATOR TECHNOLOGIES S.A. and SOITEC USA, INC., <br><br>      Plaintiffs and Counterclaim Defendants, <br><br>v. <br><br>MEMC ELECTRONIC MATERIALS, INC., <br><br>      Defendant and Counterclaim Plaintiff. | **JURY TRIAL DEMANDED** <br><br>Civil Action No.: 05-806-KAJ |

**NOTICE OF SERVICE**

    I, John Reed, certify that on this 7th day of April, 2006, I caused a copy of the **PLAINTIFFS' INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)** to be served on the parties below in the manner indicated:

**VIA HAND DELIVERY**

    Patricia Smink Rogowski, Esq.
    Connolly Bove Lodge & Hutz LLP
    1007 North Orange Street
    P.O. Box 2207
    Wilmington, DE 19899

DATED:  April 7, 2006                **EDWARDS ANGELL PALMER & DODGE, LLP**


 /s/  *John L. Reed*
John L. Reed (DE I.D. No. 3023)
Denise Seastone Kraft (DE I.D. No. 2778)
919 N. Market Street, 15th Floor
Wilmington, DE 19801
302.777.7770
302.777.7263 (fax)
jreed@eapdlaw.com
dkraft@eapdlaw.com

*Attorneys for Plaintiffs*
*S.O.I.TEC Silicon On Insulator Technologies S.A.*
*and SOITEC USA, Inc.*