## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| S.O.I.TEC SILICON ON INSULATOR TECHNOLOGIES S.A. and SOITEC USA, INC., <br><br> Plaintiffs and Counterclaim Defendants, <br><br> v. <br><br> MEMC ELECTRONIC MATERIALS, INC., <br><br> Defendant and Counterclaim Plaintiff. | **JURY TRIAL DEMANDED** <br><br> Civil Action No.: 05-806-KAJ |

### NOTICE OF SERVICE

I, John Reed, certify that on this 7th day of April, 2006, I caused a copy of the **PLAINTIFFS' FIRST SET OF INTERROGATORIES (NOS. 1-16)** to be served on the parties below in the manner indicated:

### VIA HAND DELIVERY

Patricia Smink Rogowski, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

DATED:  April 7, 2006                 **EDWARDS ANGELL PALMER & DODGE, LLP**


 /s/  *John L. Reed*
John L. Reed (I.D. No. 3023)
Denise Seastone Kraft (I.D. No. 2778)
919 N. Market Street, 15th Floor
Wilmington, DE 19801
302.777.7770
302.777.7263 (fax)
jreed@eapdlaw.com
dkraft@eapdlaw.com

*Attorneys for Plaintiffs*
*S.O.I.TEC Silicon On Insulator Technologies S.A.*
*and SOITEC USA, Inc.*