## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of April, 2006, a true and correct copy of the foregoing **NOTICE OF SERVICE** was electronically filed with the Clerk of the Court using the CM/ECF system and a copy was served upon the following counsel of record in the manner indicated:

### VIA HAND DELIVERY

Patricia Smink Rogowski, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

        **EDWARDS ANGELL PALMER & DODGE LLP**

        */s/ John L. Reed*
        John L. Reed (I.D. No. 3023)
        Denise Seastone Kraft (I.D. No. 2778)
        919 North Market Street, 15th Floor
        Wilmington, DE 19801
        302.777.7770
        302.777.7263 (fax)
        jreed@eapdlaw.com
        dkraft@eapdlaw.com