IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| S.O.I.TEC SILICON ON INSULATOR TECHNOLOGIES S.A. and SOITEC USA, INC., <br><br> Plaintiffs and Counterclaim Defendants, <br><br> v. <br><br> MEMC ELECTRONIC MATERIALS, INC. <br><br> Defendant and Counterclaim Plaintiff. | **JURY TRIAL DEMANDED** <br><br> Civil Action No.:  05-806-KAJ |

**STIPULATION TO CORRECT FIRST AMENDED COMPLAINT**

Plaintiffs S.O.I.TEC Silicon On Insulator Technologies S.A. and Soitec USA, Inc. (collectively, "SOITEC") and Defendant MEMC Electronic Materials, Inc. ("MEMC") hereby stipulate that SOITEC may file a "Corrected" First Amended Complaint, in the form attached hereto as Exhibit A, to correct a minor error.

Respectfully submitted,

Dated: April 7, 2006

| **EDWARDS ANGELL PALMER & DODGE LLP** | **CONNOLLY BOVE LODGE & HUTZ LLP** |
|---|---|
| /s/ *John L. Reed* | /s/ *Patricia Smink Rogowski* |
| John L. Reed (I.D. No. 3023) | Patricia Smink Rogowski (I.D. No. 2632) |
| Denise Seastone Kraft (I.D. No. 2778) | 1007 N. Orange Street |
| 919 N. Market Street, Suite 1500 | P.O. Box 2207 |
| Wilmington, DE 19801 | Wilmington, DE 19899-2207 |
| 302.777.7770 | 302.658.9141 |
| 302.777.7263 (Fax) | 302.658.5614 (Fax) |
| jreed@eapdlaw.com | progowski@cblh.com |
| dkraft@eapdlaw.com | |

SO ORDERED this __ day of April, 2006.

_____
The Honorable Kent A. Jordan
United States District Judge