# Exhibit A – Part 3

U.S. Patent  May 22, 2001  Sheet 15 of 35  US 6,236,104 B1



FIG. 17



FIG. 18



FIG. 19

FIG. 20



FIG. 21



**U.S. Patent**   May 22, 2001   Sheet 19 of 35   US 6,236,104 B1

FIG. 22



FIG. 23





FIG. 24



FIG. 25



FIG. 26A

AXIAL POSITION
250 mm
INTERSTITIAL DOMINATED, 60
170 mm
100 mm
V/I BOUNDARY, 20
VACANCY DOMINATED, 80



FIG. 26B



FIG.27

U.S. Patent    May 22, 2001    Sheet 24 of 35    US 6,236,104 B1



FIG.28

U.S. Patent    May 22, 2001    Sheet 25 of 35    US 6,236,104 B1



FIG.29

U.S. Patent    May 22, 2001    Sheet 27 of 35    US 6,236,104 B1



FIG 30

AXIAL POSITION
235 mm
255 mm
350 mm

V/I BOUNDARY, 20
VACANCY DOMINATED, 80
PULL RATE
0.4 mm/min.
AGGLOMERATED INTERSTITIAL DEFECTS, 280



FIG. 31



FIG.32



FIG.33



FIG.34

U.S. Patent    May 22, 2001    Sheet 32 of 35    US 6,236,104 B1



FIG.35 — TEMPERATURE PROFILES FOR VARIOUS HOT ZONES