IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| S.O.I. Tec Silicon on Insulator Technologies S.A., and Soitec USA Inc., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-806 KAJ |
| MEMC Electronic Materials Inc., | ) ) ) | |
| Defendant. | ) | |

**STIPULATION TO AMEND SCHEDULING ORDER**

IT IS HEREBY STIPULATED by Plaintiffs and Defendant, subject to approval of this Court, that Paragraph 4 of the Scheduling Order be amended to extend the date by which the parties may submit a form of Protective Order for the Court's consideration from April 7, 2006 to April 14, 2006.

/s/ John L. Reed
John L. Reed
Del. Bar # 3023
EDWARDS ANGELL PALMER & DODGE LLP
919 North Market Street, Suite 1500
Wilmington, DE 19801
(302) 777-7770
Attorneys for Plaintiffs,
S.O.I. Tec Silicon on Insulator
Technologies S.A. and
Soitec USA Inc.

/s/ Patricia Smink Rogowski
Patricia Smink Rogowski
Del. Bar #2632
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141
Attorneys for Defendant,
MEMC Electronic Materials Inc.

SO ORDERED this _____ day of April, 2006.

_____
United States District Judge

454802v2(CB)