IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| S.O.I.TEC SILICON ON INSULATOR, TECHNOLOGIES S.A. and SOITEC USA, INC., <br>                 Plaintiffs, <br> v. <br><br> MEMC ELECTRONIC MATERIALS, INC., <br>                 Defendant. | ) ) ) ) ) ) Civil Action No. 05-806-KAJ ) ) ) ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 7, 2006 true and correct copies of **Defendant's Rule 26(a)(1) Disclosures** were served on the attorneys of record at the following addresses specified below:

**By Hand and U.S. Mail**
John L. Reed
Denise Seastone Kraft
Edwards, Angell, Palmer & Dodge LLP
919 North Market Street, 15th Floor
Wilmington DE 19801

**U.S. Mail**
George W. Neuner
Robert J. Tosti
Alan M. Spiro
Brian M. Gaff
Edwards, Angell, Palmer & Dodge LLP
101 Federal Street
Boston, MA 02110

Michael Brody
Thomas Mavrakakis
Tracy Allen
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601

Respectfully submitted,
**CONNOLLY BOVE LODGE & HUTZ LLP**

By: /s/ Patricia Smink Rogowski
Patricia Smink Rogowski (#2632)
1007 N. Orange Street
Post Office Box 2207
Wilmington, Delaware 19899-2207
(302) 658-9141
*Attorneys for Defendant*
*MEMC Electronic Materials, Inc.*

Dated: April 7, 2006

384888v10(CB)

OF COUNSEL:
SENNIGER POWERS
Robert M. Evans, Jr.
David W. Harlan
Marc W. Vander Tuig
One Metropolitan Square, 16th Floor
St. Louis, MO 63102
(314) 231-5400

384888v10(CB)

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of April, 2006, I electronically filed a NOTICE OF SERVICE with the Clerk of Court using CM/ECF which will send notification of such filing to

John L. Reed
Denise Seastone Kraft
Edwards, Angell, Palmer & Dodge LLP
919 North Market Street, 15th Floor
Wilmington DE 19801

I hereby further certify that on this 7th day of April, 2006, I have served the document(s) to the following attorneys of record at the following addresses in the manner indicated:

**VIA HAND DELIVERY**
John L. Reed
Denise Seastone Kraft
Edwards, Angell, Palmer & Dodge LLP
919 North Market Street, 15th Floor
Wilmington DE 19801

Courtesy copies also were mailed to:

| | |
|---|---|
| George W. Neuner | Michael Brody |
| Robert J. Tosti | Thomas Mavrakakis |
| Alan M. Spiro | Tracy Allen |
| Brian M. Gaff | Winston & Strawn LLP |
| Edwards, Angell, Palmer & Dodge LLP | 35 West Wacker Drive |
| 101 Federal Street | Chicago, IL 60601 |
| Boston, MA 02110 | |

_____
Patricia Smink Rogowski (#2632)
Connolly Bove Lodge & Hutz LLP
P.O. Box 2207
1007 N. Orange Street
Wilmington, DE 19899
(302) 658-9141
progowski@cblh.com