# EDWARDS ANGELL PALMER & DODGE LLP

919 North Market Street  Wilmington, DE  19801   302.777.7770  *fax* 302.777.7263  eapdlaw.com

JOHN L. REED
Partner
302.425.7114
*fax* 888.325.9741
*jreed@eapdlaw.com*

April 14, 2006

**_BY HAND and E-FILED_**

The Honorable Kent A. Jordan
United States District Court
For the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

    Re:   *S.O.I.TEC Silicon On Insulator Technologies S.A.* and *SOITEC USA, Inc. v. MEMC Electronic Materials, Inc.* C.A. No. 05-806-KAJ

Dear Judge Jordan:

Enclosed for the Court's consideration is a proposed Protective Order Governing Discovery Material which has been agreed to by all parties.

Respectfully yours,

/s/ *John L. Reed*

JOHN L. REED (Del. No. 3023)

JLR/cg
Enclosure

cc: Patricia Smink Rogowski, Esq. (*e-filing*) (w/ encls.)
    The Clerk (*by hand*) (w/encls.)

WLM_504524_1/JREED

BOSTON | FT. LAUDERDALE | HARTFORD | NEW YORK | PROVIDENCE | SHORT HILLS | STAMFORD | WEST PALM BEACH | WILMINGTON | LONDON