# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| S.O.I.TEC SILICON ON INSULATOR TECHNOLOGIES S.A. and SOITEC USA, INC., <br><br>     Plaintiffs and Counterclaim Defendants, <br> v. <br><br> MEMC ELECTRONIC MATERIALS, INC., <br><br>     Defendant and Counterclaim Plaintiff. | **JURY TRIAL DEMANDED** <br><br> Civil Action No.: 05-806-KAJ |

### NON-DISCLOSURE AGREEMENT

I, _____, do solemnly swear (or affirm) that I am fully familiar with the terms of the Protective Order ("Order") entered in the above captioned case, and hereby agree to comply with and be bound by the terms and conditions of the Order unless and until modified by further Order of this Court. I acknowledge that I am about to receive PROTECTED INFORMATION in this litigation and certify my understanding that such PROTECTED INFORMATION is being provided to me pursuant to the terms and restrictions of the Order. I understand that such information and any copies I make of any documentary material containing PROTECTED INFORMATION or any notes or other records that may be made regarding any such information shall not be disclosed to others, except other qualified persons as defined in that Order. I agree to submit to the jurisdiction of this Court in connection with any proceeding or hearing relating to PROTECTED

INFORMATION in this litigation, including any proceeding relating to enforcement of this Order.

Dated: _____

By: _____