IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| S.O.I. Tec Silicon on Insulator Technologies S.A., and Soitec USA Inc., <br><br> Plaintiffs, <br><br> v. <br><br> MEMC Electronic Materials Inc., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 05-806 KAJ |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED by Plaintiffs and Defendant, subject to approval of this Court, that the time by which Defendant may answer, move or otherwise respond to the First Amended Complaint (D.I. 33) shall be extended from April 19, 2006 to May 5, 2006.

/s/ Denise Seastone Kraft
Denise Seastone Kraft
Del. Bar # 2778
EDWARDS ANGELL PALMER & DODGE LLP
919 North Market Street, Suite 1500
Wilmington, DE 19801
(302) 777-7770
Attorneys for Plaintiffs,
S.O.I. Tec Silicon on Insulator
Technologies S.A. and
Soitec USA Inc.

/s/ Patricia Smink Rogowski
Patricia Smink Rogowski
Del. Bar #2632
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141
Attorneys for Defendant,
MEMC Electronic Materials Inc.

SO ORDERED this _____ day of April, 2006.

_____
United States District Judge

459837v1(CB)