## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

S.O.I.TEC SILICON ON INSULATOR
TECHNOLOGIES S.A. and
SOITEC USA, INC.,

        Plaintiffs and Counterclaim
        Defendants,

    v.

MEMC ELECTRONIC MATERIALS,
INC.,

        Defendant and Counterclaim
        Plaintiff.

**JURY TRIAL DEMANDED**

Civil Action No.: 05-806-KAJ

## NON-DISCLOSURE AGREEMENT

I, _____, do

solemnly swear (or affirm) that I am fully familiar with the terms of the Protective Order

("Order") entered in the above captioned case, and hereby agree to comply with and be

bound by the terms and conditions of the Order unless and until modified by further

Order of this Court. I acknowledge that I am about to receive PROTECTED

INFORMATION in this litigation and certify my understanding that such PROTECTED

INFORMATION is being provided to me pursuant to the terms and restrictions of the

Order. I understand that such information and any copies I make of any documentary

material containing PROTECTED INFORMATION or any notes or other records that

may be made regarding any such information shall not be disclosed to others, except

other qualified persons as defined in that Order. I agree to submit to the jurisdiction of this

Court in connection with any proceeding or hearing relating to PROTECTED

INFORMATION in this litigation, including any proceeding relating to enforcement of this

Order.

Dated: _____

By: _____