IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| S.O.I.TEC SILICON ON INSULATOR, TECHNOLOGIES S.A. and SOITEC USA, INC., <br>             Plaintiffs, <br> v. <br> MEMC ELECTRONIC MATERIALS, INC., <br>             Defendant. | Civil Action No. 05-806-KAJ |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 19, 2006 true and correct copies of **MEMC's Responses to SOITEC's First Set of Interrogatories (Nos. 1-16)** and **MEMC's Responses to Plaintiffs' First Set of Requests for Production of Documents and Things (Nos. 1-65)** were served on the attorneys of record at the following addresses specified below via First Class Mail:

John L. Reed
Denise Seastone Kraft
Edwards, Angell, Palmer & Dodge LLP
919 North Market Street, 15th Floor
Wilmington DE 19801

Michael Brody
Thomas Mavrakakis
Tracy Allen
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601

George W. Neuner
Robert J. Tosti
Alan M. Spiro
Brian M. Gaff
Edwards, Angell, Palmer & Dodge LLP
101 Federal Street
Boston, MA 02110

Respectfully submitted,
**CONNOLLY BOVE LODGE & HUTZ LLP**

Dated: May 22, 2006

By: /s/ Patricia Smink Rogowski
Patricia Smink Rogowski (#2632)
1007 N. Orange Street
Post Office Box 2207
Wilmington, Delaware 19899-2207
(302) 658-9141
*Attorneys for Defendant*
*MEMC Electronic Materials, Inc.*

384888v10(CB)

OF COUNSEL:
SENNIGER POWERS
Robert M. Evans, Jr.
David W. Harlan
Marc W. Vander Tuig
One Metropolitan Square, 16th Floor
St. Louis, MO 63102
(314) 231-5400

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of May, 2006, I electronically filed a NOTICE OF SERVICE with the Clerk of Court using CM/ECF which will send notification of such filing to

John L. Reed
Denise Seastone Kraft
Edwards, Angell, Palmer & Dodge LLP
919 North Market Street, 15th Floor
Wilmington DE 19801

I hereby further certify that on this 22nd day of May, 2006, I have served the document(s) to the following attorneys of record at the following addresses in the manner indicated:

**VIA HAND DELIVERY**
John L. Reed
Denise Seastone Kraft
Edwards, Angell, Palmer & Dodge LLP
919 North Market Street, 15th Floor
Wilmington DE 19801

Courtesy copies also were mailed to:

George W. Neuner
Robert J. Tosti
Alan M. Spiro
Brian M. Gaff
Edwards, Angell, Palmer & Dodge LLP
101 Federal Street
Boston, MA 02110

Michael Brody
Thomas Mavrakakis
Tracy Allen
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601

/s/ Patricia Smink Rogowski
Patricia Smink Rogowski (#2632)
Connolly Bove Lodge & Hutz LLP
P.O. Box 2207
1007 N. Orange Street
Wilmington, DE 19899
(302) 658-9141
progowski@cblh.com