## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of June, 2006, a true and correct copy of the foregoing **REPLY TO DEFENDANT'S COUNTERCLAIM AND AFFIRMATIVE DEFENSES** was electronically filed with the Clerk of the Court using the CM/ECF system and a copy was served upon the following counsel of record in the manner indicated:

**VIA HAND DELIVERY**

Patricia Smink Rogowski, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

**VIA OVERNIGHT MAIL**

Robert M. Evans, Jr., Esq.
Senniger Powers
One Metropolitan Square, Suite 1600
St. Louis, MO 63102

**EDWARDS ANGELL PALMER & DODGE LLP**

  /s/ John L. Reed
John L. Reed (DE No. 3023)
Denise Seastone Kraft (DE No. 2778)
919 North Market Street, 15th Floor
Wilmington, DE 19801
(302) 777-7770
(302) 777-7263 (fax)