**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| S.O.I.TEC SILICON ON INSULATOR TECHNOLOGIES S.A. and SOITEC USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MEMC ELECTRONIC MATERIALS, INC., <br><br> Defendant. | **JURY TRIAL DEMANDED** <br><br> Civil Action No.: 05-806-KAJ |

**NOTICE OF SERVICE**

I, Denise Seastone Kraft, certify that on this 28th day of July, 2006, I caused a copy of the **RESPONSE TO MEMC'S FIRST REQUEST FOR PRODUCTION (NOS. 1-107)** to be served on the parties below in the manner indicated:

**BY EMAIL AND U.S. MAIL**

Robert M. Evans, Esq.
SENNIGER POWERS
One Metropolitan Square – 16th Floor
St. Louis, MO  63102
(314) 231-5400
(314) 231-4342 (fax)

**BY HAND**

Patricia Smink Rogowski
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899-2207
(302) 658-9141
(302) 658-5614 (fax)

2

DATED: July 28, 2006                **EDWARDS ANGELL PALMER & DODGE, LLP**

 /s/ Denise Seastone Kraft
John L. Reed (DE I.D. No. 3023)
Denise Seastone Kraft (DE I.D. No. 2778)
919 N. Market Street, 15th Floor
Wilmington, DE 19801
302.777.7770
302.777.7263 (fax)
jreed@eapdlaw.com
dkraft@eapdlaw.com

*Attorneys for Plaintiffs*
*S.O.I.TEC Silicon On Insulator Technologies S.A.*
*and SOITEC USA, Inc.*