## CERTIFICATE OF SERVICE

     I hereby certify that on this 28th day of July, 2006, a true and correct copy of the foregoing **NOTICE OF SERVICE** was electronically filed with the Clerk of the Court using the CM/ECF system and a copy was served upon the following counsel of record in the manner indicated:

| BY EMAIL AND U.S. MAIL | BY HAND |
|---|---|
| Robert M. Evans, Esq.<br>SENNIGER POWERS<br>One Metropolitan Square – 16th Floor<br>St. Louis, MO  63102<br>(314) 231-5400<br>(314) 231-4342 (fax) | Patricia Smink Rogowski<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE  19899-2207<br>(302) 658-9141<br>(302) 658-5614 (fax) |

**EDWARDS ANGELL PALMER & DODGE LLP**


  */s/ Denise Seastone Kraft*
John L. Reed (DE No. 3023)
Denise Seastone Kraft (DE No. 2778)
919 North Market Street, 15th Floor
Wilmington, DE  19801
(302) 777-7770
(302) 777-7263 (fax)