**CERTIFICATE OF SERVICE**

    I hereby certify that on this 28th day of July, 2006, a true and correct copy of the foregoing **NOTICE OF SERVICE** was electronically filed with the Clerk of the Court using the CM/ECF system and a copy was served upon the following counsel of record in the manner indicated:

**VIA HAND DELIVERY**

Patricia Smink Rogowski, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

                                         **EDWARDS ANGELL PALMER & DODGE LLP**

                                         */s/ Denise Seastone Kraft*
                                         John L. Reed (DE No. 3023)
                                         Denise Seastone Kraft (DE No. 2778)
                                         919 North Market Street, 15th Floor
                                         Wilmington, DE  19801
                                         (302) 777-7770
                                         (302) 777-7263 (fax)

WLM_505486_1/