IN THE UNITED STATES OF DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

S.O.I.TEC SILICON ON INSULATOR )
TECHNOLOGIES S.A. and SOITEC )
USA, INC., )
                   )
      Plaintiffs/Counterclaim )
      Defendants, )
                   )
v. )   Civil Action No. 05-806-KAJ
                   )
MEMC ELECTRONIC MATERIALS, INC., )
                   )
      Defendant/Counterclaim )
      Plaintiff. )

**ORDER**

At Wilmington this **14th** day of **August, 2006,**

IT IS ORDERED that the tutorial presently set for **September 15, 2006 at 9:30 a.m.** is hereby rescheduled to **September 15, 2006 at 11:00 a.m.** in Courtroom 6A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

_____
UNITED STATES DISTRICT JUDGE