## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of September, 2006, a true and correct copy of the foregoing **Plaintiff's Technology Tutorial Desk Reference Book** was filed under seal with the Clerk of the Court, and a copy was served upon the following counsel of record in the manner indicated:

**BY U.S. MAIL**

Robert M. Evans, Esq.
SENNIGER POWERS
One Metropolitan Square – 16th Floor
St. Louis, MO 63102
(314) 231-5400
(314) 231-4342 (fax)

**BY HAND**

Patricia Smink Rogowski
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141
(302) 658-5614 (fax)

_____
Denise Seastone Kraft (DE No. 2778)