## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

S.O.I.TEC SILICON ON INSULATOR
TECHNOLOGIES S.A. and SOITEC USA,
INC.,

        Plaintiffs and Counterclaim
        Defendants,

    v.

MEMC ELECTRONIC MATERIALS, INC.,

        Defendant and Counterclaim
        Plaintiff.

Civil Action No. 05-806-KAJ

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of September, 2006, a true and correct copy of the foregoing **Plaintiff's Technology Tutorial Desk Reference Book and CD ROM** was filed under seal with the Clerk of the Court, and a copy was served upon the following counsel of record in the manner indicated:

### BY U.S. MAIL

Robert M. Evans, Esq.
SENNIGER POWERS
One Metropolitan Square
16th Floor
St. Louis, MO  63102
(314) 231-5400
(314) 231-4342 (fax)

Dated:  September 22, 2006

### BY HAND

Patricia Smink Rogowski
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899-2207
(302) 658-9141
(302) 658-5614 (fax)

**EDWARDS ANGELL PALMER & DODGE LLP**

John L. Reed (DE I.D. No. 3023)
Denise Seastone Kraft (DE I.D. No. 2778)
919 North Market Street, 15th Floor
Wilmington, DE  19801
302.777.7770
302.777.7263 (fax)
jreed@eapdlaw.com
dkraft@eapdlaw.com

*Attorneys for Plaintiffs*
*S.O.I.TEC Silicon On Insulator Technologies S.A.*
*and SOITEC USA, INC.,*

OF COUNSEL:

George W. Neuner (*Pro Hac Vice*)
Robert J. Tosti (*Pro Hac Vice*)
Alan M. Spiro (*Pro Hac Vice*)
Brian M. Gaff (*Pro Hac Vice*)
**EDWARDS ANGELL PALMER & DODGE LLP**
101 Federal Street
Boston, MA 02110
617.439.4444
617.439.4170 (fax)

- and -

Michael Brody (*Pro Hac Vice*)
Thomas Marvrakakis (*Pro Hac Vice*)
Tracy Allen (*Pro Hac Vice)*
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, Illinois 60601
312.558.5600
312.558.5700 (fax)