IN THE UNITED STATES OF DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| S.O.I.TEC SILICON ON INSULATOR TECHNOLOGIES S.A. and SOITEC USA, INC., | ) ) ) ) | |
| Plaintiffs/Counterclaim Defendants, | ) ) ) ) | |
| v. | ) ) | Civil Action No. 05-806-KAJ |
| MEMC ELECTRONIC MATERIALS, INC., | ) ) ) | |
| Defendant/Counterclaim Plaintiff. | ) ) | |

### ORDER

At Wilmington this **25th** day of **October, 2006**,

IT IS ORDERED that a teleconference relating to a dispute regarding the protective order has been scheduled for **October 30, 2006 at 4:00 p.m.** with the undersigned. **Counsel for Plaintiff shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

_____
UNITED STATES DISTRICT JUDGE