IN THE UNITED STATES OF DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| S.O.I.TEC SILICON ON INSULATOR TECHNOLOGIES S.A. and SOITEC USA, INC., <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> MEMC ELECTRONIC MATERIALS, INC., <br><br> Defendant/Counterclaim Plaintiff. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 05-806-KAJ |

### ORDER

At Wilmington this **30th** day of **October, 2006**,

IT IS ORDERED that the teleconference regarding a discovery dispute presently set for **October 30, 2006 at 4:00 p.m.** is hereby rescheduled to **November 1, 2006 at 3:00 P.m.** Counsel for plaintiffs shall initiate the call.

_____
UNITED STATES DISTRICT JUDGE