# EDWARDS ANGELL PALMER & DODGE LLP

919 North Market Street  Wilmington, DE  19801  302.777.7770  *fax* 302.777.7263  eapdlaw.com

Denise Seastone Kraft
302.425.7106
*fax* 888.325.9741
dkraft@eapdlaw.com

November 22, 2006

The Honorable Judge Kent A. Jordan
U.S. District Court for the
District of Delaware
Room 4209, Lockbox 10
844 North King Street
Wilmington, DE  19801

      RE:    *SOITEC SA and SOITEC USA, Inc. v. MEMC Electronic Materials, Inc.*
             No. 05-806 (KAJ)

Dear Judge Jordan:

      The parties jointly propose moving discovery and motion deadlines, as well as the trial date, back by six months. The additional time is needed because there was a high volume of e-discovery which took longer than expected to collect, organize and produce. The extra time will ensure that discovery and trial preparation may be completed in a timely fashion. Accordingly, we have attached a proposed Stipulation to Amend Scheduling Order and seek the Court's approval to amend the current Scheduling Order.

      Counsel are available to speak with the Court by telephone conference should the Court require additional details concerning the basis for requesting the six-month extension. Counsel further recognizes that the specific dates that they have proposed may be adjusted consistent with the Court's calendar.

                            Respectfully,

                            Denise Seastone Kraft (Bar No. 2778)

DSK:rrj
Enclosure

cc:    Patricia Smink Rogowski, Esq. (*e-filing*) (w/ encls.)
        The Clerk (*by hand*) (w/encls.)

WLM_506986_1/DKRAFT

BOSTON | FT. LAUDERDALE | HARTFORD | NEW YORK | PROVIDENCE | SHORT HILLS | STAMFORD | WEST PALM BEACH | WILMINGTON | LONDON