# EDWARDS ANGELL PALMER & DODGE LLP

919 North Market Street   Wilmington, DE   19801   302.777.7770   *fax* 302.777.7263   eapdlaw.com

Denise Seastone Kraft
302.425.7106
*fax* 888.325.9741
dkraft@eapdlaw.com

December 5, 2006

The Honorable Judge Kent A. Jordan
U.S. District Court for the
District of Delaware
Room 4209, Lockbox 10
844 North King Street
Wilmington, DE   19801

      RE:   *SOITEC SA and SOITEC USA, Inc. v. MEMC Electronic Materials, Inc.*
           No. 05-806 (KAJ)

Dear Judge Jordan:

      An interim status conference was held on December 4, 2006 with the Court, and counsel to all parties was present. Pursuant to the Court's instructions during the interim status conference, we have revised the Stipulation to Amend Scheduling Order and hereby submit it to the Court in final form for Court approval.

      Counsel are available to speak with the Court should the Court require additional information.

                              Respectfully,

                              Denise Seastone Kraft (Bar No. 2778)

DSK:rrj
Enclosure

cc:   Patricia Smink Rogowski, Esq. (*e-filing*) (w/ encls.)
       The Clerk (*by hand*) (w/encls.)

WLM_507095_1/DKRAFT

BOSTON | FT. LAUDERDALE | HARTFORD | NEW YORK | PROVIDENCE | SHORT HILLS | STAMFORD | WEST PALM BEACH | WILMINGTON | LONDON