## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| S.O.I.TEC SILICON ON INSULATOR TECHNOLOGIES S.A. and SOITEC USA, INC., | JURY TRIAL DEMANDED |
| Plaintiffs, | Civil Action No.: |
| v. | 1:05-cv-00806-*** |
| MEMC ELECTRONIC MATERIALS, INC., | |
| Defendant. | |

## <u>JOINT STATUS REPORT</u>

Pursuant to the Court's order of February 9, 2007, Plaintiffs S.O.I.TEC Silicon

On Insulator Technologies S.A. and Soitec USA, Inc. (collectively, "Soitec") and

Defendant MEMC Electronic Materials, Inc. ("MEMC") submit the following Joint

Status Report.

1.      Present Status of the Case

At the request of the parties, the Court entered an Amended Scheduling Order on

December 5, 2007 (D.I. 70).  The Amended Scheduling Order extended the deadlines for

the upcoming events to afford the parties additional time to collect, organize, review, and

produce a high volume of e-discovery materials.

The parties conducted a technology tutorial on September 15, 2006.

2.      Outstanding Motions

There are no outstanding motions.

3.      Status of Discovery

The parties are currently engaged in reviewing the documents produced.

4.    Pertinent Dates

The Amended Scheduling Order sets forth the following upcoming events:

| | |
|---|---|
| Interim Status Report | May 29, 2007 |
| Status Conference | June 4, 2007 |
| Initial Expert Reports | June 4, 2007 |
| Rebuttal Expert Reports | June 20, 2007 |
| Exchange Proposed Claim Construction | August 3, 2007 |
| Discovery Cut Off | August 7, 2007 |
| Joint Claim Construction Chart | August 13, 2007 |
| Case Dispositive Motions | September 7, 2007 |
| Hearing on Dispositive Motions and *Markman* Hearing | November 2, 2007, 9:30 a.m. |
| Final Pretrial Conference | February 21, 2008, 4:30 p.m. |
| Joint Proposed Final Pretrial Order | January 22, 2008 |
| Trial | March 24 through April 4, 2008 |

5.    Status of Mediation

The parties participated in mediation before U.S. Magistrate Judge Mary Pat Thynge on November 29, 2006.

6.    Settlement Discussions

WLM_508077_1.DOC/DKRAFT

The parties are engaging in further discussions regarding settlement independent of a formal ADR procedure.

Dated:  February 26, 2007                    **EDWARDS ANGELL PALMER & DODGE LLP**


    */s/ Denise Seastone Kraft*
Denise Seastone Kraft (No. 2778)
919 North Market Street, 15th Floor
Wilmington, DE  19801
302.777.7770
302.777.7263 (fax)
jreed@eapdlaw.com
dkraft@eapdlaw.com


*Attorneys for Plaintiffs*
*S.O.I.TEC Silicon On Insulator Technologies S.A.*
*and SOITEC USA, INC.,*


**OF COUNSEL:**

George W. Neuner (*Pro Hac Vice*)
Robert J. Tosti (*Pro Hac Vice*)
Alan M. Spiro (*Pro Hac Vice*)
Brian M. Gaff (*Pro Hac Vice*)
**EDWARDS ANGELL PALMER & DODGE LLP**
101 Federal Street
Boston, MA 02110
617.439.4444
617.439.4170 (fax)

    - and -

Michael Brody (*Pro Hac Vice*)
Tracy Allen (*Pro Hac Vice)*
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, Illinois 60601
312.558.5600
312.558.5700 (fax)

WLM_508077_1.DOC/DKRAFT

Dated:  February 26, 2007

**CONNOLLY BOVE LODGE & HUTZ LLP**


  */s/ Patricia Smink Rogowskit*
Patricia Smink Rogowski (No. 2632)
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899-2207
302.658.9141
302.658.5614 (fax)
progowski@cblh.com

*Attorneys for Defendant*
*MEMC Electronic Materials Inc.,*


**OF COUNSEL:**
Robert M. Evans, Jr.
David W. Harlan
Marc W. Vander Tuig
**SENNIGER POWERS**
One Metropolitan Square
16th Floor
St. Louis, MO 63102
(314) 231-5400
(314) 231-4342 (fax)

WLM_508077_1.DOC/DKRAFT