## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of February, 2007, a true and correct copy of the foregoing **JOINT STATUS REPORT** was electronically filed with the Clerk of the Court using the CM/ECF system and a copy was served upon the following counsel of record in the manner indicated:

### VIA HAND DELIVERY

Patricia Smink Rogowski, Esq.
Paul E. Crawford, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

**EDWARDS ANGELL PALMER & DODGE LLP**

/s/ *Denise Seastone Kraft*
Denise Seastone Kraft (No. 2778)
919 North Market Street, 15th Floor
Wilmington, DE 19801
302.777.7770
302.777.7263 (fax)
jreed@eapdlaw.com
dkraft@eapdlaw.com