IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOITEC SA and SOITEC USA, INC., : | |
| Plaintiffs, : | |
| v. : | Civil Action No. 05-806-*** |
| MEMC ELECTRONIC MATERIALS, INC., : | |
| Defendant. : | |

## ORDER

At Wilmington this **6**[th] day of **March, 2007.**

A status teleconference was held on March 5, 2007 with counsel participating. As a result of that teleconference,

IT IS ORDERED that the transcript of the teleconference shall serve as an order of the Court in this matter. During the status conference scheduled for June 4, 2007, modifications, if any, to the scheduling order shall be included in the discussion regarding the status of the case.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE