IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOITEC SA and SOITEC USA, Inc., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 05-806 *** |
| | ) |
| MEMC ELECTRONIC MATERIALS, INC., | ) |
| | ) |
| Defendant. | ) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*
## (Marcus T. Hall)

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Marcus T. Hall of the law firm of Winston & Strawn LLP, 101 California Street, 39th Floor, San Francisco, California 94111 to represent Plaintiffs SOITEC SA and SOITEC USA, Inc. in this action.

Dated: April 19, 2007
Wilmington, Delaware

EDWARDS ANGELL PALMER & DODGE LLP

_____
John L. Reed (No. 3023)
919 N. Market Street, 15th Floor
Wilmington, DE 19801
(302) 777-7770
(302) 777-7263 Facsimile
jreed@eapdlaw.com

## ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** counsel's motion for admission *pro hac vice* for Marcus T. Hall is granted.

_____
J.

Dated:_____

WLM_508487_1.DOC