## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of April, 2007, a true and correct copy of the foregoing **MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* (Marcus T. Hall)** was electronically filed with the Clerk of the Court using the CM/ECF system and a copy was served upon the following counsel of record in the manner indicated:

**VIA HAND DELIVERY**

Patricia Smink Rogowski, Esq.
Paul E. Crawford, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

EDWARDS ANGELL PALMER & DODGE LLP

John L. Reed (I.D. No. 3023)
919 North Market Street, 15th Floor
Wilmington, DE 19801
302.777.7770
302.777.7263 (fax)
jreed@eapdlaw.com