# EDWARDS ANGELL PALMER & DODGE LLP

919 North Market Street  Wilmington, DE  19801   302.777.7770   *fax* 302.777.7263   eapdlaw.com

Denise Seastone Kraft
302.425.7106
*fax* 888.325.9741
dkraft@eapdlaw.com

May 22, 2007

The Honorable Mary Pat Thynge
U.S. District Court For the District of Delaware
844 North King Street, Lock Box 8
Wilmington, DE 19801

      RE:    *SOITEC SA and SOITEC USA, Inc. v. MEMC Electronic Materials, Inc.*
            No. 05-806\*\*\*

Dear Judge Thynge:

      On December 15, 2006, the above-referenced matter was referred to you for all pre-trial proceedings pursuant to D.I. 71. At this time, the parties jointly propose moving discovery and motion deadlines, as well as the trial date, back by three months to accommodate discovery that took longer than anticipated. The extra time will ensure that discovery and trial preparation may be completed in a timely fashion. Accordingly, we have attached a proposed Stipulation to Amend Scheduling Order and seek the Court's approval to amend the current Scheduling Order entered on December 5, 2006 at D.I. 70.

      Counsel are available to speak with the Court by telephone conference should the Court require additional details concerning the basis for requesting the three-month extension. Counsel further recognizes that the specific dates that they have proposed may be adjusted consistent with the Court's calendar.

                        Respectfully,

                        Denise Seastone Kraft (Bar No. 2778)

DSK:rrj
Enclosure

cc:    Patricia Smink Rogowski, Esq. (*e-filing*) (w/ encls.)
       The Clerk (*by hand*) (w/encls.)

WLM_509091_1.DOC/DKRAFT

BOSTON | FT. LAUDERDALE | HARTFORD | NEW YORK | PROVIDENCE | SHORT HILLS | STAMFORD | WEST PALM BEACH | WILMINGTON | LONDON