## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| S.O.I.TEC SILICON ON INSULATOR, TECHNOLOGIES S.A. and SOITEC USA, INC., <br><br>       Plaintiffs and Counterclaim Defendants, <br><br>    v. <br><br> MEMC ELECTRONIC MATERIALS, INC., <br>       Defendant and Counterclaim Plaintiff. | JURY TRIAL DEMANDED <br><br> Civil Action No. 05-806-KAJ |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 9, 2007 true and correct copies of **NON-PARTY SENNIGER POWERS' RESPONSES TO PLAINTIFFS' SUBPOENA FOR DEPOSITION OF SENNIGER POWERS AND SUBPOENA *DUCES TECUM* TO SENNIGER POWERS** were served on the attorneys of record at the following addresses by e-mail and First Class U.S. Mail:

John L. Reed
Denise Seastone Kraft
Edwards, Angell, Palmer & Dodge LLP
919 North Market Street, 15th Floor
Wilmington DE 19801

George W. Neuner
Brian M. Gaff
Edwards, Angell, Palmer & Dodge LLP
101 Federal Street
Boston, MA 02110

Michael Brody
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601

Respectfully submitted,
**CONNOLLY BOVE LODGE & HUTZ LLP**

Dated: July 9, 2007

By:   */s/ Patricia S. Rogowski*
    Patricia Smink Rogowski (#2632)
    1007 N. Orange Street
    Post Office Box 2207
    Wilmington, Delaware 19899-2207
    (302) 658-9141
    *Attorneys for Defendant*
    *MEMC Electronic Materials , Inc.*

457875v5

OF COUNSEL:
SENNIGER POWERS
Robert M. Evans, Jr.
David W. Harlan
Marc W. Vander Tuig
One Metropolitan Square, 16th Floor
St. Louis, MO 63102
(314) 231-5400

457875v5

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of July, 2007, I electronically filed a **NOTICE OF**

**SERVICE** with the Clerk of Court using CM/ECF which will send notification of such filing to

John L. Reed
Denise Seastone Kraft
Edwards, Angell, Palmer & Dodge LLP
919 North Market Street, 15th Floor
Wilmington DE 19801

I hereby further certify that on this 9th day of July, 2007, I have served the document(s) to

the following attorneys of record at the following addresses in the manner indicated:

**VIA HAND DELIVERY**
John L. Reed
Denise Seastone Kraft
Edwards, Angell, Palmer & Dodge LLP
919 North Market Street, 15th Floor
Wilmington DE 19801

Courtesy copies also by Federal Express to:

George W. Neuner                        Michael Brody
Robert J. Tosti                         Thomas Mavrakakis
Alan M. Spiro                           Tracy Allen
Brian M. Gaff                           Winston & Strawn LLP
Edwards, Angell, Palmer & Dodge LLP     35 West Wacker Drive
101 Federal Street                      Chicago, IL 60601
Boston, MA 02110

                                        /s/ Patricia S. Rogowski
                                        Patricia Smink Rogowski (#2632)
                                        Connolly Bove Lodge & Hutz LLP
                                        P.O. Box 2207
                                        1007 N. Orange Street
                                        Wilmington, DE 19899
                                        (302) 658-9141
                                        progowski@cblh.com

457875v5