### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| S.O.I.TEC SILCON ON INSULATOR TECHNOLOGIES S.A. and SOITEC USA, Inc., | ) ) ) |
| | ) JURY TRIAL DEMANDED |
| Plaintiffs, | ) ) Case No. 1:05-cv-00806-*** |
| | ) |
| v. | ) |
| | ) |
| MEMC ELECTRONIC MATERIALS, INC., | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on the 22nd day of June, 2007, the Notice of Deposition

attached hereto as Exhibit A was served upon the following counsel of record via electronic mail

and U.S. First Class mail:

| | |
|---|---|
| Patricia Smink Rogowski | Robert M. Evans, Jr. |
| Paul E. Crawford | David Harlan |
| CONNOLLY BOVE LODGE & HUTZ LLP | Mark W. Vander Tuig |
| 1007 N. Orange Street | SENNIGER POWERS |
| P.O. Box 2207 | One Metropolitan Square – 16th Floor |
| Wilmington, DE  19899-2207 | St. Louis, MO  63102 |

Dated:  July 11, 2006

EDWARDS ANGELL PALMER & DODGE LLP

John L. Reed (DE No. 3023)
Denise Seastone Kraft (DE No. 2778)
919 North Market Street, 15th Floor
Wilmington, DE  19801
302-777-7770
302-777-7263 (fax)
jreed@eapdlaw.com
dkraft@eapdlaw.com

*Attorneys for Plaintiffs*
*S.O.I.TEC Silicon On Insulator Technologies S.A.*
*and SOITEC USA, INC.,*

**OF COUNSEL:**

George W. Neuner (*Pro Hac Vice*)
Brian M. Gaff (*Pro Hac Vice*)
EDWARDS ANGELL PALMER & DODGE LLP
101 Federal Street
Boston, MA 02110
617.439.4444
617.439.4170 (fax)

 - and -

Michael Brody (*Pro Hac Vice*)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
312.558.5600

WLM_509718_1.DOC/DKRAFT