IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| S.O.I.TEC SILCON ON INSULATOR TECHNOLOGIES S.A. and SOITEC USA, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> MEMC ELECTRONIC MATERIALS, INC., <br><br> Defendant. | JURY TRIAL DEMANDED <br><br> Case No. 1:05-cv-00806-*** |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 22nd day of June, 2007, a subpoena in the form attached hereto as Exhibit A was served upon the following counsel in the manner indicated:

**Via Electronic Mail**

Robert M. Evans, Jr.
David Harlan
Mark W. Vander Tuig
SENNIGER POWERS
One Metropolitan Square – 16th Floor
St. Louis, MO 63102

Dated: July 11, 2006

**Via Electronic Mail**

Patricia Smink Rogowski
Paul E. Crawford
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

EDWARDS ANGELL PALMER & DODGE LLP

_/s/ Denise S. Kraft_
John L. Reed (DE No. 3023)
Denise Seastone Kraft (DE No. 2778)
919 North Market Street, 15th Floor
Wilmington, DE 19801
302-777-7770
302-777-7263 (fax)
jreed@eapdlaw.com
dkraft@eapdlaw.com

*Attorneys for Plaintiffs*
*S.O.I.TEC Silicon On Insulator Technologies S.A.*
*and SOITEC USA, INC.,*

**OF COUNSEL:**

George W. Neuner (*Pro Hac Vice*)
Brian M. Gaff (*Pro Hac Vice*)
EDWARDS ANGELL PALMER & DODGE LLP
101 Federal Street
Boston, MA 02110
617.439.4444
617.439.4170 (fax)

- and -

Michael Brody (*Pro Hac Vice*)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
312.558.5600