## CERTIFICATE OF SERVICE

I, Denise Seastone Kraft, certify that on the 11th day of July, 2007, I caused true and correct copies of the foregoing **Notice of Service of Subpoena** to be served upon the counsel listed below in the manner indicated:

**Via U.S. First Class Mail**

Robert M. Evans, Jr.
David Harlan
Mark W. Vander Tuig
SENNIGER POWERS
One Metropolitan Square – 16th Floor
St. Louis, MO 63102

**Via Hand Delivery**

Patricia Smink Rogowski
Paul E. Crawford
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

Denise Seastone Kraft (No. 2778)