IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| S.O.I.TEC SILICON ON INSULATOR TECHNOLOGIES S.A. and SOITEC USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MEMC ELECTRONIC MATERIALS, INC., <br><br> Defendant. | JURY TRIAL DEMANDED <br><br> Civil Action No.: <br><br> 1:05-cv-00806-*** |

## JOINT STATUS REPORT

Pursuant to the Court's Amended Scheduling Order entered on May 23, 2007, Plaintiffs S.O.I.TEC Silicon On Insulator Technologies S.A. and Soitec USA, Inc. (collectively, "Soitec") and Defendant MEMC Electronic Materials, Inc. ("MEMC") submit the following Joint Status Report.

1.  Present Status of the Case

At the request of the parties, the Court entered an Amended Scheduling Order on December 5, 2007 (D.I. 70) that was further amended by agreement of the parties and consent of the Court on May 23, 2007 (D.I. 79). The Amended Scheduling Orders extended the deadlines for the upcoming events to afford the parties additional time to collect, organize, review, and produce a high volume of e-discovery materials.

Since entry of the last Amended Scheduling Order on May 23, 2007, the parties have largely concluded the large volume of paper discovery in the case and scheduled several dozen depositions in this country and in Europe. Because it is likely that the

agreed to depositions cannot be completed in time to conform to the present discovery schedule, the parties are in the process of negotiating a further revision to the Scheduling Order, which they hope to submit shortly.

The parties conducted a technology tutorial on September 15, 2006.

2.  Outstanding Motions

There are no outstanding motions.

3.  Status of Discovery

The parties have largely concluded paper discovery and have scheduled approximately 40 depositions, about 12 of which will take place in Europe.

4.  Pertinent Dates

The current Scheduling Order provides for the dates given below. The parties anticipate jointly requesting that these dates be extended to accommodate the heavy deposition schedule, which is currently expected to conclude during the second half of November.

| Interim Status Report | August 29, 2007 |
|---|---|
| Status Conference | September 18, 2007, 4:30 p.m. |
| Initial Expert Reports | September 18, 2007 |
| Rebuttal Expert Reports | October 4, 2007 |
| Exchange Proposed Claim Construction | November 5, 2007 |
| Discovery Cut Off | November 7, 2007 |
| Joint Claim Construction Chart | November 13, 2007 |
| Case Dispositive Motions | January 7, 2008 |
| Hearing on Dispositive Motions and *Markman* Hearing | February 4, 2008, 9:30 a.m. |

| Final Pretrial Conference | May 22, 2008, 4:30 p.m. |
|---|---|
| Joint Proposed Final Pretrial Order | April 22, 2008 |
| Trial | June 24 through July 7, 2008, 9:30 a.m. |

5.   Status of Mediation

The parties participated in mediation before U.S. Magistrate Judge Mary Pat Thynge on November 29, 2006.

6.   Settlement Discussions

The parties are engaging in further discussions regarding settlement independent of a formal ADR procedure.

Dated: August 29, 2007                    **EDWARDS ANGELL PALMER & DODGE LLP**

    /s/ *Denise Seastone Kraft*
Denise Seastone Kraft (No. 2778)
919 North Market Street, 15th Floor
Wilmington, DE 19801
302.777.7770
302.777.7263 (fax)
dkraft@eapdlaw.com
  *Attorneys for Plaintiffs*
  *S.O.I.TEC Silicon On Insulator Technologies S.A.*
  *and SOITEC USA, INC.,*

**OF COUNSEL:**

George W. Neuner (*Pro Hac Vice*)
Robert J. Tosti (*Pro Hac Vice*)
Alan M. Spiro (*Pro Hac Vice*)
Brian M. Gaff (*Pro Hac Vice*)
**EDWARDS ANGELL PALMER & DODGE LLP**
101 Federal Street
Boston, MA 02110
617.439.4444
617.439.4170 (fax)

WLM_510395_1/DKRAFT

Michael Brody (*Pro Hac Vice*)
Tracy Allen (*Pro Hac Vice)*
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, Illinois 60601
312.558.5600
312.558.5700 (fax)

Dated: August 29, 2007                **CONNOLLY BOVE LODGE & HUTZ LLP**

    /s/ *Patricia Smink Rogowski*
Patricia Smink Rogowski (No. 2632)
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
302.658.9141
302.658.5614 (fax)
progowski@cblh.com
  *Attorneys for Defendant*
  *MEMC Electronic Materials Inc.,*

**OF COUNSEL:**

Robert M. Evans, Jr.
David W. Harlan
Marc W. Vander Tuig
**SENNIGER POWERS**
One Metropolitan Square
16th Floor
St. Louis, MO 63102
(314) 231-5400
(314) 231-4342 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of August 2007, a true and correct copy of the foregoing **JOINT STATUS REPORT** was electronically filed with the Clerk of the Court using the CM/ECF system and a copy was served upon the following counsel of record in the manner indicated:

### BY HAND

Patricia Smink Rogowski, Esq.
Paul E. Crawford, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
Wilmington, DE 19801

### BY EMAIL & FIRST-CLASS MAIL

Robert M. Evans, Esquire
Senniger Powers
One Metropolitan Square, 16th Fl.
St. Louis, MO 63102
revans@senniger.com

**EDWARDS ANGELL PALMER & DODGE LLP**

/s/ *Denise Seastone Kraft*
Denise Seastone Kraft (No. 2778)
919 North Market Street, 15th Floor
Wilmington, DE 19801
302.777.7770
302.777.7263 (fax)
dkraft@eapdlaw.com