# EDWARDS ANGELL PALMER & DODGE LLP

919 North Market Street  Wilmington, DE 19801  302.777.7770  *fax* 302.777.7263  eapdlaw.com

Denise Seastone Kraft
302.425.7106
*fax* 888.325.9741
dkraft@eapdlaw.com

September 14, 2007

The Honorable Mary Pat Thynge
U.S. District Court for the District of Delaware
844 North King Street, Lock Box 8
Wilmington, DE 19801

      RE:   *SOITEC SA and SOITEC USA, Inc. v. MEMC Electronic Materials, Inc.*
             No. 05-806***

Dear Judge Thynge:

      On May 22, 2007, the above-referenced matter was referred to you for all pre-trial proceedings pursuant to D.I. 78. At this time, the parties jointly propose moving discovery and motion deadlines, as well as the trial date, back by four months from the initial schedule to accommodate discovery that took longer than anticipated. We are currently scheduling several dozen depositions, including three weeks of depositions in France. The extra time will ensure that discovery and trial preparation may be completed in a timely fashion. Accordingly, we have attached a proposed Stipulation To Amend Scheduling Order and seek the Court's approval to amend the current Amended Scheduling Order entered on May 23, 2007 at D.I. 79.

      In the event that the Court enters the proposed Amended Scheduling Order, then in accordance with paragraph 8 of the Amended Scheduling Order, the status conference scheduled for September 18, 2007 at 4:30 p.m. will not be necessary and may be cancelled, unless the Court would like the parties to attend.

      Counsel are available to speak with the Court by telephone conference should the Court require additional details concerning the basis for requesting the extension. Counsel further recognizes that the specific dates that they have proposed may be adjusted consistent with the Court's calendar.

                                                         Respectfully,

                                                          Denise Seastone Kraft (#2778)

DSK:dal
Enclosure
cc:   Patricia Smink Rogowski, Esq. (*e-filing*) (w/encl.)
        Clerk of the Court (*by hand*) (w/encl.)

WLM_510581_1/DKRAFT