IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOITEC SA and SOITEC USA, INC., : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil Action No. 05-806-*** |
| : | |
| MEMC ELECTRONIC MATERIALS, INC., : | |
| : | |
| Defendant. : | |

## ORDER

At Wilmington this **24th** day of **September, 2007.**

IT IS ORDERED that a teleconference has been scheduled for **Thursday, October 4, 2007 at 10:00 a.m. EST** to address a discovery dispute. **Denise Kraft, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE