IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SOITEC SA and SOITEC USA, INC., | : | |
| Plaintiffs, | : : : | |
| v. | : : | Civil Action No. 05-806-*** |
| MEMC ELECTRONIC MATERIALS, INC., | : : | |
| Defendant. | : | |

## ORDER

At Wilmington this **2nd** day of **October, 2007.**

IT IS ORDERED that the teleconference scheduled for Thursday, October 4, 2007 at 10:00 a.m. EST with Judge Thynge to address a discovery dispute is cancelled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE