# EDWARDS ANGELL PALMER & DODGE LLP

919 North Market Street  Wilmington, DE 19801  302.777.7770  *fax* 302.777.7263  eapdlaw.com

Denise Seastone Kraft
302.425.7106
*fax* 888.325.9741
dkraft@eapdlaw.com

October 2, 2007

The Honorable Mary Pat Thynge
U.S. District Court for the
 District of Delaware
844 North King Street
Wilmington, DE 19801

Re: SOITEC SA and SOITEC USA, Inc. v. MEMC Electronic Materials, Inc.
C.A. No. 05-806***

Dear Judge Thynge:

The pending discovery dispute between the parties has been resolved and the parties no longer require the teleconference set for Thursday, October 4, 2007 at 10:00 a.m. This letter shall confirm that this hearing has been removed from the Court's calendar.

Respectfully,

*/s/ Denise Seastone Kraft*

Denise Seastone Kraft (#2778)

DSK:dal

cc: Patricia Smink Rogowski, Esq. (*by e-filing*)
 Clerk of the Court (*by hand*)

WLM_509091_2/DKRAFT

BOSTON | FT. LAUDERDALE | HARTFORD | NEW YORK | PROVIDENCE | SHORT HILLS | STAMFORD | WEST PALM BEACH | WILMINGTON | LONDON