IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| S.O.I.TEC SILICON ON INSULATOR, TECHNOLOGIES S.A. and SOITEC USA, INC., <br><br>     Plaintiffs and Counterclaim Defendants, <br><br> v. <br><br> MEMC ELECTRONIC MATERIALS, INC., <br><br>     Defendant and Counterclaim Plaintiff. | JURY TRIAL DEMANDED <br><br> Civil Action No. 05-806-KAJ |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 5, 2007 true and correct copies of **(1) NOTICE OF DEPOSITION OF PLAINTIFFS S.O.I.TEC SILICON ON INSULATOR TECHNOLOGIES S.A. and SOITEC USA, INC. and (2) NOTICE OF DEPOSITION OF INDIVIDUALS, THIERRY TRON, MICHAEL WOLF, THIERRY BARGE, BRUNO GHYSELEN, EMMANUEL ARENE, BERNARD ASPAR, OLEG KONONCHUK, CHERYL MAZER, ANDRE-JACQUES AUBERTON-HERVE, CHRISTOPHE MALEVILLE, AND HUBERT MORICEAU** were served on the attorneys of record at the following addresses by e-mail and First Class U.S. Mail:

John L. Reed
Denise Seastone Kraft
Edwards, Angell, Palmer & Dodge LLP
919 North Market Street, 15th Floor
Wilmington DE 19801

George W. Neuner
Brian M. Gaff
Edwards, Angell, Palmer & Dodge LLP
101 Federal Street
Boston, MA 02110

Michael Brody
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601

457875v5

          Respectfully submitted,
**CONNOLLY BOVE LODGE & HUTZ LLP**

Dated: October 8, 2007

By:   */s/ Paul E. Crawford*
Paul E. Crawford (#493)
Patricia Smink Rogowski (#2632)
1007 N. Orange Street
Post Office Box 2207
Wilmington, Delaware 19899-2207
(302) 658-9141
*Attorneys for Defendant*
*MEMC Electronic Materials, Inc.*

OF COUNSEL:
SENNIGER POWERS
Robert M. Evans, Jr.
David W. Harlan
Marc W. Vander Tuig
One Metropolitan Square, 16th Floor
St. Louis, MO 63102
(314) 231-5400

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of October, 2007, I electronically filed a **NOTICE OF SERVICE** with the Clerk of Court using CM/ECF which will send notification of such filing to

John L. Reed
Denise Seastone Kraft
Edwards, Angell, Palmer & Dodge LLP
919 North Market Street, 15th Floor
Wilmington DE 19801

I hereby further certify that on this 9th day of October, 2007, I have served the document(s) to the following attorneys of record at the following addresses in the manner indicated:

**VIA HAND DELIVERY**
John L. Reed
Denise Seastone Kraft
Edwards, Angell, Palmer & Dodge LLP
919 North Market Street, 15th Floor
Wilmington DE 19801


Courtesy copies also by Federal Express to:

| | |
|---|---|
| George W. Neuner | Michael Brody |
| Robert J. Tosti | Thomas Mavrakakis |
| Alan M. Spiro | Tracy Allen |
| Brian M. Gaff | Winston & Strawn LLP |
| Edwards, Angell, Palmer & Dodge LLP | 35 West Wacker Drive |
| 101 Federal Street | Chicago, IL 60601 |
| Boston, MA 02110 | |

                                                */s/ Paul E. Crawford*
                                                Paul E. Crawford (#493)
                                                Connolly Bove Lodge & Hutz LLP

457875v5