## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| S.O.I.TEC SILICON ON INSULATOR TECHNOLOGIES S.A. and SOITEC USA, INC., | |
| Plaintiffs, | **JURY TRIAL DEMANDED** |
| v. | Civil Action No.: 05-806-*** |
| MEMC ELECTRONIC MATERIALS, INC., | |
| Defendant. | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 26th day of October, 2007, a copy of **SOITEC's Response and Objections to MEMC's Rule 30(b)(6) Notice of Deposition** was served upon the following counsel in the manner indicated:

**BY E-MAIL AND U.S. MAIL**

Robert M. Evans, Jr.
revans@senniger.com
David Harlan
dharlan@senniger.com
Mark W. Vander Tuig
mvandertuig@senniger.com
SENNIGER POWERS
One Metropolitan Square – 16th Floor
St. Louis, MO  63102

**BY HAND**

Patricia Smink Rogowski
Paul E. Crawford
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
Wilmington, DE  19801

Dated October 26, 2007

EDWARDS ANGELL PALMER & DODGE LLP

John L. Reed (#3023)
Denise Seastone Kraft (#2778)
919 North Market Street, 15th Floor
Wilmington, DE  19801
(302) 777-7770
dkraft@eapdlaw.com

*Attorneys for Plaintiffs*
*S.O.I.TEC Silicon On Insulator Technologies S.A.*
*and SOITEC USA, INC.*

OF COUNSEL:
Michael L. Brody
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL  60601
(312) 558-5600

Gail Standish
WINSTON & STRAWN
333 South Grand
Los Angeles, California 90071
(213) 615-1700

Marcus Hall
WINSTON & STRAWN
101 California Street
San Francisco, California 94111
(415) 591-1000

George W. Neuner
Brian M. Gaff
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02110
(617) 517-5538