## CERTIFICATE OF SERVICE

I, Denise Seastone Kraft, hereby certify that on the 26th day of October, 2007, a true and correct copy of the foregoing **Notice of Service** was electronically filed with the Clerk of the Court using the CM/ECF system and a copy was served upon the following counsel of record in the manner indicated:

| BY E-MAIL AND U.S. MAIL | BY HAND |
|---|---|
| Robert M. Evans, Jr.<br>revans@senniger.com<br>David Harlan<br>dharlan@senniger.com<br>Mark W. Vander Tuig<br>mvandertuig@senniger.com<br>SENNIGER POWERS<br>One Metropolitan Square – 16th Floor<br>St. Louis, MO 63102 | Patricia Smink Rogowski<br>Paul E. Crawford<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>1007 N. Orange Street<br>Wilmington, DE 19801 |

_____
Denise Seastone Kraft (#2778)