IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| S.O.I.TEC SILCON ON INSULATOR TECHNOLOGIES S.A. and SOITEC USA, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> MEMC ELECTRONIC MATERIALS, INC., <br><br> Defendant. | ) ) ) ) C.A. No. 05-806 (***) ) ) JURY TRIAL DEMANDED ) ) ) ) ) ) ) |

## NOTICE OF DEPOSITIONS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, TAKE NOTICE that on the dates and times listed below in Attachment A, pursuant to Federal Rules of Civil Procedure 30 and 45, Plaintiffs S.O.I.TEC SILCON ON INSULATOR TECHNOLOGIES S.A. and SOITEC USA, Inc. (collectively "SOITEC") will take the deposition of the witnesses identified in Attachment A. The depositions will commence at the dates and times indicated in Attachment A, at the offices of Senniger Powers, One Metropolitan Square, Suite 1600, Saint Louis, Missouri, 63102, or such other time and place as may be agreed upon in writing by counsel for all parties in advance of that date, and will continue from day to day, Saturdays, Sundays and holidays excluded, until completed. The depositions will be recorded by a certified stenographic court reporter authorized to administer oaths. The depositions may also be videotaped.

EDWARDS ANGELL PALMER & DODGE LLP

*/s/ Denise Seastone Kraft*

---

Denise Seastone Kraft (#2778)
919 North Market Street, 15th Floor
Wilmington, DE 19801
(302) 777.7770
dkraft@eapdlaw.com
   *Attorneys for Plaintiffs*
   *S.O.I.TEC Silicon On Insulator Technologies S.A.*
   *and SOITEC USA, INC.*

OF COUNSEL:

George W. Neuner
Alan M. Spiro
Brian M. Gaff
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199-7613
(617) 239-0100

Michael L. Brody
Tracy Allen
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
(312) 558.5600

November 5, 2007

## **Attachment A**

| | | |
|---|---|---|
| 1. | Douglas Rice | November 26, 2007, at 9:00 a.m. |
| 2. | David Golland | November 27, 2007, at 9:00 a.m. |
| 3. | Greg Wilson | November 28, 2007, at 9:00 a.m. |
| 4. | Rick Schrenker | November 29, 2007, at 9:00 a.m. |
| 5. | Robert Standley | November 30, 2007, at 9:00 a.m. |
| 6. | Joseph Holzer (Personally) | December 17, 2007 at 9:00 a.m. |
| 7. | Moshen Banan | December 17, 2007, at 1:30 p.m. |
| 8. | John DeLuca | December 18, 2007, at 9:00 a.m. |
| 9. | Samuel Duggan | December 18, 2007, at 1:30 p.m. |
| 10. | Shaker Sadasivam (Personally) | December 19, 2007, at 9:00 a.m. |
| 11. | John Kauffman | December 19, 2007, at 9:00 a.m. |
| 12. | Thomas Goins | December 19, 2007, at 1:30 p.m. |
| 13. | Kazi Heinick | November 19, 2007, at 1:30 p.m. |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 5, 2007, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and a copy was served upon the following counsel of record in the manner indicated:

**BY EMAIL AND U.S. MAIL**

Robert M. Evans, Esquire
SENNIGER POWERS
One Metropolitan Square, 16th Fl.
St. Louis, MO 63102
revans@senniger.com

**BY HAND**

Patricia Smink Rogowski, Esquire
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
Wilmington, DE 19801

*/s/ Denise Seastone Kraft*
Denise Seastone Kraft (#2778)
919 North Market Street, 15th Fl.
Wilmington, DE 19801
dkraft@eapdlaw.com
(302) 777-7770