IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| S.O.I.TEC SILICON ON INSULATOR, TECHNOLOGIES S.A. and SOITEC USA, INC., <br><br> Plaintiffs and Counterclaim Defendants, <br><br> v. <br><br> MEMC ELECTRONIC MATERIALS, INC., <br><br> Defendant and Counterclaim Plaintiff. | JURY TRIAL DEMANDED <br><br> Civil Action No. 05-806-KAJ |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 16, 2007 true and correct copies of **MEMC'S FIRST REQUEST FOR ADMISSIONS (NOS. 1-314)** were served on the attorneys of record at the following addresses by e-mail and First Class U.S. Mail:

John L. Reed
Denise Seastone Kraft
Edwards, Angell, Palmer & Dodge LLP
919 North Market Street, 15th Floor
Wilmington DE 19801

George W. Neuner
Brian M. Gaff
Edwards, Angell, Palmer & Dodge LLP
101 Federal Street
Boston, MA 02110

Michael Brody
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601

Respectfully submitted,
**CONNOLLY BOVE LODGE & HUTZ LLP**

Dated: November 19, 2007

By: /s/ Patricia S. Rogowski
Patricia Smink Rogowski (#2632)
1007 N. Orange Street
Post Office Box 2207
Wilmington, Delaware 19899-2207
(302) 658-9141
*Attorneys for Defendant*
*MEMC Electronic Materials, Inc.*

551445v2

OF COUNSEL:
SENNIGER POWERS
Robert M. Evans, Jr.
David W. Harlan
Marc W. Vander Tuig
One Metropolitan Square, 16th Floor
St. Louis, MO 63102
(314) 231-5400

551445v2

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of November, 2007, I electronically filed a **NOTICE OF SERVICE** with the Clerk of Court using CM/ECF which will send notification of such filing to

John L. Reed
Denise Seastone Kraft
Edwards, Angell, Palmer & Dodge LLP
919 North Market Street, 15th Floor
Wilmington DE 19801

I hereby further certify that on this 19th day of July, 2007, I have served the document(s) to the following attorneys of record at the following addresses in the manner indicated:

**VIA HAND DELIVERY**
John L. Reed
Denise Seastone Kraft
Edwards, Angell, Palmer & Dodge LLP
919 North Market Street, 15th Floor
Wilmington DE 19801


Courtesy copies also by Federal Express to:

George W. Neuner                    Michael Brody
Robert J. Tosti                     Thomas Mavrakakis
Alan M. Spiro                       Tracy Allen
Brian M. Gaff                       Winston & Strawn LLP
Edwards, Angell, Palmer & Dodge LLP 35 West Wacker Drive
101 Federal Street                  Chicago, IL 60601
Boston, MA 02110

/s/ Patricia S. Rogowski
Patricia Smink Rogowski (#2632)
Connolly Bove Lodge & Hutz LLP
P.O. Box 2207
1007 N. Orange Street
Wilmington, DE 19899
(302) 658-9141
progowski@cblh.com

551445v2