IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| S.O.I.TEC SILICON ON INSULATOR TECHNOLOGIES S.A. and SOITEC USA, INC., <br><br>Plaintiffs/ Counterclaim Defendants, <br><br>v. <br><br>MEMC ELECTRONIC MATERIALS, INC., <br><br>Defendant/Counterclaim Plaintiff. | Civil Action No. 05-806-*** |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of **Richard Brophy** to represent MEMC Electronic Materials, Inc. in this matter.

Respectfully submitted,

Dated: November 28, 2007

/s/ *Patricia Smink Rogowski*
Patricia Smink Rogowski (#2632)
**CONNOLLY BOVE LODGE & HUTZ LLP**
1007 N. Orange Street
Post Office Box 2207
Wilmington, Delaware 19899-2207
(302) 658-9141
progowski@cblh.com
*Attorneys for Defendant,*
   *MEMC Electronic Materials, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated:_____         _____
                                                                                   United States District Judge

448396v2(CB)

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Missouri and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Dated: November 28, 2007

_____
Richard L. Brophy
**SENNIGER POWERS**
One Metropolitan Square
16th Floor
St. Louis, MO 63102
(314) 231-5400

## CERTIFICATE OF SERVICE

I, Patricia Smink Rogowski, hereby certify that on this 28th day of November, 2007, I electronically filed **MOTION AND ORDER FOR ADMISSION PRO HAC VICE (Richard Brophy)** with the Court Clerk using CM/ECF which will send notification of such filing(s) to John L. Reed.

I hereby further certify that on this 28th day of November, 2007, I have served this document on the attorneys of record at the following addresses as indicated:

**VIA HAND DELIVERY**
John L. Reed
Denise Seastone Kraft
EDWARDS ANGELL PALMER
     & DODGE LLP
919 North Market Street, 15th Floor
Wilmington, DE 19801

**VIA U.S. MAIL**
George W. Neuner
Robert J. Tosti
Alan M. Spiro
Brian M. Gaff
EDWARDS ANGELL PALMER
     & DODGE LLP
101 Federal Street
Boston, MA 02110

Michael Brody
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601

      */s/ Patricia Smink Rogowski*
Patricia Smink Rogowski (Bar ID No. 2632)
progowski@cblh.com