# EDWARDS ANGELL PALMER & DODGE LLP

919 North Market Street  Wilmington, DE  19801   302.777.7770   *fax* 302.777.7263   eapdlaw.com

Denise Seastone Kraft
302.425.7106
*fax* 888.325.9741
dkraft@eapdlaw.com

December 14, 2007

**VIA E-FILE and HAND DELIVERY**

The Honorable Mary Pat Thynge
U.S. District Court For the District of Delaware
844 North King Street, Lock Box 8
Wilmington, DE 19801

      Re:    *Soitec SA and Soitec USA, Inc. v. MEMC Electronic Materials, Inc.*
              C.A. No. 05-806-\*\*\*

Dear Judge Thynge:

    Enclosed please find a copy of the Joint Status Report and proposed Stipulation to Amend Scheduling Order filed today in the above-referenced case.

Respectfully,

Denise Seastone Kraft

DSK/rrj
Enclosure

cc:    Patricia Smink Rogowski, Esq. (*e-filing*) (*w/encl.*)
        The Clerk (*by hand*) (*w/encl.*)