**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| S.O.I.TEC SILICON ON INSULATOR TECHNOLOGIES S.A. and SOITEC USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MEMC ELECTRONIC MATERIALS, INC., <br><br> Defendant. | JURY TRIAL DEMANDED <br><br> Civil Action No.: <br><br> 1:05-cv-00806-*** |

**JOINT STATUS REPORT**

Pursuant to the Court's Amended Scheduling Order entered on September 18, 2007, Plaintiffs S.O.I.TEC Silicon On Insulator Technologies S.A. and Soitec USA, Inc. (collectively, "Soitec") and Defendant MEMC Electronic Materials, Inc. ("MEMC") submit the following Joint Status Report.

1.  Present Status of the Case

At the request of the parties, the Court entered an Amended Scheduling Order on December 5, 2006 (D.I. 70) that was further amended by agreement of the parties and consent of the Court on May 23, 2007 (D.I. 79), and September 18, 2007 (D.I. 85). The Amended Scheduling Orders extended the deadlines for the upcoming events to afford the parties additional time to collect, organize, review, and produce a high volume of e-discovery materials.

Since entry of the last Amended Scheduling Order on September 18, 2007, the parties have largely concluded the large volume of paper discovery in the case, scheduled and taken several dozen depositions in this country and in Europe. Because it is likely

that the agreed to depositions cannot be completed in time to conform to the present discovery schedule, the parties have negotiated a further revision to the Scheduling Order, which they are submitting contemporaneously with this Status Report.

The parties conducted a technology tutorial on September 15, 2006.

2.  Outstanding Motions

There are no outstanding motions.

3.  Status of Discovery

The parties have largely concluded paper discovery and have scheduled approximately 40 depositions, about 12 of which will take place in Europe.  Virtually all of the depositions either have been taken, or are scheduled, and the parties have been working diligently to conclude the depositions.

4.  Pertinent Dates

The current Scheduling Order provides for the dates given below.  The parties are concurrently filing a joint stipulation to extend the current deadlines to accommodate the heavy deposition schedule, which is currently expected to conclude in February 2008.

| Interim Status Report | December 14, 2007 |
|---|---|
| Status Conference | January 17, 2008, 4:30 p.m. |
| Initial Expert Reports | January 14, 2008 |
| Rebuttal Expert Reports | February 8, 2008 |
| Exchange Proposed Claim Construction | March 7, 2008 |
| Discovery Cut Off | March 10, 2008 |
| Joint Claim Construction Chart | March 17, 2008 |
| Case Dispositive Motions | April 11, 2008 |

| Hearing on Dispositive Motions and *Markman* Hearing | June 9, 2008 |
|---|---|
| Final Pretrial Conference | September 25, 2008 |
| Joint Proposed Final Pretrial Order | August 25, 2008 |
| Trial | October 28 through November 11, 2008, 9:30 a.m. |

5. Status of Mediation

The parties participated in mediation before U.S. Magistrate Judge Mary Pat Thynge on November 29, 2006.

6. Settlement Discussions

The parties are engaging in further discussions regarding settlement independent of a formal ADR procedure.

Dated:  December 14, 2007                **EDWARDS ANGELL PALMER & DODGE LLP**


 */s/ Denise Seastone Kraft*
Denise Seastone Kraft (No. 2778)
919 North Market Street, 15th Floor
Wilmington, DE  19801
302.777.7770
302.777.7263 (fax)
dkraft@eapdlaw.com

*Attorneys for Plaintiffs*
*S.O.I.TEC Silicon On Insulator Technologies S.A.*
*and SOITEC USA, INC.,*

**OF COUNSEL:**

George W. Neuner (*Pro Hac Vice*)
Alan M. Spiro (*Pro Hac Vice*)
Brian M. Gaff (*Pro Hac Vice*)
**EDWARDS ANGELL PALMER & DODGE LLP**
111 Huntington Avenue
Boston, MA  02199-7613
(617) 239-0100
(617) 227-4420 (fax)

- 4 -

Michael Brody (*Pro Hac Vice*)
Tracy Allen (*Pro Hac Vice)*
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, Illinois 60601
312.558.5600
312.558.5700 (fax)

- 5 -

Dated: December 14, 2007          **CONNOLLY BOVE LODGE & HUTZ LLP**

   */s/ Patricia Smink Rogowski*
  Patricia Smink Rogowski (No. 2632)
  1007 N. Orange Street
  P.O. Box 2207
  Wilmington, DE 19899-2207
  302.658.9141
  302.658.5614 (fax)
  progowski@cblh.com

  *Attorneys for Defendant*
  *MEMC Electronic Materials Inc.,*

**OF COUNSEL:**

Robert M. Evans, Jr.
David W. Harlan
Marc W. Vander Tuig
**SENNIGER POWERS**
One Metropolitan Square
16th Floor
St. Louis, MO 63102
(314) 231-5400
(314) 231-4342 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of December 2007, a true and correct copy of the foregoing **JOINT STATUS REPORT** was electronically filed with the Clerk of the Court using the CM/ECF system and a copy was served upon the following counsel of record in the manner indicated:

### BY HAND

Patricia Smink Rogowski, Esq.
Paul E. Crawford, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
Wilmington, DE 19801

### BY EMAIL & FIRST-CLASS MAIL

Robert M. Evans, Esquire
Senniger Powers
One Metropolitan Square, 16th Fl.
St. Louis, MO 63102
revans@senniger.com

**EDWARDS ANGELL PALMER & DODGE LLP**

*/s/ Denise Seastone Kraft*
Denise Seastone Kraft (No. 2778)
919 North Market Street, 15th Floor
Wilmington, DE 19801
302.777.7770
302.777.7263 (fax)
dkraft@eapdlaw.com