IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| S.O.I.TEC SILICON ON INSULATOR TECHNOLOGIES S.A. and SOITEC USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MEMC ELECTRONIC MATERIALS, INC., <br><br> Defendants. | ) ) ) ) ) C.A. No. 05-806 (MPT) ) ) JURY TRIAL DEMANDED ) ) ) ) ) ) ) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Jason S. Charkow of Winston & Strawn LLP, 200 Park Avenue, New York, New York 10166-4193 to represent plaintiffs S.O.I.Tec Silicon On Insulator Technologies S.A. and SOITec USA, Inc. in this matter.

EDWARDS, ANGELL, PALMER & DODGE, LLP

*/s/ Denise Seastone Kraft*
_____
Denise Seastone Kraft (#2778)
919 North Market Street, 15th Floor
Wilmington, DE 19801
(302) 777.7770
(302) 777.7263 (fax)
dkraft@eapdlaw.com
  *Attorneys for Plaintiffs*
  *S.O.I.TEC Silicon On Insulator Technologies S.A.*
  *and SOITEC USA, INC.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date : _____  _____
United States Magistrate Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Jason S. Charkow
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193
(212) 294-6700
(212) 294-4700 (fax)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 17, 2007, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and a copy was served upon the following counsel of record in the manner indicated:

| BY EMAIL AND U.S. MAIL | BY HAND |
|---|---|
| Robert M. Evans, Esquire<br>SENNIGER POWERS<br>One Metropolitan Square, 16th Fl.<br>St. Louis, MO 63102<br>revans@senniger.com | Patricia Smink Rogowski, Esquire<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>1007 N. Orange Street<br>Wilmington, DE 19801 |

*/s/ Denise Seastone Kraft*
Denise Seastone Kraft (#2778)
919 N. Market Street, 15th Fl.
Wilmington, DE 19801
dkraft@eapdlaw.com
(302) 777-7770