**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| S.O.I.TEC SILICON ON INSULATOR TECHNOLOGIES S.A. and SOITEC USA, INC., <br><br> Plaintiffs and Counterclaim Defendants, <br><br> v. <br><br> MEMC ELECTRONIC MATERIALS, INC., <br><br> Defendant and Counterclaim Plaintiff. | Civil Action No.: 1:05-cv-00806-*** |

**NOTICE OF SERVICE**

I, Denise Seastone Kraft, certify that on this 2nd day of January, 2008, I caused a copy of the **SOITEC'S RESPONSES TO DEFENDANT'S FIRST REQUEST FOR ADMISSIONS (NOS. 1-314)** and a copy of **SOITEC'S SUPPLEMENTAL AND AMENDED RESPONSE TO MEMC'S FIRST SET OF INTERROGATORIES (NOS. 1-31)** to be served on the parties below in the manner indicated:

**VIA HAND DELIVERY**

Patricia Smink Rogowski, Esquire
Paul E. Crawford, Esquire
CONNOLLY BOVE & LODGE
1220 Market Street
P.O. Box 2207
Wilmington, DE  19899
progowski@cblh.com
pcrawford@cblh.com

**VIA E-MAIL AND U.S. MAIL**

Robert Evans, Esquire
Marc Vander Tuig, Esquire
David Harlan, Esquire
Richard Brophy, Esquire
SENNIGER POWERS
One Metropolitan Square
16th Floor
St. Louis, MO 63102
revans@senniger.com
mvandertuig@senniger.com
dharlan@senniger.com
rbrophy@senniger.com

Dated: January 2, 2008                EDWARDS ANGELL PALMER & DODGE LLP


  /s/Denise Seastone Kraft
John L. Reed (No. 3023)
Denise Seastone Kraft (No. 2778)
919 North Market Street
Suite 1500
Wilmington, DE  19801
302-777-7770
888-325-9741 (fax)
jreed@eapdlaw.com
dkraft@eapdlaw.com

*Attorneys for Plaintiffs*

*S.O.I.TEC Silicon On Insulator Technologies S.A.
and SOITEC USA, INC.*

**OF COUNSEL:**

George W. Neuner (*Pro Hac Vice*)
Alan M. Spiro (*Pro Hac Vice*)
Brian M. Gaff (*Pro Hac Vice*)
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199-7613
(617) 517-5538
(888) 325-9229  (fax)

   - and -

Michael Brody (*Pro Hac Vice*)
Tracy Allen (*Pro Hac Vice)*
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
312.558.5600
312.558.5700 (fax)

### CERTIFICATE OF SERVICE

       The undersigned hereby certifies that on January 2, 2008, a true and correct copy of the foregoing **Notice of Service** was electronically filed with the Clerk of the Court using the CM/ECF system and a copy was served upon the following counsel of record in the manner indicated.

| **VIA E-MAIL AND U.S. MAIL** | **VIA HAND DELIVERY** |
|---|---|
| Robert Evans, Esquire | Patricia Smink Rogowski, Esquire |
| Marc Vander Tuig, Esquire | Paul E. Crawford, Esquire |
| David Harlan, Esquire | CONNOLLY BOVE & LODGE |
| Richard Brophy, Esquire | 1220 Market Street |
| SENNIGER POWERS | P.O. Box 2207 |
| One Metropolitan Square | Wilmington, DE 19899 |
| 16th Floor | progowski@cblh.com |
| St. Louis, MO 63102 | pcrawford@cblh.com |
| revans@senniger.com | |
| mvandertuig@senniger.com | |
| dharlan@senniger.com | |
| rbrophy@senniger.com | |

                                                  */s/ Denise Seastone Kraft*
                                               Denise Seastone Kraft (No. 2778)