## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 2, 2008, a true and correct copy of the foregoing **Notice of Service** was electronically filed with the Clerk of the Court using the CM/ECF system and a copy was served upon the following counsel of record in the manner indicated.

| **VIA E-MAIL AND U.S. MAIL** | **VIA HAND DELIVERY** |
|---|---|
| Robert Evans, Esquire | Patricia Smink Rogowski, Esquire |
| Marc Vander Tuig, Esquire | Paul E. Crawford, Esquire |
| David Harlan, Esquire | CONNOLLY BOVE & LODGE |
| Richard Brophy, Esquire | 1220 Market Street |
| SENNIGER POWERS | P.O. Box 2207 |
| One Metropolitan Square | Wilmington, DE 19899 |
| 16th Floor | progowski@cblh.com |
| St. Louis, MO 63102 | pcrawford@cblh.com |
| revans@senniger.com | |
| mvandertuig@senniger.com | |
| dharlan@senniger.com | |
| rbrophy@senniger.com | |

                                                                   */s/ Denise Seastone Kraft*
                                                     Denise Seastone Kraft (No. 2778)