IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOITEC SA and SOITEC USA, INC., : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil Action No. 05-806-*** |
| : | |
| MEMC ELECTRONIC MATERIALS, INC., : | |
| : | |
| Defendant. : | |

## ORDER

At Wilmington this **11th** day of **January, 2008**.

IT IS ORDERED that the status teleconference scheduled for Thursday, January 17, 2008 at 5:00 p.m. is canceled.

IT IS FURTHER ORDERED that a teleconference has been scheduled for **Thursday, January 24, 2008 at 9:00 a.m.** with Magistrate Judge Thynge to discuss the status of the case and to address discovery issues. **Denise S. Kraft, Esquire shall initiate the teleconference call.** The Court expects the parties to continue in their efforts to resolve their discovery matter.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE