IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOITEC SA and SOITEC USA, INC., : | |
| : | |
| Plaintiffs, : | |
| : | |
| v.   : | Civil Action No. 05-806-*** |
| : | |
| MEMC ELECTRONIC MATERIALS, INC., : | |
| : | |
| Defendant.   : | |

## ORDER

At Wilmington this **22nd** day of **January, 2008**.

IT IS ORDERED that the teleconference for Thursday, January 24, 2008 at 9:00 a.m. with Magistrate Judge Thynge to discuss the status of the case and to address discovery issues is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE