Gaff, Brian

| | |
|---|---|
| **From:** | George Rozgonyi [rozgonyi@ncsu.edu] |
| **Sent:** | Thursday, October 04, 2007 9:45 PM |
| **To:** | Gaff, Brian |
| **Subject:** | Re: Soitec-MEMC. |

Brian:
I took a quick look at the patent and think I could help with demonstrating how weak the
MEMC position is.
I will be at the Hilton Hotel in DC
1-202-483-3000
Sun to Friday next week and then off to Italy for two weeks.
George

**********
Gaff, Brian wrote:
> Please see, e.g., col. 23, lines 8-12 in the patent.
>
> _____
>
>
> From: Gaff, Brian
> Sent: Thursday, October 04, 2007 2:20 PM
> To: 'rozgonyi@ncsu.edu'
> Subject: Soitec-MEMC.
>
>
> Prof. Rozgonyi:
>
> Thanks for your time today.  Attached is a copy of the patent at issue.
>
> I look forward to hearing from you.
>
>
> Regards,
>
> Brian M. Gaff
> Edwards Angell Palmer & Dodge LLP
> 111 Huntington Avenue
> Boston, MA  02199-7613
> 617-517-5597 fax 888-325-9725
> bgaff@eapdlaw.com
>
> Boston, Ft. Lauderdale, Hartford, Madison, New York, Providence,
> Stamford, Washington DC, West Palm Beach, Wilmington, London
> (Representative office)
>
> Disclosure Under IRS Circular 230: Edwards Angell Palmer & Dodge LLP informs you that
any tax advice contained in this communication, including any attachments, was not
intended or written to be used, and cannot be used, for the purpose of avoiding federal
tax related penalties or promoting, marketing or recommending to another party any
transaction or matter addressed herein.
> _____
> CONFIDENTIALITY NOTICE
> This e-mail message from Edwards Angell Palmer & Dodge LLP is intended only for the
individual or entity to which it is addressed. This e-mail may contain information that is
privileged, confidential and exempt from disclosure under applicable law. If you are not
the intended recipient, you are hereby notified that any dissemination, distribution or
copying of this communication is strictly prohibited. If you received this e-mail by
accident, please notify the sender immediately and destroy this e-mail and all copies of
it.
>
>
>

1

```
--
******************************************************************
```

Prof. George A. Rozgonyi                Director, SiSoC Center---
North Carolina State University         (Silicon Solar Consortium
Materials Science & Engin. Dept.        an NSF sponsored I/U CRC---
Suite 3070, Centennial EB-1              (Industry/University
Raleigh, NC 27695-7907                  Cooperative Research Center)
Ph: 919-515-2934, Lab-7217               http://www.sisoc.biz.
Fax -7724, home 919-828-7200             rozgonyi@ncsu.edu

EXHIBIT A – PAGE 2

**Gaff, Brian**

| | |
|---|---|
| From: | Gaff, Brian |
| Sent: | Wednesday, October 10, 2007 11:45 AM |
| To: | 'rozgonyi@ncsu.edu' |
| Subject: | RE: Soitec-MEMC. |

This time did not work.  Are you available tomorrow (Thurs.) in the early afternoon?

-----Original Message-----
From: rozgonyi@ncsu.edu [mailto:rozgonyi@ncsu.edu]
Sent: Tuesday, October 09, 2007 9:23 PM
To: Gaff, Brian; rozgonyi@ncsu.edu
Subject: RE: Soitec-MEMC.

Brian:
Can you call me about 11:00am on Wed?
I will be tied up all afternoon.
George


> Could you please forward me a copy of your current CV?
>
> Are you available for a short call on Wed. (10-Oct) afternoon?
>
> -----Original Message-----
> From: George Rozgonyi [mailto:rozgonyi@ncsu.edu]
> Sent: Friday, October 05, 2007 10:07 AM
> To: Gaff, Brian
> Subject: Re: Soitec-MEMC.
>
> Brian:
> Passport, laptop, toothbrush, ...
> are all on my list.
> George
>
> Gaff, Brian wrote:
>> Thanks.  We will be in touch.
>>
>> Will you have access to email while in Italy?
>>
>> -----Original Message-----
>> From: George Rozgonyi [mailto:rozgonyi@ncsu.edu]
>> Sent: Thursday, October 04, 2007 9:45 PM
>> To: Gaff, Brian
>> Subject: Re: Soitec-MEMC.
>>
>> Brian:
>> I took a quick look at the patent and think I could help with
>> demonstrating how weak the  MEMC position is.
>> I will be at the Hilton Hotel in DC
>> 1-202-483-3000
>> Sun to Friday next week and then off to Italy for two weeks.
>> George
>>
>> ***********
>> Gaff, Brian wrote:
>>
>>> Please see, e.g., col. 23, lines 8-12 in the patent.
>>>
>>> _____
>>>
>>> From: Gaff, Brian

1

```
>>> Sent: Thursday, October 04, 2007 2:20 PM
>>> To: 'rozgonyi@ncsu.edu'
>>> Subject: Soitec-MEMC.
>>>
>>>
>>> Prof. Rozgonyi:
>>>
>>> Thanks for your time today.  Attached is a copy of the patent at
>>>
>> issue.
>>
>>>
>>> I look forward to hearing from you.
>>>
>>>
>>> Regards,
>>>
>>> Brian M. Gaff
>>> Edwards Angell Palmer & Dodge LLP
>>> 111 Huntington Avenue
>>> Boston, MA  02199-7613
>>> 617-517-5597 fax 888-325-9725
>>> bgaff@eapdlaw.com
>>>
>>> Boston, Ft. Lauderdale, Hartford, Madison, New York, Providence,
>>> Stamford, Washington DC, West Palm Beach, Wilmington, London
>>> (Representative office)
>>>
>>> Disclosure Under IRS Circular 230: Edwards Angell Palmer & Dodge LLP
>>>
>> informs you that any tax advice contained in this communication,
>> including any attachments, was not intended or written to be used,
>> and
>
>> cannot be used, for the purpose of avoiding federal tax related
>> penalties or promoting, marketing or recommending to another party
>> any
>
>> transaction or matter addressed herein.
>>
>>> _____
>>> CONFIDENTIALITY NOTICE
>>> This e-mail message from Edwards Angell Palmer & Dodge LLP is
>>> intended
>>>
>> only for the individual or entity to which it is addressed. This
>> e-mail may contain information that is privileged, confidential and
>> exempt from disclosure under applicable law. If you are not the
>> intended recipient, you are hereby notified that any dissemination,
>> distribution or copying of this communication is strictly prohibited.
>> If you received this e-mail by accident, please notify the sender
>> immediately and destroy this e-mail and all copies of it.
>>
>>>
>>>
>>
>> --
>> ************************************************************
>>
>> Prof. George A. Rozgonyi            Director, SiSoC Center---
>> North Carolina State University     (Silicon Solar Consortium
>> Materials Science & Engin. Dept.    an NSF sponsored I/U CRC---
>
>> Suite 3070, Centennial EB-1          (Industry/University
>> Raleigh, NC 27695-7907              Cooperative Research Center)
>> Ph: 919-515-2934, Lab-7217           http://www.sisoc.biz.
>> Fax -7724, home 919-828-7200         rozgonyi@ncsu.edu
                                      2
```

EXHIBIT A – PAGE 4

```
>>
>>
>>
>
> --
> ****************************************************************
>
> Prof. George A. Rozgonyi              Director, SiSoC Center---
> North Carolina State University      (Silicon Solar Consortium
> Materials Science & Engin. Dept.     an NSF sponsored I/U CRC---
> Suite 3070, Centennial EB-1           (Industry/University
> Raleigh, NC 27695-7907               Cooperative Research Center)
> Ph: 919-515-2934, Lab-7217            http://www.sisoc.biz.
> Fax -7724, home 919-828-7200          rozgonyi@ncsu.edu
>
>
>
```

3

**Gaff, Brian**

| | |
|---|---|
| From: | George Rozgonyi [rozgonyi@ncsu.edu] |
| Sent: | Friday, November 02, 2007 3:59 PM |
| To: | Gaff, Brian; Howard Huff |
| Subject: | Re: Soitec-MEMC. |

Brian:
Just wrote an e-mail suggesting other people, etc., but they are just not the best match
for this task, so I trashed it.  It will come back to haunt me, I fear, but if you make me
an offer I can't refuse, I will try to help.
What is the expected remuneration for this service?
Where will it take place and approximately when?
George
*****
Gaff, Brian wrote:
> Please see, e.g., col. 23, lines 8-12 in the patent.
>
> _____
>
> From: Gaff, Brian
> Sent: Thursday, October 04, 2007 2:20 PM
> To: 'rozgonyi@ncsu.edu'
> Subject: Soitec-MEMC.
>
>
> Prof. Rozgonyi:
>
> Thanks for your time today.  Attached is a copy of the patent at issue.
>
> I look forward to hearing from you.
>
>
> Regards,
>
> Brian M. Gaff
> Edwards Angell Palmer & Dodge LLP
> 111 Huntington Avenue
> Boston, MA  02199-7613
> 617-517-5597 fax 888-325-9725
> bgaff@eapdlaw.com
>
> Boston, Ft. Lauderdale, Hartford, Madison, New York, Providence,
> Stamford, Washington DC, West Palm Beach, Wilmington, London
> (Representative office)
>
> Disclosure Under IRS Circular 230: Edwards Angell Palmer & Dodge LLP informs you that
any tax advice contained in this communication, including any attachments, was not
intended or written to be used, and cannot be used, for the purpose of avoiding federal
tax related penalties or promoting, marketing or recommending to another party any
transaction or matter addressed herein.
> _____
> CONFIDENTIALITY NOTICE
> This e-mail message from Edwards Angell Palmer & Dodge LLP is intended only for the
individual or entity to which it is addressed. This e-mail may contain information that is
privileged, confidential and exempt from disclosure under applicable law. If you are not
the intended recipient, you are hereby notified that any dissemination, distribution or
copying of this communication is strictly prohibited. If you received this e-mail by
accident, please notify the sender immediately and destroy this e-mail and all copies of
it.
>
>
>

1

```
--
********************************************************************
```

Prof. George A. Rozgonyi                Director, SiSoC Center---
North Carolina State University         (Silicon Solar Consortium
Materials Science & Engin. Dept.        an NSF sponsored I/U CRC---
Suite 3070, Centennial EB-1              (Industry/University
Raleigh, NC 27695-7907                  Cooperative Research Center)
Ph: 919-515-2934, Lab-7217               http://www.sisoc.biz.
Fax -7724, home 919-828-7200             rozgonyi@ncsu.edu

EXHIBIT A – PAGE 7

**Gaff, Brian**

| | |
|---|---|
| From: | George Rozgonyi [rozgonyi@ncsu.edu] |
| Sent: | Wednesday, December 05, 2007 3:53 PM |
| To: | Gaff, Brian |
| Cc: | Grozgonyi@aol.com |
| Subject: | Re: Soitec-MEMC. |

Brian:
No problem with the billing.
What dates and city or cities are likely to be sites for this activity?
George

Gaff, Brian wrote:
> Sorry for the delay in getting back to you.  For budgetary purposes,
> could I use $325/hour at home and $375/hour on the road?
>
> -----Original Message-----
> From: George Rozgonyi [mailto:rozgonyi@ncsu.edu]
> Sent: Wednesday, November 07, 2007 4:30 PM
> To: Gaff, Brian
> Subject: Re: Soitec-MEMC.
>
> Brian:
> I usually charge by the day.
> In this case, it would be $3000 plus expenses for each day I am on the
> road, and $2500 for days working at home.
> George
>
> Gaff, Brian wrote:
>
>> Please let me know your hourly rate.  I will talk to George Neuner
>> regarding this.
>>
>> -----Original Message-----
>> From: George Rozgonyi [mailto:rozgonyi@ncsu.edu]
>> Sent: Friday, November 02, 2007 3:59 PM
>> To: Gaff, Brian; Howard Huff
>> Subject: Re: Soitec-MEMC.
>>
>> Brian:
>> Just wrote an e-mail suggesting other people, etc., but they are just
>> not the best match for this task, so I trashed it.  It will come back
>> to haunt me, I fear, but if you make me an offer I can't refuse, I
>> will try to help.
>> What is the expected remuneration for this service?
>> Where will it take place and approximately when?
>> George
>> *****
>> Gaff, Brian wrote:
>>
>>
>>> Please see, e.g., col. 23, lines 8-12 in the patent.
>>>
>>> _____
>>>
>>> From: Gaff, Brian
>>> Sent: Thursday, October 04, 2007 2:20 PM
>>> To: 'rozgonyi@ncsu.edu'
>>> Subject: Soitec-MEMC.
>>>
>>>
>>> Prof. Rozgonyi:
>>>

1

```
>>> Thanks for your time today.  Attached is a copy of the patent at
>>>
>>>
>> issue.
>>
>>
>>>
>>> I look forward to hearing from you.
>>>
>>>
>>> Regards,
>>>
>>> Brian M. Gaff
>>> Edwards Angell Palmer & Dodge LLP
>>> 111 Huntington Avenue
>>> Boston, MA  02199-7613
>>> 617-517-5597 fax 888-325-9725
>>> bgaff@eapdlaw.com
>>>
>>> Boston, Ft. Lauderdale, Hartford, Madison, New York, Providence,
>>> Stamford, Washington DC, West Palm Beach, Wilmington, London
>>> (Representative office)
>>>
>>> Disclosure Under IRS Circular 230: Edwards Angell Palmer & Dodge LLP
>>>
>>>
>> informs you that any tax advice contained in this communication,
>> including any attachments, was not intended or written to be used,
>> and
>>
>
>
>> cannot be used, for the purpose of avoiding federal tax related
>> penalties or promoting, marketing or recommending to another party
>> any
>>
>
>
>> transaction or matter addressed herein.
>>
>>
>>> _____
>>> CONFIDENTIALITY NOTICE
>>> This e-mail message from Edwards Angell Palmer & Dodge LLP is
>>> intended
>>>
>>>
>> only for the individual or entity to which it is addressed. This
>> e-mail may contain information that is privileged, confidential and
>> exempt from disclosure under applicable law. If you are not the
>> intended recipient, you are hereby notified that any dissemination,
>> distribution or copying of this communication is strictly prohibited.
>> If you received this e-mail by accident, please notify the sender
>> immediately and destroy this e-mail and all copies of it.
>>
>>
>>>
>>>
>>>
>> --
>> ***************************************************************
>>
>> Prof. George A. Rozgonyi          Director, SiSoC Center---
>> North Carolina State University   (Silicon Solar Consortium
>> Materials Science & Engin. Dept.  an NSF sponsored I/U CRC---
>>
>
```

2

```
>
>> Suite 3070, Centennial EB-1              (Industry/University
>> Raleigh, NC 27695-7907              Cooperative Research Center)
>> Ph: 919-515-2934, Lab-7217           http://www.sisoc.biz.
>> Fax -7724, home 919-828-7200          rozgonyi@ncsu.edu
>>
>>
>>
>>
>
> --
> ***************************************************************
>
> Prof. George A. Rozgonyi                Director, SiSoC Center---
> North Carolina State University         (Silicon Solar Consortium
> Materials Science & Engin. Dept.        an NSF sponsored I/U CRC---
> Suite 3070, Centennial EB-1             (Industry/University
> Raleigh, NC 27695-7907              Cooperative Research Center)
> Ph: 919-515-2934, Lab-7217           http://www.sisoc.biz.
> Fax -7724, home 919-828-7200          rozgonyi@ncsu.edu
>
>
>

--
***************************************************************

Prof. George A. Rozgonyi                Director, SiSoC Center---
North Carolina State University         (Silicon Solar Consortium
Materials Science & Engin. Dept.        an NSF sponsored I/U CRC---
Suite 3070, Centennial EB-1             (Industry/University
Raleigh, NC 27695-7907              Cooperative Research Center)
Ph: 919-515-2934, Lab-7217           http://www.sisoc.biz.
Fax -7724, home 919-828-7200          rozgonyi@ncsu.edu
```

3

**Gaff, Brian**

---

From:           Gaff, Brian
Sent:           Friday, December 07, 2007 5:20 PM
To:             'George Rozgonyi'
Cc:             Grozgonyi@aol.com
Subject:        RE: Soitec-MEMC.

Likely Boston and Wilmington, Del.

-----Original Message-----
From: George Rozgonyi [mailto:rozgonyi@ncsu.edu]
Sent: Wednesday, December 05, 2007 3:53 PM
To: Gaff, Brian
Cc: Grozgonyi@aol.com
Subject: Re: Soitec-MEMC.

Brian:
No problem with the billing.
What dates and city or cities are likely to be sites for this activity?
George

Gaff, Brian wrote:
> Sorry for the delay in getting back to you.  For budgetary purposes,
> could I use $325/hour at home and $375/hour on the road?
>
> -----Original Message-----
> From: George Rozgonyi [mailto:rozgonyi@ncsu.edu]
> Sent: Wednesday, November 07, 2007 4:30 PM
> To: Gaff, Brian
> Subject: Re: Soitec-MEMC.
>
> Brian:
> I usually charge by the day.
> In this case, it would be $3000 plus expenses for each day I am on the
> road, and $2500 for days working at home.
> George
>
> Gaff, Brian wrote:
>
>> Please let me know your hourly rate.  I will talk to George Neuner
>> regarding this.
>>
>> -----Original Message-----
>> From: George Rozgonyi [mailto:rozgonyi@ncsu.edu]
>> Sent: Friday, November 02, 2007 3:59 PM
>> To: Gaff, Brian; Howard Huff
>> Subject: Re: Soitec-MEMC.
>>
>> Brian:
>> Just wrote an e-mail suggesting other people, etc., but they are just
>> not the best match for this task, so I trashed it.  It will come back
>> to haunt me, I fear, but if you make me an offer I can't refuse, I
>> will try to help.
>> What is the expected remuneration for this service?
>> Where will it take place and approximately when?
>> George
>> *****
>> Gaff, Brian wrote:
>>
>>
>>> Please see, e.g., col. 23, lines 8-12 in the patent.
>>>
>>> _____

1

EXHIBIT A – PAGE 11

```
>>>
>>> From: Gaff, Brian
>>> Sent: Thursday, October 04, 2007 2:20 PM
>>> To: 'rozgonyi@ncsu.edu'
>>> Subject: Soitec-MEMC.
>>>
>>>
>>> Prof. Rozgonyi:
>>>
>>> Thanks for your time today.  Attached is a copy of the patent at
>>>
>>>
>> issue.
>>
>>
>>>
>>> I look forward to hearing from you.
>>>
>>>
>>> Regards,
>>>
>>> Brian M. Gaff
>>> Edwards Angell Palmer & Dodge LLP
>>> 111 Huntington Avenue
>>> Boston, MA  02199-7613
>>> 617-517-5597 fax 888-325-9725
>>> bgaff@eapdlaw.com
>>>
>>> Boston, Ft. Lauderdale, Hartford, Madison, New York, Providence,
>>> Stamford, Washington DC, West Palm Beach, Wilmington, London
>>> (Representative office)
>>>
>>> Disclosure Under IRS Circular 230: Edwards Angell Palmer & Dodge LLP
>>>
>>>
>> informs you that any tax advice contained in this communication,
>> including any attachments, was not intended or written to be used,
>> and
>>
>
>
>> cannot be used, for the purpose of avoiding federal tax related
>> penalties or promoting, marketing or recommending to another party
>> any
>>
>
>
>> transaction or matter addressed herein.
>>
>>
>>> _____
>>> CONFIDENTIALITY NOTICE
>>> This e-mail message from Edwards Angell Palmer & Dodge LLP is
>>> intended
>>>
>>>
>> only for the individual or entity to which it is addressed. This
>> e-mail may contain information that is privileged, confidential and
>> exempt from disclosure under applicable law. If you are not the
>> intended recipient, you are hereby notified that any dissemination,
>> distribution or copying of this communication is strictly prohibited.
>> If you received this e-mail by accident, please notify the sender
>> immediately and destroy this e-mail and all copies of it.
>>
>>
>>>
>>>
```

2

```
>>>
>> --
>> ****************************************************************
>>
>> Prof. George A. Rozgonyi              Director, SiSoC Center---
>> North Carolina State University       (Silicon Solar Consortium
>> Materials Science & Engin. Dept.      an NSF sponsored I/U CRC---
>>
>
>
>> Suite 3070, Centennial EB-1            (Industry/University
>> Raleigh, NC 27695-7907                Cooperative Research Center)
>> Ph: 919-515-2934, Lab-7217             http://www.sisoc.biz.
>> Fax -7724, home 919-828-7200           rozgonyi@ncsu.edu
>>
>>
>>
>>
>
> --
> ****************************************************************
>
> Prof. George A. Rozgonyi               Director, SiSoC Center---
> North Carolina State University        (Silicon Solar Consortium
> Materials Science & Engin. Dept.       an NSF sponsored I/U CRC---
> Suite 3070, Centennial EB-1            (Industry/University
> Raleigh, NC 27695-7907                Cooperative Research Center)
> Ph: 919-515-2934, Lab-7217             http://www.sisoc.biz.
> Fax -7724, home 919-828-7200           rozgonyi@ncsu.edu
>
>
>

--
****************************************************************

Prof. George A. Rozgonyi               Director, SiSoC Center---
North Carolina State University        (Silicon Solar Consortium
Materials Science & Engin. Dept.       an NSF sponsored I/U CRC---
Suite 3070, Centennial EB-1            (Industry/University
Raleigh, NC 27695-7907                Cooperative Research Center)
Ph: 919-515-2934, Lab-7217             http://www.sisoc.biz.
Fax -7724, home 919-828-7200           rozgonyi@ncsu.edu
```

3

**Gaff, Brian**

From:           George Rozgonyi [rozgonyi@ncsu.edu]
Sent:           Sunday, January 06, 2008 12:49 PM
To:             Gaff, Brian
Subject:        Soitec-MEMC.

Brian:
It seems with the new year here and a reevaluation of my relationships with both MEMC and
SOITEC, I find it would be best if I did not proceed any further with advising or
representing SOITEC on their patent dispute with MEMC.
I regret that I have taken so long to come to this decision, but in the long run it is
probably the best for all parties.
Thank you for considering me to be of some value to your case.
Sincerely,
George Rozgonyi
********
George Rozgonyi wrote:
> Brian:
> Just wrote an e-mail suggesting other people, etc., but they are just
> not the best match for this task, so I trashed it. It will come back
> to haunt me, I fear, but if you make me an offer I can't refuse, I
> will try to help.
> What is the expected remuneration for this service?
> Where will it take place and approximately when?
> George
> *****
> Gaff, Brian wrote:
>> Please see, e.g., col. 23, lines 8-12 in the patent.
>>
>> _____
>>
>> From: Gaff, Brian Sent: Thursday, October 04, 2007 2:20 PM
>> To: 'rozgonyi@ncsu.edu'
>> Subject: Soitec-MEMC.
>>
>>
>> Prof. Rozgonyi:
>>
>> Thanks for your time today. Attached is a copy of the patent at issue.
>>
>> I look forward to hearing from you.
>>
>>
>> Regards,
>>
>> Brian M. Gaff
>> Edwards Angell Palmer & Dodge LLP
>> 111 Huntington Avenue
>> Boston, MA  02199-7613
>> 617-517-5597 fax 888-325-9725
>> bgaff@eapdlaw.com
>>
>> Boston, Ft. Lauderdale, Hartford, Madison, New York, Providence,
>> Stamford, Washington DC, West Palm Beach, Wilmington, London
>> (Representative office) Disclosure Under IRS Circular 230: Edwards
>> Angell Palmer & Dodge LLP informs you that any tax advice contained
>> in this communication, including any attachments, was not intended or
>> written to be used, and cannot be used, for the purpose of avoiding
>> federal tax related penalties or promoting, marketing or recommending
>> to another party any transaction or matter addressed herein.
>> _____ CONFIDENTIALITY NOTICE This e-mail message
>> from Edwards Angell Palmer & Dodge LLP is intended only for the
>> individual or entity to which it is addressed.

                                        1

```
>> This e-mail may contain information that is privileged, confidential
>> and exempt from disclosure under applicable law. If you are not the
>> intended recipient, you are hereby notified that any dissemination,
>> distribution or copying of this communication is strictly prohibited.
>> If you received this e-mail by accident, please notify the sender
>> immediately and destroy this e-mail and all copies of it.
>>
>>
>>
>
```

```
--
********************************************************************
```

Prof. George A. Rozgonyi                Director, SiSoC Center---
North Carolina State University        (Silicon Solar Consortium
Materials Science & Engin. Dept.       an NSF sponsored I/U CRC---
Suite 3070, Centennial EB-1             (Industry/University
Raleigh, NC 27695-7907                 Cooperative Research Center)
Ph: 919-515-2934, Lab-7217              http://www.sisoc.biz.
Fax -7724, home 919-828-7200            rozgonyi@ncsu.edu

EXHIBIT A – PAGE 15