# EXHIBIT B

```
From: George Rozgonyi [mailto:rozgonyi@ncsu.edu]
Sent: Wednesday, January 16, 2008 12:36 PM
To: Gaff, Brian
Subject: Re: Soitec-MEMC.

Brian:
Letter below from 4 Oct had the Falster patent attached.
We had a detailed phone conversation on ~ 11 Oct where I gave you my
preliminary
understanding of some materials science issues embedded in the patent.
It was a rather one way conversation with me doing most of the talking.
You may recall I expressed a desire to remain "behind the scenes" until
I could make up my mind about what to do.
After some vacillating back and forth, I subsequently decided not to
accept SOITEC's offer.
If there is a specific proprietary issue, please make me aware of it.
George
*************
Gaff, Brian wrote on 4 Oct 07.:
> Prof. Rozgonyi:
>
> Thanks for your time today.  Attached is a copy of the patent at
issue.
>
> I look forward to hearing from you.
>
>
> Regards,
>
> Brian M. Gaff
```

Gaff, Brian wrote on 16 Jan 08:

George:

Following up on the voice message that I left for you, I have just seen
your email below after being out of the office for several days and I'm
surprised to hear that you want to discontinue working with Soitec on
the Soitec-MEMC litigation.  In view of the number of discussions that
you have had with us over the last several months regarding the case,
many of which covered highly confidential subject matter, we expected
your continued involvement with us this case.  If, however, you want to
sever your relationship with Soitec in this litigation, I need to speak
with you regarding your ongoing responsibilities, particularly with
respect to the confidential information that Soitec shared with you.

Please let me know a time when it would be convenient for me to call
you
today.


Regards,


****************************************************************

Prof. George A. Rozgonyi                 Director, SiSoC Center---
North Carolina State University          (Silicon Solar Consortium

Materials Science & Engin. Dept.  
Suite 3070, Centennial EB-1  
Raleigh, NC 27695-7907  
Ph: 919-515-2934, Lab-7217  
Fax -7724, home 919-828-7200  

an NSF sponsored I/U CRC---  
 (Industry/University  
Cooperative Research Center)  
 http://www.sisoc.biz.  
 rozgonyi@ncsu.edu