# THIS DOCUMENT WAS FILED UNDER SEAL

Case 1:05-cv-00806-GMS-MPT   Document 109-2   Filed 02/12/2008   Page 1 of 1