IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SOITEC SA and SOITEC USA, INC., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 05-806-GMS |
| | : | |
| MEMC ELECTRONIC MATERIALS, INC., | : | |
| | : | |
| Defendant. | : | |

**ORDER**

At Wilmington this **21st** day of **February, 2008**.

IT IS ORDERED that a teleconference has been scheduled for **Thursday, February 28, 2008 at 10:30 a.m. Eastern Time** with Magistrate Judge Thynge to address discovery issues. **Denise S. Kraft, Esquire shall initiate the teleconference call.** The Court expects the parties to continue in their efforts to resolve their discovery matter.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE