# EDWARDS ANGELL PALMER & DODGE LLP

919 North Market Street  Wilmington, DE  19801   302.777.7770   *fax* 302.777.7263   eapdlaw.com

Denise Seastone Kraft
302.425.7106
*fax* 888.325.9741
dkraft@eapdlaw.com

March 11, 2008

**BY E-FILING**

The Honorable Mary Pat Thygne
United States Magistrate Judge
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building, Suite 6100
844 King Street
Wilmington, Delaware 19801

    Re:    *SOITEC SA and SOITEC USA, Inc. v. MEMC Electronic Materials, Inc.*
            C.A. No. 05-806( GMS)

Dear Magistrate Judge Thynge:

    A teleconference on discovery matters was held before you on February 28, 2008. During the teleconference, certain rulings were made on the record. No Order has been filed on the docket at this time. The parties have consulted and agreed to the proposed form of Order attached hereto.

                      Respectfully,

                      Denise Seastone Kraft (#2778)

DSK:rrj
Enclosure

cc:    Patricia Smink Rogowski, Esq. (*by e-filing*)
       Clerk of the Court (*by hand*)

WLM 512916.1