Denise Seastone Kraft
302.425.7106
*fax* 888.325.9741
dkraft@eapdlaw.com

March 12, 2008

**BY E-FILING**

The Honorable Mary Pat Thygne
United States Magistrate Judge
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building, Suite 6100
844 King Street
Wilmington, Delaware 19801

    Re:    *SOITEC SA and SOITEC USA, Inc. v. MEMC Electronic Materials, Inc.*
            C.A. No. 05-806( GMS)

Dear Magistrate Judge Thynge:

    Attached hereto is a revised proposed form of Order previously filed with the Court on March 11, 2008. This change reflects the correct name of Dr. Rozgonyi as identified in paragraph 1.

                                      Respectfully,

                                 */s/ Denise Seastone Kraft*

                                    Denise Seastone Kraft (#2778)

DSK:rrj
Enclosure

cc:    Patricia Smink Rogowski, Esq. (*by e-filing*)
       Clerk of the Court (*by hand*)

WLM 512916.1