IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

S.O.I. TEC SILICON ON INSULATOR  :
TECHNOLOGIES S.A., et al
                                          :

     Plaintiffs
                                          : Civil Action No. 05-806 GMS
  v.
                                          :

MEMC ELECTRONIC MATERIALS,
INC.
                                          :

     Defendant                  :

## ORDER REGARDING REFERENCE
## PURSUANT TO 28 U.S.C. § 636

At Wilmington this __14th__ of March 2008, the above-captioned case having been previously referred to Magistrate Judge Mary Pat Thynge on December 15, 2006,

IT IS ORDERED that, consistent with 28 U.S.C. § 636(b), Magistrate Judge Thynge shall:

1. Hear and determine all motions to dismiss and motions for judgment on the pleadings (by report and recommendation).

2. Hear and determine all discovery disputes.

3. Conduct alternate dispute resolution.

                                                      _____
                                                      CHIEF, UNITED STATES DISTRICT JUDGE

FILED

MAR 1 4 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE