# EXHIBIT 2

Page 1

```
            UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF DELAWARE

S.O.I.TEC SILICON ON INSULATOR)
TECHNOLOGIES S.A. AND SOITEC )
SA, INC.,                     )
        PLAINTIFFS,            )
                              )
vs.                    ) NO. 1:05CV-00806
                              )
MEMC ELECTRONIC MATERIALS,    )
                              )
        DEFENDANT.             )

    VIDEOTAPE DEPOSITION OF ROBERT FALSTER, Ph.D.
                     VOLUME I
    TAKEN BY MICHAEL L. BRODY, ESQ.
    CONFIDENTIAL ATTORNEYS EYES ONLY
        ON BEHALF OF THE PLAINTIFFS
             DECEMBER 20, 2007

        REPORTED BY CINDY J. TAYLOR
        REGISTERED PROFESSIONAL REPORTER
        CERTIFIED SHORTHAND REPORTER
        CERTIFIED COURT REPORTER
```

Page 2

```
            UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF DELAWARE

S.O.I.TEC SILICON ON INSULATOR)
TECHNOLOGIES S.A. AND SOITEC )
SA, INC.,                     )
        PLAINTIFFS,            )
                              )
vs.                    ) NO. 1:05CV-00806
                              )
MEMC ELECTRONIC MATERIALS,    )
                              )
        DEFENDANT.             )

    DEPOSITION OF ROBERT FALSTER, Ph.D., produced,
sworn, and examined on the 20th day of December, 2007,
at the offices of Senniger Powers, One Metropolitan
Square the City of St. Louis, State of Missouri,
before Cindy J. Taylor, Registered Professional
Reporter, Certified Court Reporter within and for the
State of Missouri, in a certain cause now pending in
the United States District Court for the District of
Delaware, between S.O.I.TEC ON INSULATOR TECHNOLOGIES
S.A. AND SOITEC USA, and MEMC ELECTRONIC MATERIALS,
INC., Defendant.
```

Page 3

```
                APPEARANCES:

ON BEHALF OF THE PLAINTIFF:
    Winston & Strawn, LLP
    Michael L. Brody, Esq.
    333 South Grand Avenue
    Los Angeles, California 90071
    (415)591-1400
ON BEHALF OF THE PLAINTIFF:
    Edwards, Angell, Palmer & Dodge, LLP
    George W. Neuner, Esq.
    111 Huntington Avenue
    Boston, Massachusettes 02199-7613
    (617)517-5538
ON BEHALF OF THE DEFENDANT:
    Senniger Powers
    Robert Evans, Esq.
    Marc Vander Tuig, Esq.
    One Metropolitan Square
    16th Floor
    St. Louis, Missouri 63102
    (314)231-5400
ALSO PRESENT:
    SOITEC
    Jacques Elie Levy, Esq.

COURT REPORTER:
    Cindy J. Taylor, RPR, CSR, CCR
    Esquire Deposition Services
    720 Olive Street
    Suite 1610
    St. Louis, Missouri 63101
    (314)621-6173
```

Page 4

```
                    I N D E X
Examination by Mr. Brody            Page 06
                   E X H I B I T S

Plaintiff's Exhibit 112             Page  48
    (Deposition Excerpt)
Plaintiff's Exhibit 113             Page 124
    (Patent 6,391,662)

Plaintiff's Exhibit 114             Page 135
    (Patent 7,071,080)
Plaintiff's Exhibit 115             Page 153
    (Patent 5,919,302)

Plaintiff's Exhibit 116             Page 172
    (Patent 6,743,495)
```

**Page 5**

1    STIPULATION
2    IT IS HEREBY STIPULATED AND AGREED by and
3    between counsel for the parties that this deposition
4    may be taken in shorthand by Cindy J. Taylor,
5    Certified Shorthand Reporter, Certified Court
6    Reporter, and afterwards transcribed into printing,
7    and signature by the witness is reserved.
8         VIDEO TECHNICIAN: Good morning. We're
9    going on the video record. The time is now 8:12.
10   Today's date is Thursday, December the 20th, 2007. My
11   name is Kevin Hayes. I'm a certified legal video
12   specialist working in association with Esquire
13   Deposition Service, located at 720 Olive Street, St.
14   Louis, Missouri 63101. The court reporter is Cindy
15   Taylor, also in association with Esquire Deposition
16   Services.
17        Here begins the videotape deposition of
18   Dr. Robert Falster taken in the matter of SOITEC
19   versus MEMC, Case No. 105CV00806 in the United States
20   District Court for the District of Delaware.
21        This deposition is being held at
22   Senniger Powers at One Metropolitan Square, Suite
23   1600, St. Louis, Missouri 63102. It's being taken on
24   behalf of the plaintiff at the request of the
25   plaintiff.

**Page 6**

1         Counsel would you please state your
2    appearance?
3         MR. BRODY: Michael Brody for Plaintiff
4    SOITEC.
5         MR. NEUNER: George Neuner, Edwards,
6    Angell, Palmer & Dodge for the Plaintiff SOITEC.
7         MR. LEVY: Jacques Elie Levy, general
8    counsel of SOITEC.
9         MR. EVANS: Robert Evans, Senniger
10   Powers for MEMC.
11        MR. VANDER TUIG: Marc Vander Tuig,
12   Senniger Powers here on behalf of MEMC.
13        VIDEO TECHNICIAN: Thank you. Court
14   reporter, would you please swear the witness?
15        ROBERT FALSTER, Ph.D.,
16   of lawful age, being first duly sworn to tell the
17   truth, the whole truth and nothing but the truth
18   deposes and says as follows:
19   EXAMINATION BY MR. BRODY:
20   Q.   Good morning, Mr. Falster -- Dr.
21   Falster. I'm sorry.
22   A.   Good morning.
23   Q.   We met before we went on the record,
24   and I know you understand that my name is Michael
25   Brody, and I'm here on behalf of SOITEC in this case,

**Page 7**

1    right?
2    A.   That's right, yes.
3    Q.   Okay. Have -- I know you've been
4    deposed before, at least in the SUMCO case. Have you
5    participated in other depositions?
6    A.   No, I haven't.
7    Q.   Okay. Let me run through a couple of
8    just sort of mechanical ground rules, and these
9    probably will be familiar to you, but also probably
10   good we're both on the same page.
11        Excuse me. First of all, I will warn
12   you in advance that, notwithstanding 25 or 6 years or
13   however many years of practice, I still tend to mumble
14   when I ask questions. I don't always choose my words
15   as carefully as I ought to, and I do my best, but it's
16   entirely possible that I'm going to ask you a question
17   that you won't be able to understand. I'm happy to
18   rephrase it. I am happy to have the court reporter
19   read it back to you. We're happy to do whatever we
20   need to do to get a question that's clear to you so
21   that you can respond clearly, but I can't know that
22   you don't understand unless you tell me, so will you
23   let me know if you don't understand a question?
24   A.   Yes.
25   Q.   Okay. A second mechanical aspect of

**Page 8**

1    this whole process, of course, is that the court
2    reporter, who is making the official transcript, can
3    only take down your verbal responses, and she's going
4    to take them down literally. So when you shake your
5    head like that, it doesn't get transcribed. If you
6    want to say yes, if you want to assent to a question,
7    you have to say yes, or if you want to disagree you
8    have to say no. Uh-huh or uh-uh is going to get
9    recorded exactly that way.
10        So will you respond verbally to
11   questions when they're posed to you?
12   A.   I'll do my best.
13   Q.   Okay. A third thing that's probably
14   worth bearing in mind is that we're going to go until
15   four o'clock today. That ends up being a very long
16   day, but it's not meant to be a -- an endurance
17   contest. I'm happy to take a break so that you can
18   get up and stretch your legs or take care of whatever
19   you need to take care of. And I'm happy to do that if
20   not immediately when you ask me, at least when we
21   finish a question and answer or train of thought, but
22   I can't know that you need a break unless you tell me,
23   so will you let me know if you need a break?
24   A.   Yes.
25   Q.   Okay. Likewise, Mr. Evans is here

**Page 133**

1  MR. EVANS: Objection; argumentative,
2 assumes facts not in evidence.
3  A. I don't know. I don't know.
4  MR. BRODY: You know, that's a stopping
5 point and it's 20 past 12. Why don't we break for
6 lunch?
7  MR. EVANS: Okay. Excuse me.
8  VIDEO TECHNICIAN: We're going off the
9 record. The time is now 12:18.
10  (A temporary recess was taken at this
11 time.)
12  VIDEO TECHNICIAN: This marks the start
13 of tape 3 in the videotape deposition of Dr. Falster.
14  We're going back on the record. The
15 time is now 1:33.
16  Q. (By Mr. Brody) Welcome back, Dr.
17 Falster.
18  A. Thank you.
19  Q. Let me just go back over a couple of
20 things that we talked about this morning. You told me
21 that when you worked on your dissertation, some of the
22 work related to silicon on insulator.
23  A. That's correct.
24  Q. How was the silicon on insulator made?
25  A. It was made by depositing a -- with a

**Page 134**

1 chemical vapor deposition technique silicon -- policy
2 crystal silicon on to an oxidized silicon wafer. And
3 that we subsequently manipulated the properties of
4 that layer with laser treatments.
5  Q. Okay. Another thing we talked about
6 was your meeting with -- with Dr. Auberton-Herve in
7 October of 1996. Excuse me. At the time that the --
8 at the time that the patent was applied for -- let me
9 start over. I want to ask you a yes or no question.
10  At the time you applied for the patent,
11 did you discuss that meeting at all with patent
12 counsel?
13  MR. EVANS: Objection; calls for
14 attorney-client privilege information. I instruct you
15 not to answer.
16  MR. BRODY: I'm just asking whether
17 the topic was discussed. I don't know what was said,
18 at least I'm not asking at this -- at this point.
19  MR. EVANS: Just so I'm clear. You're
20 asking him to -- to talk about whether he talked about
21 a particular topic with his attorney, right?
22  MR. BRODY: I want to know whether he
23 ever discussed the October 1996 SOITEC meeting with --
24 at the time.
25  MR. EVANS: I think it's privileged and

**Page 135**

1 instruct you not to answer.
2  Q. (By Mr. Brody) Are you going to follow
3 your counsel's instruction?
4  A. Yes.
5  (Plaintiff's Exhibit 114 marked for
6 identification.)
7  Q. (By Mr. Brody) Dr. Falster, I've handed
8 you what the court reporter has marked as Plaintiff's
9 Deposition Exhibit 114. It's a copy of the United
10 States Patent 7,071,080. Do you have that in front of
11 you?
12  A. Yes, I do.
13  Q. Okay. And you're the named inventor on
14 this -- one of the named inventors on this patent; is
15 that correct?
16  A. Yes.
17  Q. Who is Jeffrey Libbert?
18  A. He's a co-worker of mine at MEMC based
19 here in St. Peters.
20  Q. Do you recall the research project that
21 led to this -- to this patent?
22  MR. EVANS: Why don't you just ask the
23 witness if he wanted to look through patent. Don't
24 just look at the first page.
25  MR. BRODY: Absolutely.

**Page 136**

1  A. I -- I remember the -- the work, yes.
2  Q. (By Mr. Brody) What -- when did you
3 start the work that led to this patent?
4  A. I don't recall.
5  Q. Okay. Do you recall what caused you to
6 begin doing the work?
7  A. It's related to a project that Jeff
8 Libbert, in particular, was involved in, related to
9 the SIMOX work that was being -- being done by MEMC at
10 the time.
11  Q. Okay. Do you recall doing work on
12 silicon on insulator wafers with an epitaxial device
13 layer at that time?
14  A. That's what this is directed to, yes.
15  Q. Right. What did you do by way of
16 research in connection with -- with this project?
17  A. The project was related and directed to
18 the stabilization of oxygen precipitate sites produced
19 by the so-called magic denuded zone process. In order
20 to include that with that particular style of silicon
21 on insulator wafer that was being -- being worked on
22 at the time. And it was noted that without such a
23 stabilization treatment, the epitaxial layer which was
24 being -- the processes related to this would cause the
25 vacancy profile generated in the wafer to -- to modify