# EXHIBIT 6

| No. | Date | Sender | Recipient | Copied | Description | Privilege |
|-----|------|--------|-----------|--------|-------------|-----------|
| 1 | 10/25/2002 | D. Fleisher | R. Evans; E. Hejlek; G. Wilson; B. Standley; S. Sadasivam | | E-mails between MEMC counsel and a MEMC employee conveying legal advice | Attorney-Client |
| 2 | 10/31/2003 | G. Fisher | R. Schuth | | Document with information communicated between a MEMC employee and MEMC counsel seeking legal advice | Attorney-Client, Attorney Work Product |
| 3 | 10/31/2003 | G. Fisher | R. Schuth | | Document with information communicated between a MEMC employee and MEMC counsel seeking legal advice | Attorney-Client, Attorney Work Product |
| 4 | 10/31/2003 | G. Fisher | R. Schuth | | Document with information communicated between a MEMC employee and MEMC counsel seeking legal advice | Attorney-Client, Attorney Work Product |
| 5 | 10/31/2003 | G. Fisher | R. Schuth | | Document with information communicated between a MEMC employee and MEMC counsel seeking legal advice | Attorney-Client, Attorney Work Product |
| 6 | 11/15/2003 | G. Fisher | R. Schuth | | Document with information communicated between a MEMC employee and MEMC counsel seeking legal advice | Attorney-Client, Attorney Work Product |
| 7 | 11/15/2003 | G. Fisher | R. Schuth | | Document with information communicated between a MEMC employee and MEMC counsel seeking legal advice | Attorney-Client, Attorney Work Product |
| 8 | 10/16/2003 | G. Fisher | R. Schuth | | Document with information communicated between a MEMC employee and MEMC counsel seeking legal advice | Attorney-Client, Attorney Work Product |
| 9 | 10/16/2003 | G. Fisher | R. Schuth | | Document with information communicated between a MEMC employee and MEMC counsel seeking legal advice | Attorney-Client, Attorney Work Product |
| 10 | Undated | G. Fisher | R. Schuth | | Document with information communicated between a MEMC employee and MEMC counsel seeking legal advice | Attorney-Client, Attorney Work Product |
| 11 | Undated | G. Fisher | R. Schuth | | Document with information communicated between a MEMC employee and MEMC counsel seeking legal advice | Attorney-Client, Attorney Work Product |

| No. | Date | Sender | Recipient | Copied | Description | Privilege |
|---|---|---|---|---|---|---|
| 12 | Undated | G. Fisher | R. Schuth | | Document with information communicated between a MEMC employee and MEMC counsel seeking legal advice | Attorney-Client, Attorney Work Product |
| 13 | Undated | G. Fisher | R. Schuth | | Document with information communicated between a MEMC employee and MEMC counsel seeking legal advice | Attorney-Client, Attorney Work Product |
| 14 | Undated | G. Fisher | R. Schuth | | Document with information communicated between a MEMC employee and MEMC counsel seeking legal advice | Attorney-Client, Attorney Work Product |
| 15 | Undated | G. Fisher | R. Schuth | | Document with information communicated between a MEMC employee and MEMC counsel seeking legal advice | Attorney-Client, Attorney Work Product |
| 16 | Undated | G. Fisher | R. Schuth | | Document with information communicated between a MEMC employee and MEMC counsel seeking legal advice | Attorney-Client, Attorney Work Product |
| 17 | Undated | G. Fisher | R. Schuth | | Document with information communicated between a MEMC employee and MEMC counsel seeking legal advice | Attorney-Client, Attorney Work Product |
| 18 | Undated | G. Fisher | R. Schuth | | Document with information communicated between a MEMC employee and MEMC counsel seeking legal advice | Attorney-Client, Attorney Work Product |
| 19 | Undated | G. Fisher | R. Schuth | | Document with information communicated between a MEMC employee and MEMC counsel seeking legal advice | Attorney-Client, Attorney Work Product |
| 20 | Undated | G. Fisher | R. Schuth | | Document with information communicated between a MEMC employee and MEMC counsel seeking legal advice | Attorney-Client, Attorney Work Product |
| 21 | Undated | G. Fisher | R. Schuth | | Document with information communicated between a MEMC employee and MEMC counsel seeking legal advice | Attorney-Client, Attorney Work Product |
| 22 | Undated | G. Fisher | R. Schuth | | Document with information communicated between a MEMC employee and MEMC counsel seeking legal advice | Attorney-Client, Attorney Work Product |
| 23 | Undated | G. Fisher | R. Schuth | | Document with information communicated between a MEMC employee and MEMC counsel seeking legal advice | Attorney-Client, Attorney Work Product |

**MEMC's Privileged Document Log**

| No. | Date | Sender | Recipient | Copied | Description | Privilege |
|---|---|---|---|---|---|---|
| 24 | Undated | G. Fisher | R. Schuth | | Document with information communicated between a MEMC employee and MEMC counsel seeking legal advice | Attorney-Client, Attorney Work Product |
| 25 | Undated | G. Fisher | R. Schuth | | Document with information communicated between a MEMC employee and MEMC counsel seeking legal advice | Attorney-Client, Attorney Work Product |
| 26 | 12/28/2004 | Kim & Chang | R. Schuth | G. Fisher | Draft legal document created by MEMC foreign counsel at the request of MEMC U.S. counsel providing legal advice and strategy concerning foreign patent proceedings | Attorney-Client, Attorney Work Product |
| 27 | Undated | R. Schuth; E. Hejlek; R. Falster | R. Falster | | Document created by MEMC counsel with client notes communicated to MEMC employee providing legal advice relating to foreign patent proceedings | Attorney-Client, Attorney Work Product |
| 28 | Undated | R. Schuth; E. Hejlek | | | Document created by MEMC counsel communicated between a MEMC employee and MEMC counsel relating to legal strategy in foreign patent proceedings | Attorney-Client, Attorney Work Product |
| 29 | 10/5/2005 | W. Maiwald | R. Schuth; E. Hejlek | | Draft legal document created by MEMC foreign counsel to MEMC U.S. counsel relating to legal strategy in foreign patent proceedings | Attorney-Client, Attorney Work Product |
| 30 | Undated | W. Maiwald | R. Schuth; E. Hejlek | | Draft legal document created by MEMC foreign counsel to MEMC U.S. counsel relating to legal strategy in foreign patent proceedings | Attorney-Client, Attorney Work Product |
| 31 | Undated | R. Schuth; E. Hejlek | | | Document created by MEMC counsel communicated between a MEMC employee and MEMC counsel relating to legal strategy in foreign patent proceedings | Attorney-Client, Attorney Work Product |
| 32 | Undated | R. Schuth; E. Hejlek | | | Document created by MEMC counsel communicated between a MEMC employee and MEMC counsel relating to legal strategy in foreign patent proceedings | Attorney-Client, Attorney Work Product |
| 33 | Undated | R. Schuth; E. Hejlek | | | Document created by MEMC counsel communicated between a MEMC employee and MEMC counsel relating to legal strategy in foreign patent proceedings | Attorney-Client, Attorney Work Product |

MEMC's Privileged Document Log

| No. | Date | Sender | Recipient | Copied | Description | Privilege |
|---|---|---|---|---|---|---|
| 34 | Undated | R. Falster | R. Schuth; E. Hejlek | | Document created by a MEMC employee at the request of MEMC counsel concerning legal strategy relating to foreign patent proceedings | Attorney-Client, Attorney Work Product |
| 35 | Undated | R. Schuth | R. Brown | R. Falster | Draft legal document created by MEMC counsel communicated between a MEMC employee and MEMC counsel and MEMC expert relating to legal strategy in foreign patent proceedings | Attorney-Client, Attorney Work Product |
| 36 | Undated | R. Schuth; E. Hejlek | R. Falster | | Draft legal document created by MEMC counsel communicated to a MEMC employee relating to legal strategy in foreign patent proceedings | Attorney-Client, Attorney Work Product |
| 37 | 2/17/2005 | R. Schuth; E. Hejlek | R. Falster | | Draft legal document created by MEMC counsel communicated to a MEMC employee relating to legal strategy in foreign patent proceedings | Attorney-Client, Attorney Work Product |
| 38 | 12/21/2004 | Z-Axis | B. Kohn; R. Schuth | | Document prepared at the request of MEMC counsel relating to legal strategy in foreign patent proceedings | Attorney Work Product |
| 39 | 7/22/2005 | R. Schuth; E. Hejlek | R. Falster | | Draft legal document created by MEMC counsel communicated to a MEMC employee relating to legal strategy in foreign patent proceedings | Attorney-Client, Attorney Work Product |
| 40 | 5/26/2005 | R. Schuth; E. Hejlek | R. Falster | | Draft legal document created by MEMC counsel communicated to a MEMC employee relating to legal strategy in foreign patent proceedings | Attorney-Client, Attorney Work Product |
| 41 | 6/7/2005 | R. Schuth; E. Hejlek | R. Falster | | Draft legal document created by MEMC counsel communicated to a MEMC employee relating to legal strategy in foreign patent proceedings | Attorney-Client, Attorney Work Product |
| 42 | 6/7/2005 | R. Schuth; E. Hejlek | R. Falster | | Draft legal document created by MEMC counsel communicated to a MEMC employee relating to legal strategy in foreign patent proceedings | Attorney-Client, Attorney Work Product |
| 43 | 6/3/2005 | R. Schuth; E. Hejlek | R. Falster | | Draft legal document created by MEMC counsel communicated to a MEMC employee relating to legal strategy in foreign patent proceedings | Attorney-Client, Attorney Work Product |
| 44 | 5/12/2004 | R. Schuth; E. Hejlek | R. Falster | | Draft legal document created by MEMC counsel communicated to a MEMC employee relating to legal strategy in foreign patent proceedings | Attorney-Client, Attorney Work Product |

SOITEC v. MEMC
Case No. 1:05-cv-00806

| No. | Date | Sender | Recipient | Copied | Description | Privilege |
|---|---|---|---|---|---|---|
| 45 | 2/10/2003 | R. Schuth; E. Hejlek | R. Falster | | Draft legal document created by MEMC counsel communicated to a MEMC employee relating to legal strategy in foreign patent proceedings | Attorney-Client, Attorney Work Product |
| 46 | 5/23/2005 | R. Schuth; E. Hejlek | R. Falster | | Draft legal document created by MEMC counsel communicated to a MEMC employee relating to legal strategy in foreign patent proceedings | Attorney-Client, Attorney Work Product |
| 47 | Undated | R. Schuth; E. Hejlek | R. Falster | | Document with information communicated between MEMC counsel and a MEMC employee conveying legal advice concerning foreign patent proceedings | Attorney-Client, Attorney Work Product |
| 48 | Undated | R. Schuth | G. Müller | R. Falster | Draft legal document created by MEMC counsel communicated between a MEMC employee and MEMC counsel and MEMC expert relating to legal strategy in foreign patent proceedings | Attorney-Client, Attorney Work Product |
| 49 | Undated | R. Schuth; E. Hejlek | R. Falster | | Document with information communicated between MEMC counsel and a MEMC employee conveying legal advice concerning foreign patent proceedings | Attorney-Client, Attorney Work Product |
| 50 | Undated | R. Schuth; E. Hejlek | R. Falster | | Document with information communicated between MEMC counsel and a MEMC employee conveying legal advice concerning foreign patent proceedings | Attorney-Client, Attorney Work Product |
| 51 | 1/31/2003 | W. Maiwald | R. Schuth; E. Hejlek | | Draft legal document created by MEMC foregin counsel to MEMC U.S. counsel relating to legal strategy in foreign patent proceedings | Attorney-Client, Attorney Work Product |
| 52 | Undated | R. Schuth; E. Hejlek | R. Falster | | Document with information communicated between MEMC counsel and a MEMC employee conveying legal advice concerning foreign patent proceedings | Attorney-Client, Attorney Work Product |
| 53 | Undated | R. Schuth; E. Hejlek | R. Falster | | Document with information communicated between MEMC counsel and a MEMC employee conveying legal advice concerning foreign patent proceedings | Attorney-Client, Attorney Work Product |

| No. | Date | Sender | Recipient | Copied | Description | Privilege |
|---|---|---|---|---|---|---|
| 54 | Undated | R. Schuth; E. Hejlek | R. Falster | | Document with information communicated between MEMC counsel and a MEMC employee conveying legal advice concerning foreign patent proceedings | Attorney-Client, Attorney Work Product |
| 55 | 1/31/2003 | R. Schuth; E. Hejlek | R. Falster | | Document with information communicated between MEMC counsel and a MEMC employee conveying legal advice concerning foreign patent proceedings | Attorney-Client, Attorney Work Product |
| 56 | Undated | R. Schuth; E. Hejlek | R. Falster | | Draft legal document created by MEMC counsel communicated to a MEMC employee relating to legal strategy in foreign patent proceedings | Attorney-Client, Attorney Work Product |
| 57 | Undated | W. Maiwald | R. Schuth; E. Hejlek | | Draft legal document created by MEMC foreign counsel to MEMC U.S. counsel relating to legal strategy in foreign patent proceedings | Attorney-Client, Attorney Work Product |
| 58 | 6/30/2003 | L. Mule'Stagno | R. Schuth | | Document with information communicated between a MEMC employee and MEMC counsel produced in response to a request from MEMC counsel concerning legal strategy for enforcing foreign patent rights | Attorney-Client, Attorney Work Product |
| 59 | Undated | L. Mule'Stagno | R. Schuth | | Document with information communicated between a MEMC employee and MEMC counsel prepared in response to a request from MEMC counsel concerning legal strategy for conducting litigation against SOITEC | Attorney-Client, Attorney Work Product |
| 60 | Undated | L. Mule'Stagno | R. Schuth | | Document with information communicated between a MEMC employee and MEMC counsel prepared in response to a request from MEMC counsel concerning legal strategy for conducting litigation against SOITEC | Attorney-Client, Attorney Work Product |
| 61 | Undated | L. Mule'Stagno | R. Schuth | | Document with information communicated between a MEMC employee and MEMC counsel prepared in response to a request from MEMC counsel concerning legal strategy for conducting litigation against SOITEC | Attorney-Client, Attorney Work Product |

| No. | Date | Sender | Recipient | Copied | Description | Privilege |
|---|---|---|---|---|---|---|
| 62 | Undated | L. Mule'Stagno | R. Schuth | | Document with information communicated between a MEMC employee and MEMC counsel prepared in response to a request from MEMC counsel concerning legal strategy for conducting litigation against SOITEC | Attorney-Client, Attorney Work Product |
| 63 | Undated | W. Maiwald | R. Schuth; E. Hejlek | | Draft legal document created by MEMC foreign counsel to MEMC U.S. counsel relating to legal strategy in foreign patent proceedings | Attorney-Client, Attorney Work Product |
| 64 | Undated | L. Mule'Stagno | R. Schuth | | Document with information communicated between a MEMC employee and MEMC counsel prepared in response to a request from MEMC counsel concerning legal strategy for conducting litigation against SOITEC | Attorney-Client, Attorney Work Product |
| 65 | Undated | L. Mule'Stagno | R. Schuth | | Document with information communicated between a MEMC employee and MEMC counsel prepared in response to a request from MEMC counsel concerning legal strategy for conducting litigation against SOITEC | Attorney-Client, Attorney Work Product |
| 66 | Undated | L. Mule'Stagno | R. Schuth | | Document with information communicated between a MEMC employee and MEMC counsel prepared in response to a request from MEMC counsel concerning legal strategy for conducting litigation against SOITEC | Attorney-Client, Attorney Work Product |
| 67 | 12/27/2005 | L. Mule'Stagno | R. Schuth | | Document with information communicated between a MEMC employee and MEMC counsel prepared in response to a request from MEMC counsel concerning legal strategy for conducting litigation against SOITEC | Attorney-Client, Attorney Work Product |
| 68 | Undated | L. Mule'Stagno | R. Schuth | | Document with information communicated between a MEMC employee and MEMC counsel prepared in response to a request from MEMC counsel concerning legal strategy for conducting litigation against SOITEC | Attorney-Client, Attorney Work Product |

| No. | Date | Sender | Recipient | Copied | Description | Privilege |
|---|---|---|---|---|---|---|
| 69 | Undated | L. Mule'Stagno | R. Schuth | | Document with information communicated between a MEMC employee and MEMC counsel prepared in response to a request from MEMC counsel concerning legal strategy for conducting litigation against SOITEC | Attorney-Client, Attorney Work Product |
| 70 | Undated | L. Mule'Stagno | R. Schuth | | Document with information communicated between a MEMC employee and MEMC counsel prepared in response to a request from MEMC counsel concerning legal strategy for conducting litigation against SOITEC | Attorney-Client, Attorney Work Product |
| 71 | Undated | L. Mule'Stagno | R. Schuth | | Document with information communicated between a MEMC employee and MEMC counsel prepared in response to a request from MEMC counsel concerning legal strategy for conducting litigation against SOITEC | Attorney-Client, Attorney Work Product |
| 72 | Undated | L. Mule'Stagno | R. Schuth | | Document with information communicated between a MEMC employee and MEMC counsel prepared in response to a request from MEMC counsel concerning legal strategy for conducting litigation against SOITEC | Attorney-Client, Attorney Work Product |
| 73 | Undated | L. Mule'Stagno | R. Schuth | | Document with information communicated between a MEMC employee and MEMC counsel prepared in response to a request from MEMC counsel concerning legal strategy for conducting litigation against SOITEC | Attorney-Client, Attorney Work Product |
| 74 | Undated | L. Mule'Stagno | R. Schuth | | Document with information communicated between a MEMC employee and MEMC counsel prepared in response to a request from MEMC counsel concerning legal strategy for conducting litigation against SOITEC | Attorney-Client, Attorney Work Product |
| 75 | Undated | L. Mule'Stagno | R. Schuth | | Document with information communicated between a MEMC employee and MEMC counsel prepared in response to a request from MEMC counsel concerning legal strategy for conducting litigation against SOITEC | Attorney-Client, Attorney Work Product |

MEMC's Privileged Document Log

**SOITEC v. MEMC**
**Case No. 1:05-cv-00806**

| No. | Date | Sender | Recipient | Copied | Description | Privilege |
|---|---|---|---|---|---|---|
| 76 | Undated | L. Mule'Stagno | R. Schuth | | Document with information communicated between a MEMC employee and MEMC counsel prepared in response to a request from MEMC counsel concerning legal strategy for conducting litigation against SOITEC | Attorney-Client, Attorney Work Product |
| 77 | Undated | L. Mule'Stagno | R. Schuth | | Document with information communicated between a MEMC employee and MEMC counsel prepared in response to a request from MEMC counsel concerning legal strategy for conducting litigation against SOITEC | Attorney-Client, Attorney Work Product |
| 78 | Undated | L. Mule'Stagno | R. Schuth | | Document with information communicated between a MEMC employee and MEMC counsel prepared in response to a request from MEMC counsel concerning legal strategy for conducting litigation against SOITEC | Attorney-Client, Attorney Work Product |
| 79 | 1/26/2006 | L. Mule'Stagno | R. Schuth | | Document with information communicated between a MEMC employee and MEMC counsel prepared in response to a request from MEMC counsel concerning legal strategy for conducting litigation against SOITEC | Attorney-Client, Attorney Work Product |
| 80 | Undated | L. Mule'Stagno | R. Schuth | | Document with information communicated between a MEMC employee and MEMC counsel prepared in response to a request from MEMC counsel concerning legal strategy for conducting litigation against SOITEC | Attorney-Client, Attorney Work Product |
| 81 | Undated | L. Mule'Stagno | R. Schuth | | Document with information communicated between a MEMC employee and MEMC counsel prepared in response to a request from MEMC counsel concerning legal strategy for conducting litigation against SOITEC | Attorney-Client, Attorney Work Product |
| 82 | Undated | L. Mule'Stagno | R. Schuth | | Document with information communicated between a MEMC employee and MEMC counsel prepared in response to a request from MEMC counsel concerning legal strategy for conducting litigation against SOITEC | Attorney-Client, Attorney Work Product |

| No. | Date | Sender | Recipient | Copied | Description | Privilege |
|-----|------|--------|-----------|--------|-------------|-----------|
| 83 | Undated | L. Mule'Stagno | R. Schuth | | Document with information communicated between a MEMC employee and MEMC counsel prepared in response to a request from MEMC counsel concerning legal strategy for conducting litigation against SOITEC | Attorney-Client, Attorney Work Product |
| 84 | Undated | L. Mule'Stagno | R. Schuth | | Document with information communicated between a MEMC employee and MEMC counsel prepared in response to a request from MEMC counsel concerning legal strategy for conducting litigation against SOITEC | Attorney-Client, Attorney Work Product |
| 85 | Undated | G. Fisher | R. Schuth | | Notes from meeting between MEMC counsel and MEMC employee re: legal strategy and legal advice concerning SOITEC litigation in France | Attorney-Client, Attorney Work Product |
| 86 | 12/22/2005 | L. Mule'Stagno | R. Schuth | | Document with information communicated between a MEMC employee and MEMC counsel prepared in response to a request from MEMC counsel concerning legal strategy for conducting litigation against SOITEC | Attorney-Client, Attorney Work Product |
| 87 | Undated | L. Mule'Stagno | R. Schuth | | Document with information communicated between a MEMC employee and MEMC counsel prepared in response to a request from MEMC counsel concerning legal strategy for conducting litigation against SOITEC | Attorney-Client, Attorney Work Product |
| 88 | Undated | R. Schuth | G. Fisher; B. Kohn | | Notes from meeting between MEMC counsel and MEMC employees re: legal strategy and legal advice concerning SOITEC litigation | Attorney-Client, Attorney Work Product |
| 89 | 12/21/2005 | L. Mule'Stagno | R. Schuth | | Document with information communicated between a MEMC employee and MEMC counsel prepared in response to a request from MEMC counsel concerning legal strategy for conducting litigation against SOITEC | Attorney-Client, Attorney Work Product |

**MEMC's Privileged Document Log**

**SOITEC v. MEMC**
**Case No. 1:05-cv-00806**

| No. | Date | Sender | Recipient | Copied | Description | Privilege |
|---|---|---|---|---|---|---|
| 90 | 12/27/2005 | L. Mule'Stagno | R. Schuth | | Document with information communicated between a MEMC employee and MEMC counsel prepared in response to a request from MEMC counsel concerning legal strategy for conducting litigation against SOITEC | Attorney-Client, Attorney Work Product |
| 91 | 12/28/2005 | L. Mule'Stagno | R. Schuth | | Document with information communicated between a MEMC employee and MEMC counsel prepared in response to a request from MEMC counsel concerning legal strategy for conducting litigation against SOITEC | Attorney-Client, Attorney Work Product |
| 92 | Undated | L. Mule'Stagno | R. Schuth | | Document with information communicated between a MEMC employee and MEMC counsel prepared in response to a request from MEMC counsel concerning legal strategy for conducting litigation against SOITEC | Attorney-Client, Attorney Work Product |
| 93 | Undated | R. Schuth | G. Fisher; B. Kohn; Allen & Overy | | Document with information communicated between a MEMC employee and MEMC counsel produced in response to a request from MEMC counsel containing legal advice and legal strategy for French litigation with SOITEC | Attorney-Client, Attorney Work Product |
| 94 | Undated | R. Schuth | G. Fisher; B. Kohn; Allen & Overy | | Document with information communicated between a MEMC employee and MEMC counsel produced in response to a request from MEMC counsel containing legal advice and legal strategy for French litigation with SOITEC | Attorney-Client, Attorney Work Product |
| 95 | 11/22/2005 | L. Mule'Stagno | R. Schuth | | Document with information communicated between a MEMC employee and MEMC counsel prepared in response to a request from MEMC counsel concerning legal strategy for conducting litigation against SOITEC | Attorney-Client, Attorney Work Product |
| 96 | 11/22/2005 | L. Mule'Stagno | R. Schuth | | Document with information communicated between a MEMC employee and MEMC counsel prepared in response to a request from MEMC counsel concerning legal strategy for conducting litigation against SOITEC | Attorney-Client, Attorney Work Product |

11

**MEMC's Privileged Document Log**

**SOITEC v. MEMC**
**Case No. 1:05-cv-00806**

| No. | Date | Sender | Recipient | Copied | Description | Privilege |
|---|---|---|---|---|---|---|
| 97 | 1/16/2006 | L. Mule'Stagno | R. Schuth | | Document with information communicated between a MEMC employee and MEMC counsel prepared in response to a request from MEMC counsel concerning legal strategy for conducting litigation against SOITEC | Attorney-Client, Attorney Work Product |
| 98 | 8/7/2002 | S. Townsley | T. Goins, G. Wilson | | E-mails between MEMC counsel and a MEMC employee conveying legal advice | Attorney-Client, Attorney Work Product |
| 99 | 4/16/2004 | D. Fleisher | N. Gareeb, D. Somo, J. Kauffmann, S. Sadasivam, | T. Goins, S. Duggan | E-mails between MEMC counsel and a MEMC employee conveying legal advice | Attorney-Client, Attorney Work Product |
| 100 | Undated | | B. Kohn | | Document with information communicated between a MEMC employee and MEMC counsel relating to legal strategy and legal advice concerning litigation against SOITEC | Attorney-Client, Attorney Work Product |
| 101 | Undated | | B. Kohn | | Document with information communicated between a MEMC employee and MEMC counsel relating to legal strategy and legal advice concerning litigation against SOITEC | Attorney-Client, Attorney Work Product |
| 102 | Undated | B. Kohn | G. Fisher | | Document with information communicated between a MEMC employee and MEMC counsel relating to legal strategy and legal advice concerning litigation against SOITEC | Attorney-Client, Attorney Work Product |
| 103 | Undated | | B. Kohn | | Document with information communicated between a MEMC employee and MEMC counsel relating to legal strategy and legal advice concerning litigation against SOITEC | Attorney-Client, Attorney Work Product |
| 104 | Undated | H. Korb | E. Hejlek; B. Standley | | E-mail and attachment with information communicated between a MEMC employee and MEMC counsel relating to legal strategy and legal advice concerning potential lawsuit with SOITEC | Attorney-Client, Attorney Work Product |

12

**MEMC's Privileged Document Log**

| No. | Date | Sender | Recipient | Copied | Description | Privilege |
|---|---|---|---|---|---|---|
| 105 | Undated | B. Standley | T. Goins; D. Fleisher | | E-mail and attachment with information communicated between a MEMC employee and MEMC counsel relating to legal strategy and legal advice concerning potential lawsuit with SOITEC | Attorney-Client, Attorney Work Product |