# EXHIBIT 8

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| S.O.I.TEC SILCON ON INSULATOR TECHNOLOGIES S.A. and SOITEC USA, Inc., </br></br>Plaintiffs,</br></br>v.</br></br>MEMC ELECTRONIC MATERIALS, INC.,</br></br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:05-cv-00806-GMS-MPT |

### MEMC'S PROPOSED STIPULATION GOVERNING
### THE USE OF CERTAIN EVIDENCE IN THIS CASE

MEMC Electronic Materials, Inc. ("MEMC") hereby stipulates as follows:

1. MEMC will not use the testimony of Edward J. Hejlek in this lawsuit to support its position regarding conception of any of the inventions claimed in U.S. Patent No. 6,236,104.

2. MEMC will not use the 1995 invention disclosure, produced in this case as MEMC 005580-005598, for any purpose in this lawsuit.

3. MEMC will not rely on memoranda or reports summarizing and drawing conclusions from MEMC's pre-filing test data, such as the document listed as #97 on MEMC's Privileged Document Log, to prove infringement in this lawsuit. MEMC reserves the right to rely on these documents in the event Soitec challenges MEMC's pre-filing investigation.

Dated: March 27, 2008                              CONNOLLY BOVE LODGE & HUTZ LLP

By: */s/ Patricia S. Rogowski*

Paul E. Crawford (I.D. #493)
Patricia S. Rogowski (I.D. #2632)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
(302) 658-5614 (Fax)
pcrawford@cblh.com
progowski@cblh.com

OF COUNSEL:

SENNIGER POWERS LLP
Robert M. Evans, Jr. (Pro Hac Vice)
David W. Harlan (Pro Hac Vice)
Marc W. Vander Tuig (Pro Hac Vice)
Richard L. Brophy (Pro Hac Vice)
One Metropolitan Square
16th Floor
St. Louis, MO 63102
(314) 231-5400
(314) 231-4342 (Fax)

Attorneys for MEMC Electronic Materials, Inc.