# Exhibit 2



US006236104B1

(12) **United States Patent**
Falster

(10) Patent No.: **US 6,236,104 B1**
(45) Date of Patent: **\*May 22, 2001**

(54) **SILICON ON INSULATOR STRUCTURE FROM LOW DEFECT DENSITY SINGLE CRYSTAL SILICON**

(75) Inventor: **Robert J. Falster**, Milan (IT)

(73) Assignee: **MEMC Electronic Materials, Inc.**, St. Peters, MO (US)

(\*) Notice: This patent issued on a continued prosecution application filed under 37 CFR 1.53(d), and is subject to the twenty year patent term provisions of 35 U.S.C. 154(a)(2).

Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/387,288**

(22) Filed: **Aug. 31, 1999**

**Related U.S. Application Data**

(60) Provisional application No. 60/098,902, filed on Sep. 2, 1998.

(51) Int. Cl.[7] ........................... H01L 29/06; H01L 27/01; H01L 27/12; H01L 31/0392

(52) U.S. Cl. ........................... 257/618; 257/347; 257/913

(58) Field of Search ..................... 257/347, 618, 257/913

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 4,314,595 | 2/1982 | Yamamoto et al. | .................. | 148/1.5 |
| 4,376,657 | 3/1983 | Nagasawa et al. | .................. | 148/1.5 |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| 39 05 626 A1 | 8/1989 | (DE) | ..................... | C30B/15/20 |
| 43 23 964 A1 | 1/1994 | (DE) | ..................... | H01L/21/324 |
| 44 14 947 A1 | 8/1995 | (DE) | ..................... | C30B/15/20 |
| 198 06 045 A1 | 8/1998 | (DE) | ..................... | C30B/15/20 |

| 02180789 | 7/1990 | (EP) | ..................... | C30B/15/20 |
| 04108682 | 4/1992 | (EP) | ..................... | C30B/15/00 |
| 0 503 816 B1 | 9/1992 | (EP) | ..................... | C30B/33/02 |
| 0 504 837 A2 | 9/1992 | (EP) | ..................... | C30B/15/00 |
| 0 536 958 A1 | 4/1993 | (EP) | ..................... | C30B/15/00 |
| 0 716 168 A1 | 6/1996 | (EP) | ..................... | C30B/15/14 |
| 0 799 913 A1 | 10/1997 | (EP) | ..................... | C30B/15/00 |
| 0 962 556 A1 | 8/1999 | (EP) | ..................... | C30B/15/00 |
| 2182 262 | 5/1987 | (GB) | ..................... | C30B/15/20 |
| 3-9078 | 2/1991 | (JP) | ..................... | C30B/29/06 |
| 5-155700 | 6/1993 | (JP) | ..................... | C30B/33/02 |
| 7-201874 | 8/1995 | (JP) | ..................... | H01L/21/322 |

(List continued on next page.)

OTHER PUBLICATIONS

Falster, R., et al., "The Engineering of Silicon Wafer Material Properties Through Vacancy Concentration Profile Control and the Achievement of Ideal Oxygen Precipitation Behavior", Mat. Res. Soc. Symp. Proc., vol. 510, pp. 27–35, 1998.

(List continued on next page.)

*Primary Examiner*—Ngân V. Ngô
(74) *Attorney, Agent, or Firm*—Senniger, Powers, Leavitt & Roedel

(57) **ABSTRACT**

The present invention relates to a silicon on insulator ("SOI") structure having a low defect density device layer and, optionally, a handle wafer having improved gettering capabilities. The device layer comprises a central axis, a circumferential edge, a radius extending from the central axis to the circumferential edge, and a first axially symmetric region which is substantially free of agglomerated intrinsic point defects. Additionally, the present invention is directed to such a SOI structure which has a Czochralski single crystal silicon handle wafer which is capable of forming an ideal, non-uniform depth distribution of oxygen precipitates upon being subjected to the heat treatment cycles of essentially any arbitrary electronic device manufacturing process.

**40 Claims, 35 Drawing Sheets**



# US 6,236,104 B1
Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,437,922 | 3/1984 | Bischoff et al. | 156/603 |
| 4,505,759 | 3/1985 | O'Mara | 148/1.5 |
| 4,548,654 | 10/1985 | Tobin | 148/1.5 |
| 4,851,358 | 7/1989 | Huber | 437/10 |
| 4,868,133 | 9/1989 | Huber | 437/10 |
| 4,981,549 | 1/1991 | Yamashita et al. | 156/620.4 |
| 5,024,723 * | 6/1991 | Goesele . | |
| 5,189,500 | 2/1993 | Kusunoki | 359/72 |
| 5,264,189 | 11/1993 | Yamashita et al. | 422/249 |
| 5,327,007 | 7/1994 | Imura et al. | 257/610 |
| 5,401,669 | 3/1995 | Falster et al. | 437/12 |
| 5,403,406 | 4/1995 | Falster et al. | 148/33.2 |
| 5,436,175 * | 7/1995 | Nakato et al. | 437/24 |
| 5,445,975 | 8/1995 | Gardner et al. | 437/10 |
| 5,474,020 | 12/1995 | Bell et al. | 117/20 |
| 5,478,408 | 12/1995 | Mitani et al. | 448/33.3 |
| 5,485,803 | 1/1996 | Habu | 117/14 |
| 5,487,354 | 1/1996 | von Ammon et al. | 117/13 |
| 5,502,010 | 3/1996 | Nadahara et al. | 437/247 |
| 5,502,331 | 3/1996 | Inoue et al. | 257/617 |
| 5,534,294 | 7/1996 | Kubota et al. | 427/255 |
| 5,539,245 | 7/1996 | Imura et al. | 257/610 |
| 5,593,494 | 1/1997 | Falster | 117/2 |
| 5,611,855 | 3/1997 | Wijaranakula | 117/2 |
| 5,659,192 | 8/1997 | Sarma et al. | 257/347 |
| 5,667,584 | 9/1997 | Takano et al. | 117/13 |
| 5,674,756 | 10/1997 | Satoh et al. | 437/10 |
| 5,704,973 | 1/1998 | Sakurada et al. | 117/15 |
| 5,728,211 | 3/1998 | Takano et al. | 117/14 |
| 5,738,942 | 4/1998 | Kubota et al. | 428/428 |
| 5,788,763 | 8/1998 | Hayashi et al. | 117/2 |
| 5,939,770 | 8/1999 | Kageyama | 257/611 |
| 5,944,889 | 8/1999 | Park et al. | 117/94 |
| 5,954,873 | 9/1999 | Hourai et al. | 117/13 |
| 5,968,262 | 10/1999 | Saishouji et al. | 117/13 |
| 5,968,264 | 10/1999 | Iida et al. | 117/30 |
| 5,994,761 * | 11/1999 | Falster et al. | 257/611 |
| 6,045,610 | 4/2000 | Park et al. | 117/13 |

## FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7321120 | 12/1995 | (JP) | H01L/21/322 |
| 7335657 | 12/1995 | (JP) | H01L/21/322 |
| 8-045945 | 2/1996 | (JP) | H01L/21/322 |
| 8045944 | 2/1996 | (JP) . | |
| 8045947 | 2/1996 | (JP) | H01L/21/322 |
| 8-268794 | 10/1996 | (JP) | C30B/15/20 |
| 8-293589 | 11/1996 | (JP) | H01L/27/12 |
| 8-330316 | 12/1996 | (JP) | H01L/21/322 |
| 9-199416 | 7/1997 | (JP) | H01L/21/20 |
| 9-202690 | 8/1997 | (JP) | C30B/15/22 |
| 9-326396 | 12/1997 | (JP) | H01L/21/322 |
| 11-067781 | 3/1999 | (JP) | H01L/21/322 |
| 11-150119 | 6/1999 | (JP) | H01L/21/322 |
| 11-157995 | 6/1999 | (JP) | C30B/29/06 |
| 11-180800 | 7/1999 | (JP) | C30B/29/06 |
| 11-189495 | 7/1999 | (JP) | C30B/29/06 |
| 11-199386 | 7/1999 | (JP) | C30B/29/06 |
| 11-199387 | 7/1999 | (JP) | C30B/29/06 |
| WO 97/26393 | 7/1997 | (WO) | C30B/29/06 |
| WO 98/38675 | 9/1998 | (WO) | H01L/21/322 |
| WO 98/45507 | 10/1998 | (WO) | C30B/15/00 |
| WO 98/45508 | 10/1998 | (WO) | C30B/15/00 |
| WO 98/45509 | 10/1998 | (WO) . | |
| WO 98/45510 | 10/1998 | (WO) | C30B/15/00 |

## OTHER PUBLICATIONS

Jacob, M., et al., "Influence of RTP on Vacancy Concentrations", Mat. Res. Soc. Symp. Proc. vol. 490, pp. 129–134, 1998.

Pagani, M., et al., "Spatial variations in oxygen precipitation in silicon after high temperature rapid thermal annealing", Appl. Phys. Lett., vol. 70, No. 12, pp. 1572–1574, 1997.

Shimura, Fumio, "Semiconductor Silicon Crystal Technology", Academic Press, Inc., San Diego, CA, pp. 361–367, 1989.

Zimmermann, H., et al., "Vacancy Concentration Wafer Mapping in Silicon", J. Crystal Growth, vol. 129 (1993), pp. 582–592, 1993.

Abe, et al., "Defect–Free Surfaces of Bulk Wafers by Combination of RTA and Crystal Growth", (publication information unknown).

Abe, et al., "Innovated Silicon Crystal Growth and Wafering Technologies", Electrochemical Society Proceedings, vol. 97, No. 3, pp. 123–133.

E. Dornberger et al., "The Dependence of Ring Like Distributed Stacking Faults on the Axial Temperature Gradient of Growing Czochralski Silicon Crystals", Electrochemical Society Proceedings, vol. 95–4, (1995), pp. 294–305.

Hara, et al., "Enhancement of Oxygen Precipitation in Quenched Czochralski Silicon Crystals", J. Appl. Phys., vol. 66, No. 8 (1989), pp. 3958–3960.

Jacob, et al., "Determination of Vacancy Concentrations in the Bulk of Silicon Wafers by Platinum Diffusion Experiments", J. Appl. Phys., vol. 82, No. 1 (1997), pp. 182–191.

Kissinger, et al. "A Method for Studying the Grown–In Defect Density Spectra in Czochralski Silicon Wafers", J. Electrochem. Soc., vol. 144, No. 4 (1997), pp. 1447–1456.

A.J.R. de Kock, et al. "The Effect of Doping on the Formation of Swirl Defects in Dislocation–Free Czochralski–Grown Silicon Crystals", Journal of Crystal Growth, vol. 49 (1980), pp. 718–734.

von Ammon et al., "The Dependence of Bulk Defects on the Axial Temperature Gradient of Silicon Crystals During Czochralski Growth", Journal of Crystal Growth, vol. 151 (1995), pp. 273–277.

V. Voronkov et al., "Behaviour and Effects of Intrinsic Point Defects in the Growth of Large Silicon Crystals", Electrochemical Society Proceedings, vol. 97–22 (1997), pp. 3–17.

Voronkov, "The Mechanism of Swirl Defects Formation in Silicon", Journal of Crystal Growth, vol. 59, pp. 625–643.

Winkler, et al., "Improvement of the Gate Oxide Integrity by Modifying Crystal Pulling and Its Impact on Device Failures", J. Electrochem. Soc., vol. 141, No. 5 (1994), pp. 1398–1401.

Dornberger, E., et al., "Simulation of Grown–In Voids in Czochralski Silicon Crystals", Electrochemical Society Proceedings, vol. 97, No. 22, pp. 40–49.

Dornberger, E., et al., "Simulation of Non–Uniform Grown–In Void Distributions in Czochralski Silicon Crystals", Electrochemical Society Proceedings, vol. 98, vol. 1, pp. 490–503.

Dornberger, E., et al., "The Impact of Dwell Time Above 900° C During Crystal Growth on the Gate Oxide Integrity of Silicon Wafers", Electrochemical Society Proceedings, vol. 96, No. 13, pp. 140–151.

Nakamura, Kozo, et al., "Formation Process of Grown–In Defects in Czochralski Grown Silicon Crystals", Journal of Crystal Growth, vol. 180, pp. 61–72, 1997.

Sinno, T., et al., "On the Dynamics of the Oxidation–Induced Stacking–Fault Ring in as–grown Czochralski silicon crystals", Applied Physics Letters, vol. 70, No. 17, pp. 2250–2252, 1997.

**US 6,236,104 B1**
Page 3

Sinno, T., et al., "Point Defect Dynamics and the Oxidation–Induced Stacking–Fault Ring in Czochralski–Grown Silicon Crystals", J. Electrochem. Soc., vol. 145, No. 1, pp. 302–318, 1998.

Tan, T. Y., "Point Defects, Diffusion Processes, and Swirl Defect Formation in Silicon", Appl. Phys. A., vol. 37, pp. 1–17, 1985.

Vanhellemont, J., et al., "Defects in As–Grown Silicon and Their Evolution During Heat Treatments", Materials Science Forum, vol. 258–263, pp. 341–346, 1997.

Herng–Der Chiou, "The Effects of Preheatings on Axial Oxygen Precipitation Uniformity in Czochralski Silicon Crystals", J. Electrochem. Soc., vol. 139, No. 6, Jun., 1992.

Abstract of Japanese Patent No. 8–293589.

Abstract of Japanese Patent No. 9–326396.

Chiou, H.D., et al., "Gettering of Bonded Soi Layers", Proceedings of the International Symposium on Silicon–On– Insulator Technology and Devices pp. 416–423.

Hawkins, G.A., et al., "Effect of Rapid Thermal Processing on Oxygen Precipitation in Silicon", Mat. Res. Soc. Symp. Proc., vol. 104, pp. 197–200, 1988.

Hawkins, G.A., et al., "The Effect of Rapid Thermal Annealing of the Precipitation of Oxygen in Silicon", J. Appl. Phys., vol. 65, No. 9, pp. 3644–3654, 1989.

Mulestagno, L., et al., "Gettering of Copper in Bonded Silicon Wafers", Electrochemical Society Proceedings, vol. 96, No. 3, pp. 176–182.

International Search Report for Application No. PCT/US99/19958, filed Aug. 31, 1999, 11 pages.

Abstract of Japanese Patent No. 59119822.

* cited by examiner

# FIG.1



**U.S. Patent**    **May 22, 2001**    **Sheet 2 of 35**    **US 6,236,104 B1**



FIG. 2



**U.S. Patent**    May 22, 2001    Sheet 3 of 35    US 6,236,104 B1

FIG3



*FIG.4*





FIG.5

**U.S. Patent**     May 22, 2001     Sheet 6 of 35     US 6,236,104 B1

FIG 6





FIG. 7



**U.S. Patent**     May 22, 2001     Sheet 8 of 35     US 6,236,104 B1





**U.S. Patent**     May 22, 2001     Sheet 9 of 35     US 6,236,104 B1

FIG. 9





FIG. 10

BMD DENSITY VS. OXYGEN PARTIAL PRESSURE

FIG.11



FIG.12



## FIG.13



CENTER          V/I BOUNDARY          EDGE

RADIUS ⟶

## FIG.14



V/I BOUNDARY , 20

RADIUS , 40

SELF-INTERSTITIAL DOMINATED, 60

VACANCY DOMINATED, 80

FIG.15



*FIG.16*





FIG. 17

**U.S. Patent**    May 22, 2001    Sheet 16 of 35    US 6,236,104 B1

F/G./8



FIG. 19





FIG. 20



FIG. 21

FIG. 22



FIG. 23



**U.S. Patent**     May 22, 2001     Sheet 20 of 35     US 6,236,104 B1



FIG.24

FIG. 25



**U.S. Patent**     May 22, 2001     Sheet 22 of 35     US 6,236,104 B1



FIG.26A

**U.S. Patent**    May 22, 2001    Sheet 23 of 35    US 6,236,104 B1



*FIG. 26B*



FIG.27



FIG.28