# Exhibit 3



US005919302A

# United States Patent [19]
## Falster et al.

[11] Patent Number: 5,919,302
[45] Date of Patent: Jul. 6, 1999

[54] **LOW DEFECT DENSITY VACANCY DOMINATED SILICON**

[75] Inventors: **Robert A. Falster**, Milan, Italy; **Joseph C. Holzer; Steve A. Markgraf**, both of St. Charles, Mo.; **Paolo Mutti**, Merano, Italy; **Seamus A. McQuaid; Bayard K. Johnson**, both of St. Louis, Mo.

[73] Assignee: **MEMC Electronic Materials, Inc.**, St. Peters, Mo.

[21] Appl. No.: **09/057,851**

[22] Filed: **Apr. 9, 1998**

### Related U.S. Application Data

[60] Provisional application No. 60/041,845, Apr. 9, 1997.

[51] Int. Cl.$^6$ .................................................. **C30B 33/06**
[52] U.S. Cl. ............................... **117/3**; 117/15; 117/20; 117/201; 117/932
[58] Field of Search ............................ 117/3, 15, 20, 117/201, 932

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,314,595 | 2/1982 | Yamamoto et al. | 148/1.5 |
| 4,981,549 | 1/1991 | Yamashita et al. | 156/620.4 |
| 5,264,189 | 11/1993 | Yamashita et al. | 422/249 |
| 5,474,020 | 12/1995 | Bell et al. | 117/20 |
| 5,485,803 | 1/1996 | Habu | 117/14 |
| 5,487,354 | 1/1996 | von Ammon et al. | 117/13 |
| 5,667,584 | 9/1997 | Takano et al. | 117/13 |
| 5,704,973 | 1/1998 | Sakurada et al. | 117/15 |
| 5,728,211 | 3/1998 | Takano et al. | 117/14 |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0 504 837 A2 | 3/1992 | European Pat. Off. . |
| 0 503 816 B1 | 9/1992 | European Pat. Off. ........ C30B 33/02 |
| 0 536 958 A1 | 10/1992 | European Pat. Off. . |
| 0 716 168 A1 | 11/1995 | European Pat. Off. . |
| 39 05 626 A1 | 8/1989 | Germany . |
| 43 23 964 A1 | 1/1994 | Germany . |
| 44 14 947 A1 | 4/1994 | Germany . |
| HO 8-268794 | 3/1995 | Japan . |
| Hei 7-158458 | 5/1995 | Japan . |
| HO 9-202690 | 1/1996 | Japan . |
| 2182 262 | 10/1986 | United Kingdom . |
| WO 97/26393 | 1/1996 | WIPO . |

#### OTHER PUBLICATIONS

R. Winkler et al. "Improvement of the Gate Oxide Integrity by Modifying Crystal Pulling and Its Impact on Device Failures" Journal of the Electrochemical Society, vol.141, No. 5 (May 1994) pp.1398–1401.

H. Zimmerman et al. "Vacancy Concentration Wafer mapping in Silicon" Journal of Crystal Growth, vol. 129, (1993), pp. 582–592.

von Ammon et al. "The Dependence of Bulk Defects on the Axial Temperature Gradient of Silicon Crystals During Czochralski Growth" Journal of Crystal Growth, vol. 151 (1995) pp. 273–277.

E. Dornberger et al., "The Dependence of Ring Like Distributed Stacking Faults on the Axial Temperature Gradient of Growing Czochralski Dilicon Crystals" Electrochemical Society Proceedings, vol. 95–4, (May 1995) pp. 294–305.

V. Voronkov et al., "Behaviour and Effects of Intrinsic Point Defects in the Growth of Large Silicon Crystals" Electrochemical Society Proceedings, vol. 97–22, (Aug. 1997), pp. 3–17.

*Primary Examiner*—Benjamin Utech
*Assistant Examiner*—Kim-Chan Chen
*Attorney, Agent, or Firm*—Senniger, Powers, Leavitt & Roedel

[57] **ABSTRACT**

The present invention relates to single crystal silicon, in ingot or wafer form, which contains an axially symmetric region in which vacancies are the predominant intrinsic point defect and which is substantially free of agglomerated vacancy intrinsic point defects, wherein the first axially symmetric region comprises the central axis or has a width of at least about 15 mm, and a process for the preparation thereof.

**40 Claims, 22 Drawing Sheets**



FIG.1



FIG.2



FIG. 3



FIG. 4





FIG. 5

**U.S. Patent**      Jul. 6, 1999      Sheet 4 of 22      **5,919,302**



FIG. 6



FIG. 7

**U.S. Patent**   Jul. 6, 1999   Sheet 6 of 22   **5,919,302**



FIG. 8



FIG. 9



FIG. 10



FIG. 11

U.S. Patent        Jul. 6, 1999        Sheet 10 of 22        5,919,302

FIG. 14






FIG. 15



FIG. 16a

**U.S. Patent**  Jul. 6, 1999  Sheet 13 of 22  **5,919,302**



FIG. 16b

U.S. Patent     Jul. 6, 1999     Sheet 14 of 22     5,919,302



FIG. 17



FIG. 18

**U.S. Patent**　　Jul. 6, 1999　　Sheet 16 of 22　　**5,919,302**



FIG. 19

● INTERSTITIAL AGGLOMERATES PRESENT
○ INTERSTITIAL AGGLOMERATES ABSENT



FIG. 20



FIG. 21