# Exhibit 6

```
 1
 2
 3
 4
 5
 6
                  UNITED STATES DISTRICT COURT
 7               FOR THE DISTRICT OF DELAWARE
 8
 9
     S.O.I.TEC SILICON ON INSULATOR)
10   TECHNOLOGIES S.A. AND SOITEC  )
     SA, INC.,                     )
11        PLAINTIFFS,              )
                                   )
12   vs.                           ) NO. 1:05CV-00806
                                   )
13   MEMC ELECTRONIC MATERIALS,    )
                                   )
14        DEFENDANT.               )
15
16
17      VIDEOTAPE DEPOSITION OF ROBERT FALSTER, Ph.D.
                         VOLUME I
18           TAKEN BY MICHAEL L. BRODY, ESQ.
             CONFIDENTIAL ATTORNEYS EYES ONLY
19              ON BEHALF OF THE PLAINTIFFS
                    DECEMBER 20, 2007
20
21            REPORTED BY CINDY J. TAYLOR
            REGISTERED PROFESSIONAL REPORTER
22             CERTIFIED SHORTHAND REPORTER
                CERTIFIED COURT REPORTER
23
24
25
```

1

```
 1   chemical vapor deposition technique silicon -- policy
 2   crystal silicon on to an oxidized silicon wafer.  And
 3   that we subsequently manipulated the properties of
 4   that layer with laser treatments.
 5         Q.    Okay.  Another thing we talked about
 6   was your meeting with -- with Dr. Auberton-Herve in
 7   October of 1996.  Excuse me.  At the time that the --
 8   at the time that the patent was applied for -- let me
 9   start over.  I want to ask you a yes or no question.
10               At the time you applied for the patent,
11   did you discuss that meeting at all with patent
12   counsel?
13               MR. EVANS:  Objection; calls for
14   attorney-client privilege information.  I instruct you
15   not to answer.
16               MR. BRODY:  I'm just asking whether
17   the topic was discussed.  I don't know what was said,
18   at least I'm not asking at this -- at this point.
19               MR. EVANS:  Just so I'm clear.  You're
20   asking him to -- to talk about whether he talked about
21   a particular topic with his attorney, right?
22               MR. BRODY:  I want to know whether he
23   ever discussed the October 1996 SOITEC meeting with --
24   at the time.
25               MR. EVANS:  I think it's privileged and
```

```
 1    instruct you not to answer.
 2            Q.      (By Mr. Brody) Are you going to follow
 3    your counsel's instruction?
 4            A.      Yes.
 5                    (Plaintiff's Exhibit 114 marked for
 6    identification.)
 7            Q.      (By Mr. Brody) Dr. Falster, I've handed
 8    you what the court reporter has marked as Plaintiff's
 9    Deposition Exhibit 114.  It's a copy of the United
10    States Patent 7,071,080.  Do you have that in front of
11    you?
12            A.      Yes, I do.
13            Q.      Okay.  And you're the named inventor on
14    this -- one of the named inventors on this patent; is
15    that correct?
16            A.      Yes.
17            Q.      Who is Jeffrey Libbert?
18            A.      He's a co-worker of mine at MEMC based
19    here in St. Peters.
20            Q.      Do you recall the research project that
21    led to this -- to this patent?
22                    MR. EVANS:  Why don't you just ask the
23    witness if he wanted to look through patent.  Don't
24    just look at the first page.
25                    MR. BRODY:  Absolutely.
```