## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of April, 2008, a true and correct copy of the foregoing **RESPONSE BY SOITEC TO MEMC'S OBJECTIONS TO MAGISTRATE THYNGE'S MARCH 13, 2008 ORDER** was electronically filed with the Clerk of the Court using the CM/ECF system and a copy was served upon the following counsel of record in the manner indicated:

**VIA HAND DELIVERY**

**Patricia Smink Rogowski, Esq.**
**Connolly Bove Lodge & Hutz LLP**
**1007 North Orange Street**
**P. O. Box 2207**
**Wilmington, DE 19899**

**VIA OVERNIGHT MAIL**

**Robert M. Evans, Jr., Esq.**
**Senniger Powers**
**One Metropolitan Square, Suite 1600**
**St. Louis, MO 63102**

**EDWARDS ANGELL PALMER & DODGE LLP**

_____/s/ Denise Seastone Kraft_____
John L. Reed (DE I.D. No. 3023)
Denise Seastone Kraft (DE I.D. No. 2778)
919 North Market Street, 15th Floor
Wilmington, DE 19801
(302) 777-7770
(302) 777-7263 (fax)

WLM 513277.1