IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| S.O.I.TEC SILCON ON INSULATOR TECHNOLOGIES S.A. and SOITEC USA, Inc.,  ) ) ) | JURY TRIAL DEMANDED |
| Plaintiffs,  ) ) | Case No. 1:05-cv-00806-GMS-MPT |
| v.  ) ) ) | |
| MEMC ELECTRONIC MATERIALS, INC.,  ) | |
| Defendant. | |

**COMPENDIUM OF UNREPORTED CASES TO RESPONSE BY SOITEC TO MEMC'S OBJECTIONS TO MAGISTRATE THYNGE'S MARCH 13, 2008 ORDER**

EDWARDS ANGELL PARMER & DODGE LLP

*/s/ Denise Seastone Kraft*
**John L. Reed (DE I.D. No. 3023)**
**Denise Seastone Kraft (DE I.D. No. 2778)**
**919 North Market Street**
**Suite 1500**
**Wilmington, DE 19801**
**302-777-7770**
**888-325-9741 (fax)**
**jreed@eapdlaw.com**
dkraft@eapdlaw.com

**DATED:  April 14, 2008**        Attorneys for Plaintiffs

S.O.I.TEC Silicon On Insulator Technologies
S.A. and SOITEC USA, INC.

WLM 513279.1

**OF COUNSEL:**

**George W. Neuner (Pro Hac Vice)**
**Alan M. Spiro (Pro Hac Vice)**
**Brian M. Gaff (Pro Hac Vice)**
**EDWARDS ANGELL PALMER & DODGE LLP**
**111 Huntington Avenue**
**Boston, MA 02199-7613**
**(617) 517-5538**
**(888) 325-9229 (fax)**

**-and-**

**Michael Brody (Pro Hac Vice)**
**Tracy Allen (Pro Hac Vice)**
**WINSTON & STRAWN LLP**
**35 West Wacker Drive**
**Chicago, IL 60601**
**(312) 558-5600**
**(312) 558-5700 (fax)**

WLM 513279.1

## TABLE OF CASES

                                                                   <u>Tab</u>

*Brackett v. Providian Ins. Group, Inc.*,
   1996 U.S. Dist. LEXIS 20496 ............................................................................................... 1

*Renner v. Chase Manhattan Bank*,
   2001 U.S. Dist. LEXIS 9766 (S.D.N.Y. 2001) ........................................................................ 2

WLM 513279.1