## CERTIFICATE OF SERVICE

  I hereby certify that on this 14th day of April, 2008, a true and correct copy of the foregoing COMPENDIUM OF UNREPORTED CASES TO RESPONSE BY SOITEC TO MEMC'S OBJECTIONS TO MAGISTRATE THYNGE'S MARCH 13, 2008 ORDER was electronically filed with the Clerk of the Court using the CM/ECF system and a copy was served upon the following counsel of record in the manner indicated:

**<u>VIA HAND DELIVERY</u>**

**Patricia Smink Rogowski, Esq.**
**Connolly Bove Lodge & Hutz LLP**
**1007 North Orange Street**
**P. O. Box 2207**
**Wilmington, DE 19899**

**<u>VIA OVERNIGHT MAIL</u>**

**Robert M. Evans, Jr., Esq.**
**Senniger Powers**
**One Metropolitan Square, Suite 1600**
**St. Louis, MO 63102**

         **EDWARDS ANGELL PALMER & DODGE LLP**

           */s/ Denise Seastone Kraft*
          John L. Reed (DE I.D. No. 3023)
          Denise Seastone Kraft (DE I.D. No. 2778)
          919 North Market Street, 15th Floor
          Wilmington, DE 19801
          (302) 777-7770
          (302) 777-7263 (fax)