IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| S.O.I.TEC Silicon on Insulator Technologies S.A., and Soitec USA Inc., <br><br> Plaintiffs, <br><br> v. <br><br> MEMC Electronic Materials Inc., <br><br> Defendant. | ) ) ) ) ) ) ) ) Civil Action No. 05-806-GMS-MPT ) ) ) ) ) |

## DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, plaintiffs S.O.I.TEC Silicon on Insulator Technologies S.A. and Soitec USA Inc. and defendant MEMC Electronic Materials, Inc. hereby dismiss with prejudice all claims and counterclaims. Each party shall bear its own costs, expenses, and fees associated with the prosecution and defense of this action. The Court shall retain jurisdiction over this matter for purposes of enforcing the settlement agreement.

Dated: April 18, 2008        **EDWARDS ANGELL PALMER & DODGE LLP**

                  /s/ Denise Seastone Kraft
               Denise Seastone Kraft (No. 2778)
               919 North Market Street, 15th Floor
               Wilmington, DE  19801
               302.777.7770
               302.777.7263 (fax)
               dkraft@eapdlaw.com

               Attorneys for Plaintiffs
               S.O.I.TEC Silicon On Insulator Technologies S.A.
               and SOITEC USA, INC.,

**OF COUNSEL:**
George W. Neuner (*Pro Hac Vice*)
Alan M. Spiro (*Pro Hac Vice*)
Brian M. Gaff (*Pro Hac Vice*)
<u>*EDWARDS ANGELL PALMER & DODGE LLP*</u>
111 Huntington Avenue
Boston, MA  02199-7613
(617) 239-0100
(617) 227-4420 (fax)
Michael Brody (*Pro Hac Vice*)
Tracy Allen (*Pro Hac Vice)*
<u>*WINSTON & STRAWN LLP*</u>
35 West Wacker Drive
Chicago, Illinois 60601
312.558.5600
312.558.5700 (fax)

Dated:  April 18, 2008                              **CONNOLLY BOVE LODGE & HUTZ LLP**

    /s/ Patricia Smink Rogowski
Patricia Smink Rogowski (No. 2632)
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899-2207
302.658.9141
302.658.5614 (fax)
progowski@cblh.com

Attorneys for Defendant
MEMC Electronic Materials Inc.,

**OF COUNSEL:**
Robert M. Evans, Jr.
David W. Harlan
Marc W. Vander Tuig
**SENNIGER POWERS LLP**
One Metropolitan Square
16th Floor
St. Louis, MO 63102
(314) 231-5400
(314) 231-4342 (fax)

2