CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of April, 2008, a true and correct copy of the foregoing DISMISSAL WITH PREJUDICE was electronically filed with the Clerk of the Court using the CM/ECF system and a copy was served upon the following counsel of record in the manner indicated:

**VIA HAND DELIVERY**

Patricia Smink Rogowski, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899

**VIA OVERNIGHT MAIL**

Robert M. Evans, Jr., Esq.
Senniger Powers
One Metropolitan Square, Suite 1600
St. Louis, MO 63102

EDWARDS ANGELL PALMER & DODGE LLP

/s/ Denise Seastone Kraft
John L. Reed (DE I.D. No. 3023)
Denise Seastone Kraft (DE I.D. No. 2778)
919 North Market Street, 15th Floor
Wilmington, DE 19801
(302) 777-7770
(302) 777-7263 (fax)

WLM 513340.1